```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                      CASE NO. 20-CV-21961-DPG
 3

 4   VIVIAN RUGGERI,                        Miami, Florida

 5        Plaintiff,                        November 9, 2023

 6           vs.                            9:41 a.m. to 3:02 p.m.

 7   NCL (Bahamas) LTD, doing
     business as NORWEGIAN CRUISE
 8   LINE,

 9        Defendant.                        Pages 1 to 183

10   _____

11                          JURY TRIAL
                  BEFORE THE HONORABLE DARRIN P. GAYLES
12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14
     FOR THE PLAINTIFF:        JOHN HEYWARD HICKEY, ESQ.
15                             LISA C. GOODMAN
                               HICKEY LAW FIRM
16                             1400 Brickell Avenue, Suite 510
                               Miami, Florida 33131
17

18   FOR THE DEFENDANT:        RICHARD J. MCALPIN, ESQ.
                               MATTHEW STREET, ESQ.
19                             80 SW 8 Street
                               Suite 2805
20                             Miami, Florida 33130
                                    -and-
21                             BRETT BERMAN, ESQ.
                               IN-HOUSE COUNSEL
22                             NORWEGIAN CRUISE LINE

23

24

25
```

```
 1   STENOGRAPHICALLY REPORTED BY:

 2                              PATRICIA DIAZ, FCRR, RPR, FPR
                               Official Court Reporter
 3                             United States District Court
                               400 North Miami Avenue
 4                             11th Floor
                               Miami, Florida 33128
 5                             (305) 523-5178

 6


 7                        I N D E X

 8

 9                                 Direct    Cross    Redirect

10   WITNESSES FOR THE PLAINTIFF:

11

12   VIVIAN RUGGERI
     (MR. HICKEY)                   Cont. 3
13   (MR. MCALPIN)                                90

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (EXCERPT OF PROCEEDINGS)

 2              COURTROOM DEPUTY:  Calling case 20-CV-21961, Ruggeri

 3     versus NCL Bahamas Limited.

 4              Counsel, please state your appearances, starting with

 5     the plaintiff.

 6              MR. HICKEY:  Good morning, Your Honor, Jack Hickey, on

 7     behalf of Ms. Vivian Ruggeri.

 8              MS. GOODMAN:  Good morning, Your Honor, Lisa Goodman

 9     also on behalf of Vivian Ruggeri.

10              With us we have the plaintiff, Vivian Ruggeri and Isis

11     Rebull and Dolores Martinez.

12              MR. MCALPIN:  Good morning, Richard McAlpin on behalf

13     of the NCL.

14              MR. STREET:  Matthew Street on behalf of Norwegian.

15              MR. BERMAN:  Good morning, Brett Berman on behalf of

16     NCL.

17              THE COURT:  All right.  Are we ready to resume?

18              MR. HICKEY:  Yes, sir.

19              The plaintiff will call back to the stand Ms. Ruggeri.

20              May we proceed, Your Honor?

21              THE COURT:  Oh, yes, sir.

22              MR. HICKEY:  Thank you.

23                    CONTINUED DIRECT EXAMINATION

24     BY MR. HICKEY:

25     Q.  Ms. Ruggeri, good morning.
```

1    The other day, as I recall, which I think was yesterday, we

2    left off somewhere at the end after this crash, but I wanted to

3    take up a couple of points that I thought of.

4    One is sea conditions.  When you went -- when the tender

5    that you were in at the time of the crash, that is that tender,

6    when it went from -- when it sailed from the dock to the cruise

7    ship before the abrupt slowdown, what were the sea conditions?

8    A.   They were calm.

9    Q.   You said that you and your husband had tendered back and

10   forth, had gone back and forth that day once before this trip.

11   Do you recall?

12   A.   That is correct, yes.

13   Q.   And I think you said, that makes -- this is the fourth time

14   that day that you had made that crossing by my calculation.

15   Is that accurate?

16   A.   Yes, it is.

17   Q.   I want you, please, to compare for us the speed of the

18   tender that crashed going -- you know, the speed going over of

19   that tender versus the speed of the other three trips.

20   How would you compare the speed?

21   A.   The last tender was much faster.  I would estimate to say

22   almost twice the speed of the other three.

23   Q.   Okay.  This Buerano -- and we have photos of him, as an

24   exhibit.  We have shown that to you before.  This Mr. Buerano

25   was the operator of the one that crashed, of the tender that

1    crashed.  Do you recall whether Mr. Buerano was the operator of

2    any of the other tender trips that day?

3    A.   No, he wasn't.

4    Q.   Now I want to move to something else and we may have seen

5    him in the courtroom.  I don't know if he was over here

6    actually in the courtroom.  I know he was outside in that room.

7         Does your husband have a medical condition which generates

8    stress that would make it bad for his health if he underwent

9    the stress of testimony?

10   A.   Yes.

11   Q.   Tell us about that.

12   A.   My husband has what is called pulmonary fibrosis where your

13   lungs begin to honeycomb and you lose function in your lungs.

14   So when he is in a stressful situation, he hyperventilates and

15   he can't get his breath, and it's just a cycle of

16   hyperventilating, not being able to get his breath, thinking

17   basically, that he is going to die.

18   Q.   Right.

19        And is that -- what does he carry or do in regard to this

20   pulmonary fibrosis?

21   A.   So, he is on oxygen when necessary, when he can't get his

22   breath.  He has a portable oxygen concentrator that we carry

23   around with him wherever we go.

24   Q.   Did he have it out there?

25   A.   He did, yes.

1   Q.   Okay.  Thank you.

2        Something came up when you were off the stand with regard

3   to your statements, something came up with another witness and

4   that was with regard to, with regard to apparently two

5   statements that you signed.

6        Once you gave a statement, the first time you went to the

7   infirmary and then you gave a statement that Norwegian required

8   the second time as well.

9        Can we bring those up, the one of October 26, 2019?

10       That's in evidence.  We have to compare the handwriting on

11   the two so we kind of have to see it.

12       Showing you on the screen what's marked as Plaintiff's

13   Exhibit 200.001, it says, "Date of incident:  10/25/19."

14       How do we know it's -- oh, we know from the bottom it's

15   10/26/19.  Thank you.

16       Go back if you could to the first page.  Thanks.

17       Is this your statement you gave on that day, 10/26/19?

18   A.   Yes, it is.

19   Q.   Do you see the handwriting there?

20   A.   I do.

21   Q.   Tell us about how you wrote that out.

22   A.   That is my handwriting, and I wrote it with my right hand

23   when I went into the infirmary.  They handed me that to write.

24   Q.   Okay.  Now let's go onto the next statement two days later.

25            THE COURT:  Are these both in Plaintiff's Exhibit 200?

```
 1            MS. GOODMAN:  200, admitted yesterday.

 2            THE COURT:  I'm saying, are both statements a part of

 3   200?

 4            MS. GOODMAN:  No, the one that we are showing now is

 5   Joint Exhibit 5.

 6            THE COURT:  Thank you.

 7   BY MR. HICKEY:

 8   Q.  Looking now at Joint Exhibit 5.001, is this something you

 9   filled out on the cruise ship?

10   A.  It is.

11   Q.  It says at the top 10/28/19.  Is that the date you filled

12   it out?

13   A.  Yes, it is.

14   Q.  Is this your handwriting?

15   A.  It is my handwriting with my left hand.

16   Q.  Why did you use your left hand on this day?

17            Why did you use your left hand?

18   A.  Because on the first day when I went the doctor gave me a

19   sling that he told me that I had to wear.

20            I went back to medical because I was still in pain, but not

21   only that, my right hand was swollen, so I couldn't write it

22   with my right hand.  So I said to them, "I can't do this," and

23   they said, "Do the best you can."  So I said okay.

24   Q.  So your right hand by 10/28/19 is swollen?

25   A.  Yes.
```

1    Q.   Were you in pain?

2    A.   Yes.

3    Q.   Where was the pain?  Where in your body?

4    A.   It was in my shoulder, down my arm to my hand.

5    Q.   Did the doctor give you medication?

6    A.   He did.  He gave me Tramadol.

7    Q.   Is Tramadol a narcotic pain medication?

8              MR. MCALPIN:  Objection to form.  Speculation.

9              THE COURT:  I'm sorry, I didn't hear what you said.

10             MR. MCALPIN:  Speculation.  Calls for speculation.

11             MR. HICKEY:  Withdrawn.

12   BY MR. HICKEY:

13   Q.   What is Tramadol?

14   A.   Tramadol is a pain medication.  I believe it is on the

15   narcotics list.

16   Q.   Okay.  And did you take that?

17   A.   A couple of times.

18   Q.   Okay.  Why -- you know, we don't see a lot of pain

19   medications in -- in this case we don't see a lot of narcotic

20   pain medications that you took in the last four years.  Why

21   not?

22   A.   I don't like narcotics.  I don't take them.

23   Q.   Why not?

24   A.   You can be addicted.

25   Q.   Okay.

1   A.   I want to be of sharp mind.

2   Q.   Okay.  Fair enough.

3        On the ship they -- he gave you this medication.  Did they

4   also give you some other medication?

5   A.   They gave me an injection, yes.

6   Q.   Okay.  Did they -- they gave you the sling?

7   A.   They gave me the sling the first time, yes.

8   Q.   Okay.  Then you and your husband continued on the cruise?

9   A.   We did.

10  Q.   And you went to various ports after that?

11  A.   We did.

12  Q.   I have in my notes the various ports.  I guess my next

13  question is, what did you do at the ports for the remainder of

14  the cruise?  Let me -- I thought I had that somewhere.

15       MS. GOODMAN:  Page three.

16       MR. HICKEY:  Thanks.

17  BY MR. HICKEY:

18  Q.   I think after this there is one, two -- two ports; three,

19  four -- four ports.  There are four ports and one at-sea day,

20  four ports including the one when you get home.

21       What did you do in -- you talked about Mallorca before and

22  then Barcelona and Naples and then home to -- then back to

23  Rome.  So there are three ports, Barcelona, Mallorca, Naples.

24  We don't have to go through every day, every activity but what

25  did you do in the ports?

1   A.   So, in the first port, Mallorca, we took a bus trip,

2   Highlights of Spain.

3        The other ports we would just get off the ships and walk

4   around because one thing I do on every cruise at every port is

5   I look for T-shirts for my two grandchildren.

6   Q.   Were you wearing the sling during those outings?

7   A.   Yes.

8   Q.   Then you went back home?

9   A.   We went home, yes.

10  Q.   Then what did you do when you got home in regard to your

11  injuries?

12  A.   When I got home, I called Seaview Orthopedic to make an

13  appointment for my shoulder.  Unfortunately, I could not get in

14  until December, so I decided if I can get in somewhere else, I

15  would make that appointment and I did.  I got in with Dr. Law

16  in November.

17  Q.   Okay.  Seaview Orthopedics, is that the place where Dr. --

18  what's his name is there, Kenneth Chern?

19  A.   That is correct.

20  Q.   And you had treated with him for your knee, as I understand

21  it?

22  A.   In the same practice but with Dr. Aaron Green.

23  Q.   Oh, I see.  That's the same practice for the knee.

24  Dr. Green is the knee; Dr. Chern was the shoulder?

25  A.   Correct.

1   Q.   Okay.  I get it now.

2        So, when -- so you went to this doctor, William Law?

3   A.   Correct.

4   Q.   Did you tell him about this crash?

5   A.   Well, yes.  He asked what happened, and I told him about

6   the crash, absolutely.

7   Q.   Okay.  What did he do?  What did he prescribe?  What did he

8   recommend you do?

9   A.   So he recommended that I went to physical therapy.  He gave

10  me Mobic to take.

11  Q.   Okay.  And did you go to physical therapy?

12  A.   I did go to physical therapy.

13  Q.   Okay.  Over what period of time, more or less, did you go

14  to physical therapy before you went to Dr. Chern, sorry, to

15  Dr. Chern?

16  A.   I did.

17  Q.   Okay.  It says here you went to Dr. Chern December 19,

18  2019.  Why -- we are now almost two months after, almost two

19  months after the crash.  Why wait so long to go to Dr. Chern?

20  A.   Well, because I couldn't get into Dr. Chern, so they said

21  to me that I could have gotten in December 19th.  I said fine,

22  make the appointment, and I did find another doctor in between

23  with the intention of cancelling that appointment, but I wasn't

24  real happy with Dr. Law.

25  Q.   Why not?

1    A.   Well, I told him what happened and he did examine me, but

2    one of the things he said to me is, well, you should find an

3    attorney and talk to an attorney.  And I did say to him, well,

4    yeah, maybe I will.

5    Q.   But why weren't you happy with him?

6    A.   I don't know if I thought that was appropriate at that

7    time.

8    Q.   Okay.  The note says, his note, Dr. William Law's note that

9    defense counsel wants to bring up, it says, "Confident she will

10   be involved in litigation and already has contacted a lawyer."

11        Is that accurate as of that date?

12   A.   No, that is not accurate.

13   Q.   Okay.  Fine.

14        Moving forward to the first visit with Dr. Chern,

15   October 19, 2019, did you tell him what happened?

16   A.   I did.

17   Q.   And you told him about the tender crash?

18   A.   I did.

19   Q.   And that's in his notes.

20        Can we bring up his notes as well, please, his December 19,

21   2019, note.

22        We see here on exhibit, Joint Exhibit 088.001, we see here

23   Dr. Chern's first note.  He notes that, "right shoulder pain

24   for approximately two months.  She was on a cruise.  When she

25   was going back to the main boat on the tender, the tender hit

1    the cruise ship and it jolted her.  She subsequently fell onto

2    her outstretched right hand and jammed her right shoulder.  She

3    had immediate pain.  X-rays on the cruise ship were apparently

4    negative for her right shoulder.  She took 800 milligrams

5    Motrin.  That did not help her.  They gave her some other type

6    of pain medication but that did not help her.

7        "When she came back home, she went to Brielle Orthopedics

8    and was apparently sent to physical therapy for four weeks

9    which did not help her.  She took Mobic pretty much on a daily

10   basis, which did not significantly help her.  She has trouble

11   raising her arm.  She has pain localized over the top of the

12   shoulder onto the lateral deltoid," which is the shoulder, "and

13   anterior deltoid arca (sic)."

14       "She grades this pain a 10 out of 10 on a scale of 0 to 10.

15   She denies ever having problems with the right shoulder in the

16   past."

17       Do you see that?

18   A.  I do.

19   Q.  Is that accurate?

20   A.  It is.  I did have a shoulder surgery in 2007, but I

21   haven't had any pain since then.

22   Q.  Okay.  Do you remember telling the doctor -- you're talking

23   about the very last sentence, did you remember telling the

24   doctor about or do you remember the doctor asking you or one of

25   his assistants asking you about prior shoulder problems, as it

1   says?

2   A.   I don't remember, honestly, if he asked her or the medical

3   assistant asked.

4   Q.   Okay.  That's fine.

5        Okay.  Did Dr. Chern examine you?

6   A.   He did.

7   Q.   Did he examine your shoulder without clothing?

8   A.   Without my shirt, yes.

9   Q.   And when -- did you have the -- the 2007 surgery, that was

10  arthroscopic.  Right?

11  A.   Correct.

12  Q.   Did you have the three holes in the right shoulder from the

13  scope from 2007?

14  A.   Yes.

15  Q.   Is that something that was, that would have been obvious to

16  either Dr. Chern or anyone else who examined you at that time?

17  A.   Yes.

18  Q.   Okay.  It says that you -- part of that paragraph was that

19  it jolted you and you fell onto your outstretched right hand

20  and jammed her right shoulder.  Is that more or less accurate?

21  A.   Yes, it is.

22  Q.   Okay.  What did he say?  What did Dr. Chern say at that

23  time on that first visit?

24  A.   So, Dr. Chern gave me a cortisone shot at that visit.  He

25  did send me for physical therapy, I believe, and for an MRI.

1   Q.   Okay.  Tell us about the physical therapy.  You don't have

2   to -- we are not going to go into every visit and really any

3   one visit but over what period of time -- excuse me, over what

4   period of time did you go to physical therapy after that?

5   A.   So, I went to physical therapy after that probably until,

6   probably until about February, I would say.

7   Q.   Okay.  We know the surgery that Dr. Chern performed on this

8   was March 17, 2020.

9        So, between this first visit, which is December 19th, and

10  then December 17th was that like four months.

11       Right.  Did you pretty much go to therapy -- how would you

12  describe the frequency, more or less, of your physical therapy

13  during that time?

14  A.   I went to physical therapy three times a week.

15  Q.   Tell us about the pain.  Tell us about the pain in this

16  period of time.  It says here -- and the period of time I'm

17  first focusing on is from the crash, really, you get back --

18  from when you get back to the surgery time, those like five,

19  six months.

20       Tell us about the pain in that time.

21  A.   The pain would go from a 5 to a 10 depending on the day or

22  what I was doing or, you know, physical therapy was usually

23  between a 5 and an 8.  They would put a hot pack on my shoulder

24  before I started physical therapy, so it kind of relaxed it a

25  bit, I guess.

1    Q.   Right.

2    A.   Then I did physical therapy; then they would put a cold

3    pack on it.

4    Q.   So is that each time they would start with a hot pack to

5    calm it down?

6    A.   Yes.

7    Q.   And then afterwards put the cold on?

8    A.   That is correct.

9    Q.   And but when you -- you know, we are talking numbers here.

10   Numbers are numbers and they are useful but describe the pain.

11   You know, you went to Dr. Chern December 2019.  It says 10 out

12   of 10.  Describe that.

13   A.   So, it was really from here down.  It went down to my hand.

14   Q.   When you say from here --

15   A.   I'm sorry, from like almost from behind my ear, my neck

16   area, and down the shoulder to the hand, and it was an

17   excruciating pain.

18   Q.   Well, was physical therapy painful?

19   A.   It was.

20   Q.   And what would they make you do in physical therapy or what

21   would they have you do?

22   A.   So, the first thing was a pendulum always.  It was putting

23   my hand down, swinging it to the left and the right and then

24   doing circles.

25   Q.   Okay.  Can you stand up and show the Court what you mean?

1    So when you say "pendulum," show us, the best you can.

2        I know you are -- go ahead.

3    A.   There would be nothing in my hand at first, and I would

4    have to go back and forth.  And then I would have to do circles

5    one way and then circles the other way.  And it was a total of

6    three minutes, a minute each rotation.

7    Q.   Okay.  Anything else?

8    A.   So at the beginning before, you know, when I first started

9    with him, it was pretty easy.  He would give me light, the

10   lightest weight bands, and I would have to go in and out with

11   them.  It was really pretty easy, and then they got the MRI

12   results, and their main goal was to keep the shoulder -- I

13   guess the best word is "limber" until surgery.

14   Q.   Okay.  Tell us about the pain.  You told us about the

15   movements that you would make and you would want to make in PT.

16   Tell us about how you felt.

17   A.   It was painful, but he told me I had to do it to keep the

18   shoulder moving.

19   Q.   Okay.  And that was pretty much on a regular basis, and we

20   have all the dates and timelines and all of that, but is it,

21   generally speaking, pretty much on a regular basis for those

22   four months before this March 17th surgery?

23   A.   That is correct.

24        THE COURT:  I'm sorry, can you just remind me, when did

25   you get the results from the MRI?

1          It was ordered, you said, in December.

2          MR. HICKEY:  Oh, right.  I don't know when -- the date

3     of the MRI, though, is December 26th, 2019.

4          THE COURT:  Okay.  Thank you.

5     BY MR. HICKEY:

6     Q.  And the Court just brought up something and that's the MRI

7     of December.

8          The day after Christmas, 2019, you went for an MRI?

9     A.  I went for an MRI, yes.

10    Q.  Ordered by?

11    A.  Dr. Chern.

12    Q.  Okay.  There is testimony, I forget whether it was yours or

13    somebody else brought it up, but that you took the CD to

14    Dr. Chern.

15    A.  I had to go back and pick up the CD, yes, and then I took

16    it to Dr. Chern.

17    Q.  When did you give it to him in reference to, more or less

18    in reference to March 17, 2020?

19         Was it months before?  Was it the day before?  When was it?

20    A.  I picked it up.  It's usually done the next day, so I

21    probably picked it up the 27th, the 28th, and brought it to him

22    the following week, gave it to the office the following week.

23         I didn't have an appointment the following week, I don't

24    believe.

25    Q.  Okay.  I am not trying to pin you down on a date.  I just

1    want to know, more or less, in that four months between when

2    you first saw Dr. Chern and when he does the surgery, was it

3    more or less.  It's in that right -- sometime within the week

4    or two after December 26th, you think?

5    A.   Yes.

6    Q.   Of course, there are the holidays and offices are closed.

7    Okay.  Fine.

8         Did you have to get clearance for surgery?

9    A.   Oh, yes.

10   Q.   Who did you go to to get the medical clearance for surgery?

11   A.   My primary, Dr. Meli.

12   Q.   That's Dr. Gregory Meli, M-E-L-I?

13   A.   That's correct.

14   Q.   Had you seen Dr. Meli before the crash on the ship?

15   A.   Yes.

16   Q.   Okay.  And Dr. Meli -- did you tell Dr. Meli that you were

17   a smoker?

18   A.   Yes.

19   Q.   Okay.  And did Dr. Meli ask you whether you had tried to

20   quit?

21   A.   I don't recall.

22   Q.   Okay.  Let's go to the August 18th, 2019, Dr. Meli note,

23   for example?

24        MS. GOODMAN:  Hold on.

25        THE COURT:  You had prepared a timeline that's a

1    demonstrative.  Before we break today, I'd like to get a copy

2    of that.

3             MR. HICKEY:  Will do, Your Honor.

4    BY MR. HICKEY:

5    Q.  So, while they are bringing that up, let me ask you some

6    general questions and then we are going to get back to

7    Dr. Meli.  So have you been or are you now a smoker?

8    A.  I am.

9    Q.  Okay.  Have you tried to quit, and tell us about that?

10   A.  I've tried to quit throughout my life.  I would quit and

11   then a stressful situation would come on and I would pick it up

12   again.

13   Q.  Did you, in fact, quit for a significant period of time in

14   your life?

15   A.  I did.

16   Q.  Tell us about when was that, for how long and tell us about

17   that.

18   A.  I quit December of 1989, and I did not smoke again until

19   September of 1999.

20   Q.  So ten years.  You quit for ten years?

21   A.  Ten years, yes.

22   Q.  What -- why did you take it back up?

23   A.  Well, my mother passed away suddenly in March of '99, and

24   my dad passed away suddenly in September of '99.

25   Q.  So the same year.  Okay.

1        Have you quit off and on since then as well?

2    A.   I have.  I've tried numerous times.

3    Q.   Okay.  And on -- what are we looking at here?

4        We are looking at Joint Exhibit 084.016, and this is

5    Dr. Meli.

6        Now we are -- this is a note for a couple of years before

7    Dr. Meli clears you for the surgery?

8    A.   Correct.

9    Q.   Just foreshadowing, Dr. Meli cleared you for both

10   surgeries.  Correct?

11   A.   Yes, he did.

12   Q.   It says here, "tobacco use," tobacco use at the bottom

13   there of Exhibit 084.

14       Can we highlight that?  Is that possible?

15       Do I have the ability to do that or do you on the program?

16       There we go.  That's fine.

17       It says under tobacco use, it says "smoking."  Do you see

18   that?

19   A.   Yes.

20   Q.   And suffice it to say, that's on every Dr. Meli report.  It

21   says, "Are you a current smoker?"  It says, "Are you a," and

22   then it says, "current smoker."

23       Then, "Are you interested in quitting, thinking about

24   quitting?  How many cigarettes a day?  11 to 20," etcetera.

25       "How soon after?"

1      It says, "Five minutes."

2      So, anyway, is that accurate as of that date?

3  A.   That is accurate as of that date.

4  Q.   Okay.  Did you quit at some time before this, immediately

5  before this date when you first saw Dr. Meli?

6      Does this seem like the -- by the way, sorry, another

7  question.  Looking at this Exhibit 084, this is the visit of

8  August 18, 2017.  Is this the first visit with Dr. Meli or am I

9  getting that wrong --

10  A.   No, August of 2017 was not the first visit with Dr. Meli.

11  Q.   Can you turn to Exhibit 81.005?

12  A.   May I interrupt?

13      Can I move the chair forward so I can see the screen

14  better?

15          COURT SECURITY OFFICER:  Is that better?

16          THE WITNESS:  Yes, thank you.

17  BY MR. HICKEY:

18  Q.   Now, what we have -- let me -- okay.  Let me back up a

19  little bit.

20      So, you treated in 2017 for a knee injury, correct, on the

21  left knee?

22  A.   Correct.

23  Q.   That has nothing to do with this case.  Right?

24  A.   Yes.

25  Q.   And you treated Seaview Orthopedics.  Is that correct?

```
 1   A.   That's correct.

 2   Q.   Who treated you at Seaview Orthopedics for the left knee?

 3   A.   Dr. Aaron Green.

 4   Q.   He is the one that did the examination of your right

 5   shoulder among other parts of your body at that place?

 6   A.   Correct, Aaron Green.

 7   Q.   And after this tender crash, it was Dr. Chern, from the

 8   same group that treated you for the right shoulder?

 9   A.   That is correct.

10   Q.   Was there a time around then, that is, around this June 29,

11   2017, that you quit smoking?

12   A.   Yes.

13   Q.   For how long, as of June 29, 2017, had you quit smoking?

14   A.   About two months.

15   Q.   Okay.  For how long did you remain a non-smoker?

16   A.   Maybe three months, but I am not sure of that.

17   Q.   Okay.  Because the note that's about two months later,

18   August 18th, 2017, says smoker, and does that -- is that

19   accurate that as of August 18th, 2017, you were a smoker?

20   A.   I believe so.

21   Q.   Okay.  Is it accurate that as of June 29, 2017, you're a

22   former smoker?

23   A.   That is correct.

24   Q.   And is that indicated -- so it says, "social history," on

25   this joint Exhibit 81.005.  It says, "Do you smoke?"
```

1    And someone checked off, "Former smoker."  Is that you that

2    checked that off?

3    A.   Yes.

4    Q.   Was that accurate as of that time?

5    A.   On that date it was, yes.

6    Q.   Did anyone ask you about that at any time?

7    A.   No.

8    Q.   Okay.  So Dr. Meli, who did clear you for surgery, knew --

9    this is not Dr. Meli.

10   This is the Seaview Orthopedics, but the other record, the

11   Dr. Meli record that we saw that was put up on the screen

12   before that said smoker.  Dr. Meli knew that and approved you

13   for the surgery?

14   A.   That is correct.

15   Q.   Okay.  You can take that down.

16   Thank you.

17   The first surgery, that's March 17, 2020.  Now we are after

18   all the visits on the ship, off the ship during that time in

19   2019, all the PT, the physical therapy, and then finally we

20   have what's the first surgery after this crash March 17th.

21   Tell us about the experience of surgery.  Tell us about

22   that, both before when the doctor counsels you and then

23   afterwards?

24   A.   So, I went to see Dr. Chern after physical therapy, and I

25   want to say that was at the beginning of February, and he tells

1   me that I have a rotator cuff tear, which he knew that I had,

2   and I knew that I had from his last visit, and he feels that

3   the only way to help the pain is to repair the rotator rough.

4   Q.   Okay.  Did you relish the fact of surgery or not?

5   A.   No, not at all.  Not at all, but if it was going to help

6   the pain, I was going to move forward.

7   Q.   Okay.  Tell us about -- so you went to a surgical center.

8   Was it, in fact, what they call -- because almost everything is

9   you get out the same day.  Did you get out the same day?

10  A.   It was an outpatient, yes.

11  Q.   Outpatient, thank you.

12       Tell us about the pain in the week after this surgery when

13  he did the four procedures.

14  A.   The first surgery, the arthroscopic surgery.

15  Q.   The March 17th, 2020, surgery, tell us about the pain.

16  Tell us about that.

17  A.   Well, there was still pain a week later.

18  Q.   I don't mean a week later.

19       I mean in the week.  Tell us about the pain, whether it's

20  the first day, the second day, etcetera.  Tell us about the

21  pain right after the surgery.

22  A.   The day after surgery it was okay, but he gave me a block

23  in the shoulder so I wouldn't have pain right after surgery.

24  Q.   What do you mean a block?

25  A.   It's a shot that they give you and it blocks, I guess, the

1   signal of pain going to your brain, so your arm is just -- you

2   don't have control of your movement.  For example, the last

3   position I was in when they gave me that block, my arm was as

4   though it was in a sling.  That's the way it was.

5       When I went home the next day, my husband was helping me

6   change my shirt, and my arm went down to my side.  But to me

7   the feeling was that it was still in that sling, and when I

8   looked down, it wasn't there.  You know, my arm was down at my

9   side, so there was no pain within the first 24 to 36 hours.

10      It was after that that I started to get pain, but he told

11  me I had to immediately go to physical therapy after surgery.

12  That was perfectly clear right at the beginning.

13  Q.  Who is he?

14  A.  Dr. Chern, I'm sorry.

15  Q.  Okay.  You mentioned a sling, I didn't ask you about this,

16  in the months following the crash, 10/25/19, through, let's

17  say, the date of surgery, 3/17/20, in those months, which is

18  like five months, did you wear -- how often did you wear a

19  sling?

20  A.  From when I came home from the cruise?

21  Q.  Right, from the trip, yes.

22  A.  To surgery, I didn't wear a sling, no.  I wasn't told I

23  needed to.

24  Q.  Okay.  So that was -- was that -- okay.  Fine.

25      Did you wear a sling after the surgery?

1    A.   I did.  I wore a sling and what they call a shoulder

2    cradle.  So there was a sling on my arm, and then there was a

3    pillow for -- it was harder than a pillow, but for visual it

4    was like a pillow, and it held my arm kind of at a 30-degree

5    angle, so my arm was not by my side.

6         They said it heals better that way.

7    Q.   I don't think we have photos of that.  You didn't take

8    photos to document all of this, did you?

9    A.   No, I didn't.

10   Q.   Okay.  That's fine.

11        It's one of those -- you don't have to show us with your

12   arm.  I will show the Court with my arm.

13        You say 30 degrees?

14   A.   Yeah, 30, between 30 and 45-degree angle from my body.

15   Q.   So, like this, like I am holding out now?

16   A.   Maybe a little lower than that.  There you go.

17   Q.   So what's under here?

18        What's under the armpit or the arm?

19   A.   Well, there is, of course, my sling under there and then

20   its, for lack of a better word, like a pillow, but it was like

21   a half-moon so it went around my waist.

22   Q.   Okay.

23   A.   And my arm rested on it.

24   Q.   Okay.  Is it like strapped on to your body?

25   A.   It is strapped around my waist and attached to the sling.

1   Q.   Okay.  And for how long did you have to wear that?

2   A.   So I had to wear that as -- almost as long as I had to wear

3   the sling, so we're talking about, about two weeks I had to

4   wear that.

5   Q.   Okay.

6   A.   And then I was -- at my next appointment back with

7   Dr. Chern, he allowed me to take the sling off at home.  He

8   said, but you must -- I didn't have to wear the shoulder

9   cradle.  He said you must wear the sling out, he said not for

10  you, but so that everybody else knows you are injured and

11  leaves you alone.

12  Q.   Won't bump into you?

13  A.   Right.  Exactly.

14  Q.   For how long after this March 17th surgery did you have to

15  wear the sling?

16       Well, let's first go back.  How long after the March 17th

17  surgery did you have to wear, we'll call it pillow?

18  A.   Shoulder cradle it's actually called.

19  Q.   Right.  For how long did you have to do that?

20  A.   So my first visit, which was probably two weeks later.

21  Q.   And after that did you wear it outside the house or was

22  that -- did you do away with the shoulder cradle after that?

23  A.   After that I was able to do away with the shoulder cradle.

24  Q.   Sling, you wore the sling for two weeks and then after that

25  was the period when you had to wear it in public only?

1   A.   That was probably about a month, again, until my next

2   visit.

3   Q.   So the sling was about a month you had to wear?

4   A.   Well, all told it was about six weeks because I was wearing

5   it with the shoulder cradle.

6   Q.   Okay.

7   A.   And then without the shoulder cradle for a longer period of

8   time.

9   Q.   Now I'm confused.  Did you wear the shoulder -- how long

10  did you wear the shoulder cradle for after the surgery?

11  A.   I wore the shoulder cradle after the surgery for about two

12  weeks, but there was also a sling that I wore.  The shoulder

13  cradle was attached to it.

14  Q.   Got it.  For how long did you wear the sling on a full-time

15  basis?  You wore the sling for the two weeks?

16  A.   For the two weeks, yes.

17  Q.   And then on the part-time basis, that is when you are

18  outside the house, for how long did you have to wear the sling?

19  A.   Until my next visit, which was usually four to six weeks

20  later.

21  Q.   Okay.  Okay.  Oh, we do have a photo.  I am told we do.

22       Joint Exhibit 044, who took that photo?

23  A.   My daughter, most likely.

24  Q.   Is that you?

25  A.   That is me.

 1   Q.   Is that the -- what we are seeing in this Exhibit 044.001,

 2   is that the sling?

 3   A.   The sling and the shoulder cradle.

 4   Q.   Okay.  Why is there a bandage on your left hand?

 5   A.   There were IV's in my left hand.  That was the day that I

 6   came home.

 7   Q.   Okay.  In this period of time after the surgery or even

 8   before it, tell us about -- we will go into it more later on

 9   but tell us about the sleeping arrangements?  Did you sleep all

10   the time in your bed or not?

11   A.   No, I would get in pain during the night, and I would come

12   out and sleep either on the recliner or on the sofa.

13   Q.   Okay.  Why on the sofa?

14   A.   Because the sofa had a back, so if I laid on my left side,

15   my right side was against the back of the sofa and it would

16   support.

17   Q.   All right.  And you said you would get up.  Why would you

18   get up in the middle of the night?

19   A.   Because I would be in pain.  If I moved, I would get a

20   pain, so I would get up and go up to the other room so I didn't

21   disturb my husband.

22   Q.   I understand.  We will get more into that later.

23        So the time between the surgery of March 17th, 2020, and --

24   I thought I had my notes here.

25        There was a period of time between March and May.

1        Oh, no, there was a period of time between March 20, 2020,

2    and July 13, 2020, which is about four months that you went to

3    physical therapy.  Right?

4    A.   That is correct.

5    Q.   So tell us the frequency that you went to physical therapy

6    in those four months after this surgery?

7    A.   It was three times a week, every week.

8    Q.   I count, and we have it, it's in evidence, I counted 34

9    physical therapy visits in that period of time.  Does that

10   sound about accurate?

11   A.   It does.

12   Q.   The physical therapy, they are done where?

13   A.   Seaview has its own physical therapy unit and that's where

14   I did it.

15   Q.   I mean, is that like -- where is that in relation to your

16   house, how far a drive?

17   A.   It was about 15, 20-minute drive from my home.

18   Q.   All right.  So, every time was it at the same place?

19   A.   It was always at the same place, yes.

20   Q.   And every time you'd have to drive there, do the therapy,

21   and drive back.  Correct?

22   A.   That is correct.

23   Q.   More or less, how long for each physical therapy visit did

24   it take?

25   A.   Well, right after surgery it was about 30 minutes for a

1   week and then gradually went up to an hour.

2   Q.   Okay.  And I asked you about the pain of physical therapy

3   from before the surgery.  Now I am going to ask you about the

4   pain with the physical therapy the 34 sessions after this

5   surgery.

6        Tell us about that.

7   A.   The pain was basically the same as before surgery, and the

8   reason being, when I got -- I don't want to say the word good

9   but when I can do a certain level of physical therapy.  So, for

10  example, when I was doing the pendulum with ease, we now added

11  a weight.

12  Q.   We now add a weight?

13  A.   A weight.

14  Q.   So, they increase?

15  A.   They kept on increasing it.

16  Q.   Okay.

17  A.   The lowest bands now became the medium band, and we added.

18  You know, we crawled up the wall.  Eventually it was an arm

19  bike.  Eventually the band was attached to the wall and I had

20  to pull on it, so it just kept on changing.  However, the hot

21  before did not change.

22  Q.   Okay.  In other words, they did that?

23  A.   They did that, and he also added at the end of my exercise

24  he would massage the muscles in my shoulder and the top of my

25  arm.

1   Q.   Who?

2   A.   The physical therapist.  His name was Walter Polansky.

3   Q.   Okay.  We see in the record that there are various pain

4   scales.  You know, they ask you how much pain are you in on a 0

5   to 10 scale.  Correct?

6   A.   Correct.

7   Q.   And the pain scales we have been talking about, the

8   numbers, that's a standard scale where -- I mean, it's

9   subjective, but it's where 10 is excruciating pain and one is

10   no pain.  Right?

11   A.   Correct.

12   Q.   When you were telling us those numbers before, you said 10.

13   Then you said 5 to 8.  That was the pain scale we talked about?

14   A.   Correct.

15   Q.   Okay.  We see in these records, there is various pain

16   scales.  Why?  Why is it different?

17   A.   Well, because you have good days and you have bad days.

18   Q.   Okay.  Was there any particular thing, that you know of,

19   that made it a good day or a bad day?

20   A.   One would be the time of physical therapy.  If I got up and

21   went directly to physical therapy, it's usually a pretty good

22   day.

23   Q.   Okay.

24   A.   But if I did something beforehand, now I have used the arm.

25   So I went there in a little bit of distress so that was not a

1    very good day.

2    Q.  Were a lot of the sessions early in the morning when it was

3    not quite as painful?

4    A.  They were.  They were early in the morning.

5    Q.  I got on my notes that the physical therapy ended sometime

6    around July 13, 2020.  Does that sound accurate?

7    A.  I don't think I was discharged from Dr. Chern until

8    September, but it's possible.

9    Q.  Let me look.

10   A.  No, that's correct.  That does sound right.

11   Q.  So then we know, and it's been in evidence, that there was

12   a period of time from July to November of 2020 that --

13   actually, July to -- I think it's March 15, 2021, so that's --

14   is that -- am I getting that right, the last visit to

15   Dr. Chern?

16       What's the last visit to Dr. Chern in 2020?

17       MS. GOODMAN:  It's 7/02/2020.

18       MR. HICKEY:  That's the last visit?  I thought -- there

19   is a physical therapy visit of July 13, though.

20       MS. GOODMAN:  There is September 10, 2020.

21       MR. HICKEY:  Is that an office visit or --

22       MS. GOODMAN:  Office visit.

23       MR. HICKEY:  But the physical therapy ended sooner?

24       MS. GOODMAN:  Correct.  Physical therapy ends

25   July 13th, 2020.

1        MR. HICKEY:  Okay.  That's fine.

2    BY MR. HICKEY:

3    Q.  Now, on -- we heard September 10, 2020, is your last visit

4    with Dr. Chern for that year?

5    A.  That is correct.

6    Q.  How were you doing on that day?

7    A.  That day I was doing pretty well.

8    Q.  Okay.  And I think his office note says that, but were

9    you -- let me -- we will get to that office note.  Was there

10   any time after this crash that you had been completely pain

11   free?

12   A.  No.

13   Q.  Has there been any time since this crash that you

14   completely had full use of your right shoulder?

15   A.  No.

16       MR. HICKEY:  So let's go ahead and look at this last

17   note of Dr. Chern, September 10th, 2020, and if you can put

18   that up on the screen before we go forward.

19       Thank you.  You are very fast with that.

20   BY MR. HICKEY:

21   Q.  Joint Exhibit 088.225, is that the September -- yeah,

22   September 10, 2020, Seaview Orthopedics.

23       He says, "strain of muscle tendon rotator cuff of right

24   shoulder, subsequent encounter," etcetera.

25       I think the physical examination must be on the next -- can

1   we go back for a minute?

2        It says here, actually, under history, "She has no pain in

3   her right shoulder, can lift her arm overhead easily."

4        Okay.  So he's pretty optimistic or he says these things.

5        I mean, how would you rate that?

6   A.   In terms of a number or in terms of like how did I feel

7   about what he said?

8   Q.   Is that accurate or is that not accurate?

9   A.   Not all the time that's not accurate.

10  Q.   Okay.  Were you pretty good on that day?

11  A.   Yes.

12  Q.   Then is there somewhere on here where it has -- yeah, it

13  has, I guess, the examination.  Okay, right there.

14       Yep.

15       Okay.  He says there is a negative liftoff sign,

16  bilaterally sign.  He says, "Forward elevation is still

17  somewhat weak on the right side."

18       Do you understand that to mean where you elevate or lift up

19  your arm forward?

20  A.   Yes.

21  Q.   Okay.  Was that accurate as of that day?

22  A.   Yes.

23  Q.   Okay.  Thank you.

24       Then so there's -- that's September 2020.  Then you don't

25  go back to Dr. Chern until March of 2021?

1   A.   That's correct.

2   Q.   Okay.  So that's about six months when you didn't go back

3   to him.

4   A.   That's correct.

5   Q.   Did you violate doctor's orders when you didn't go back?

6   A.   No.

7   Q.   Why didn't you go back?

8   A.   So I started to get pain somewhere around November; the

9   pain increased.  I live in New Jersey.  Around November weather

10  fluctuates.  One day it's 75.  The next day it's 50.  Just this

11  year, Halloween, 81 degrees; November 1st, 45.

12       So, with the change of weather, with it getting cold, I

13  figured that the weather was affecting my shoulder.

14  Q.   Okay.

15  A.   So I just lived with it, until after the holidays, I

16  thought this just can't be weather because now when we hit

17  December, January, our weather is kind of stable, it's usually

18  cold.

19       So I did make an appointment with Dr. Chern, and it snowed,

20  so I had to cancel that.  Snow on a windshield.

21  Q.   For when?

22  A.   It was -- the first appointment was at the end of January.

23  Q.   January of 2021?

24  A.   Correct.

25  Q.   Okay.

1    A.   So, it snowed that day.  I could not go out and clean my

2    windshield, so I cancelled it.  I made a second appointment and

3    again it snowed, and their office called me and cancelled it.

4    So, therefore, I got in in March.

5    Q.   March of 2021?

6    A.   Correct.

7    Q.   Now, you said you first felt the pain in November, and

8    that's in the note, that's in the March 2021 note that you

9    first felt pain in November.

10        When did you first call to make an appointment, the first

11   one you cancelled because of snow?

12   A.   The beginning of January.

13   Q.   Okay.  What did you do -- let's talk about what you did in,

14   let's say, between September 2020 and, excuse me, the end of

15   2020?  Were you going about your life as best you could?

16   A.   Yes.

17   Q.   And which is doing what?

18   A.   I went to work every day.  I did whatever I had to do.

19   Q.   Did you try to go to work, and we will talk about what work

20   that is, but did you try to go to work at all times that you

21   could during 2020?

22   A.   Oh, absolutely.

23   Q.   Now, the first surgery is March 17, 2020.  That's in --

24   that's like what, right before COVID.  Right?

25   A.   I always call that the three hours that I woke up and the

1    world changed.  That was the actual day that everything shut

2    down in New Jersey, and when I got out of surgery and went

3    home, I found out that we had cancelled classes.  So, yeah, I

4    call that the three hours that changed the world.

5    Q.   Yeah.

6         And is that -- did that affect -- I don't know, did that

7    affect why you didn't go back to Dr. Chern in that period of

8    time, that being COVID?

9    A.   You mean from November until January?

10   Q.   I mean from September to January, September to March?

11   A.   No, that wasn't the reason.  No.

12   Q.   Okay.  Fair enough.

13        Tell us what your activities were in that period of time,

14   in all of 2020.  I mean, you said you did work as much as you

15   could.  What were you working at in 2020?

16   A.   So, in 2020 finally by April of 2020, the Real Estate

17   Commission gave us permission to teach classes on Zoom.

18   Q.   Okay.

19   A.   So, yes, I was teaching my normal classes.  I would go

20   home, you know.  I would help my husband cook.  He would start

21   cooking.  I would do what I can to help him cook, of course,

22   not lifting anything too heavy.

23        I did laundry.  Basically, I did my household stuff that I

24   could do.

25   Q.   Did -- so you no longer taught in person where you were

1   using the chalkboard?

2   A.   No, we no longer taught in person and before the surgery my

3   colleague bought me an iPad so we can hook it up to a computer,

4   and, therefore, I could write right after surgery without

5   having to lift my arm.  But we were preparing and then we wound

6   up on Zoom, so it wasn't necessary for me to do that.

7   Q.   Did you also in that time act as a realtor?

8   A.   I did.

9   Q.   And you talked -- I think you talked before about driving

10  to properties for the Chapter 7 trustee.

11       Did you do that in this period of time, that is, well, all

12  during 2020 as much as you could?

13  A.   I did.

14  Q.   You're a worker?

15  A.   I am.

16  Q.   Okay.  We are going to get to this March 15, 2021, where

17  you went back to him, but in this time, in this time did you --

18  before that did you have any other, any trauma with the right

19  shoulder?

20  A.   No.

21  Q.   Did you have any falls where you injured your right

22  shoulder?

23  A.   No.

24  Q.   Did you have any motor vehicle accidents, any car crashes

25  where you injured your right shoulder?

1   A.   No.

2   Q.   Did you have any -- well, let me ask you this; in that

3   period of time that you know of, did you violate any doctors'

4   orders?

5   A.   No.   Nobody restricted me when I was discharged from

6   Dr. Chern, so no.

7   Q.   The defense lawyer, Mr. McAlpin, brought that up, they

8   always do, they always say no restrictions.

9        MR. MCALPIN:   Objection.   Argumentative, Judge.

10       THE COURT:   Sustained.

11  BY MR. HICKEY:

12  Q.   Mr. McAlpin brought up no restrictions.   Were you told that

13  you could -- tell us about that.   What were you told by the

14  doctors?

15  A.   I was told that I was discharged and to come back if I

16  needed to.

17  Q.   Okay.   But what were you told by those doctors about

18  movement, do the best you could?

19  A.   Yes.   Yeah, he said it would take a good year before we

20  knew how much.

21  Q.   Right.   But the restriction of movement, in other words, is

22  as pain or ability allows.   Right?

23  A.   That is correct.

24  Q.   It's not any specific restriction that he is going to

25  verbalize.   Right?

1   A.   That is correct.

2   Q.   Okay.  Thanks.

3        Then we get to March 15, 2021, appointment with Dr. Chern.

4   I don't know if that's what's on the screen.  Is this the -- is

5   this the March 15, 2021?

6        It is.  Thank you.

7        So we are looking now at Joint Exhibit 088.230, and this

8   looks like the Dr. Chern's visit note.  It says under

9   examination -- well, first of all, it says that under prior

10  medical history, right shoulder.

11       Do you see that, PMHX?  That means prior medical history.

12       Do you see that, ma'am?

13  A.   I do not.

14  Q.   Okay.  Do you see where it says, "reason for appointment"?

15  A.   I see that.

16  Q.   Okay.  Do you see where it says history of present illness?

17  A.   I see that, yes.

18  Q.   Okay.  And then it says under therapy clinical assessment,

19  it says, "Patient seen for evaluation impairment with ROM,

20  that's range of motion, strength and pain levels affecting

21  function."

22       Do you see that?

23  A.   I do see that.

24  Q.   Is that accurate that you had impairment, range of motion

25  strength, and pain?

1  A.  That is correct.

2  Q.  Okay.  It says, "Will benefit from PT to maximize

3  function."

4  A.  That is correct.

5  Q.  Then it says, "Presenting condition, right shoulder,

6  insidious onset of pain and stiffness 11/2020."  Is that what

7  you were talking about before?

8  A.  Yes.

9  Q.  Okay.  And then it says, "PMHX."

10      Do you see that?

11  A.  I do.

12  Q.  That means prior medical history.  HX is history in medical

13  abbreviations.

14      It says, "Right shoulder, medium RTC --" that's rotator

15  cuff repair, "plus biceps tenodesis, 3/17/20."

16      Do you see that?

17  A.  I do.

18  Q.  So he characterizes the surgery he did as right shoulder

19  medium RTC, rotator cuff repair.  Is that what he told you he

20  did?

21  A.  Yes.

22  Q.  And it says he did -- excuse me, it says, the note says,

23  "Did well with postop PT."  That's accurate.  Right?

24  A.  Yes.

25  Q.  And, "Prior therapy for condition:  None.

1          "Prior level of function:  Progressive decline."

2          That sounds accurate?

3   A.   Yes.

4   Q.   Okay.  "Social support:  Independent living."

5          He talks about in the right shoulder, area of pain,

6   anterior lateral posterior.  We won't go into that.

7          Where was the pain at that time in March 2021 now?

8   A.   The pain was in my shoulder, and it went down my arm.

9   Q.   Okay.  He says at that time, "Nature of pain:  Aching,

10  throbbing."  Is that accurate as of that time?

11  A.   Yes.

12  Q.   He says, "Severity of pain, best to worst, 5 to 8 on a

13  scale of 1 to 10."  Is that accurate as of that time?

14  A.   Yes.

15  Q.   Okay.  And he said, going down under examination, "Strength

16  2 out of 5," meaning if 5 out of 5 is a hundred percent, that's

17  a lot less than a hundred percent.

18          Is that accurate?

19  A.   Yes.

20  Q.   Okay.  Then he goes to the MRI.  I think he is talking

21  about the prior MRI.  Go to the next page.  Maybe he is -- I

22  don't know.  What's the date of the MRI?

23          MS. GOODMAN:  4/30/2021.

24  BY MR. HICKEY:

25  Q.   So he must be talking about the prior MRI, which is fine.

1   And -- okay.  Fine.

2       What did he say -- do after this first visit or in this

3   first visit?

4   A.   In the first visit he thought I had a frozen shoulder, so

5   he gave me a shot of cortisone, but he put it in the joint at

6   that time.  And he told me to go to physical therapy and I had

7   to come back in a month.

8   Q.   Did you do that?

9   A.   I did.

10  Q.   From March 15, 2021, the date of this visit, to May -- or

11  is this March 15th.  Am I getting that right?

12      From March 15, 2021, to May 16th, 2021, I see from the

13  records -- I wrote in my notes, "15 visits for physical

14  therapy."

15      Does that sound -- no, excuse me, I think for physical

16  therapy.  Does that sound accurate?

17  A.   It does.

18  Q.   And I wrote in my notes, "Total number of physical therapy

19  after the first surgery, 49."  Does that sound accurate?

20  A.   Yes.

21  Q.   After all this therapy -- going forward again to the 2021,

22  after that visit you got an MRI.  Correct?

23  A.   I did, yes.

24  Q.   And you were told there was a -- what were you told about

25  that?

1   A.   I got an MRI, and I went back to Dr. Chern.  And he told me

2   that there was a tear in the rotator cuff and he explained it

3   to me because I asked, how could there be a tear if you

4   repaired it?  And he explained it to me as a tree.  He said

5   sometimes you plant a tree or you plant seeds and they take,

6   and sometimes they don't.  He said, and yours did not take.  It

7   did not heal properly.

8   Q.   Okay.  And you went to physical -- did he prescribe

9   physical therapy after this March 15th visit?

10  A.   I did do --

11  Q.   I'm sorry, we went over that.  That was the 15 visits to

12  May 6, anyway.

13       Then what -- how did it come about -- when did he recommend

14  the second surgery?

15  A.   So, right then and there he did.  He explained three

16  courses of action, and the first one was stem cells.

17  Q.   When you say right then and there --

18  A.   At that appointment.

19  Q.   The appointment after the MRI?

20  A.   Yes.

21  Q.   Okay.

22  A.   So the first one was stem cells.  He said that's a

23  Band-Aid; it will have to be done again.  He said that is not a

24  permanent fix.

25       The second one was a patch, to patch, I guess put a patch

1    in there to hold it together.

2    Q.   Okay.

3    A.   He said since the first surgery didn't take, I don't

4    believe that the patch is going to take and that may only be a

5    Band-Aid also.

6         The next one was the reverse shoulder replacement and he

7    explained to me what that was.  And he said, "We don't like to

8    do that because you are not 70 years old yet."

9         He said, "But I think that's the best plan of action for

10   you to reduce your pain."

11   Q.   Okay.  And that's what you -- you said okay?

12   A.   I did.

13   Q.   But he explained what the procedure was.  Right?

14   A.   Yes, he did explain what the procedure was.  As he said it

15   was a reverse replacement, and he explained the ball in the

16   socket and how that would be reversed and the ball would be on

17   top of the socket instead of underneath it.

18   Q.   Did he tell you about risks of that surgery?

19   A.   Of course.

20   Q.   What did he tell you about those risks, either him verbally

21   or in the form?

22   A.   So there is always a risk of death and all of that.  I

23   don't remember all the risks that he did tell me.

24   Q.   Did he tell you it could get worse even after surgery?

25   A.   He did.

1   Q.   How did that make you feel, all these risks that he was

2   talking about?

3   A.   I wasn't happy about them.

4   Q.   We know that the second surgery was on June 11, 2021.  Does

5   that sound accurate?

6   A.   That is accurate, yes.

7   Q.   Where did you go for that?

8   A.   I went to Ocean Medical Center, which is a hospital in

9   Brick.  It is right across from Seaview Orthopedics.  It had to

10  be done in a hospital.

11  Q.   You said in Brick?

12  A.   In Brick, New Jersey.  It's the same place where the

13  doctor's office was or is.

14  Q.   Tell us about after that surgery.  Tell us about the pain,

15  limitations that you went through, let's say in the month after

16  that surgery, first of all?

17  A.   So, in the month after that surgery, the first thing was

18  physical therapy for the first two weeks came to the house.  I

19  did physical therapy in the house.  Again, he wanted to start

20  it immediately.

21       Then after that I went out to physical therapy three times

22  a week because after two weeks I had an appointment with him.

23  He said I could begin to drive, but not long distances, he said

24  and I had to drive with my left hand and guide with my right.

25  He said do not drive with your right hand.

1      So I continued physical therapy.  Again, I had my good days

2  and my bad days.  You know, could I say that I was ever pain

3  free, no.  You know, but there were days that it was a 3.

4  There were days that it was a 10.

5  Q.   Physical therapy after this surgery in June, we have

6  Meridian Home Care Ocean, that's what it's called Meridian Home

7  Care.  That's the people that sent out the folks to your home?

8  A.   That is correct.

9  Q.   And I have that there are five sessions of that in a

10  nine-day period after the surgery.  Does that sound accurate?

11  A.   That is correct.

12  Q.   Did you have to stay home in those nine days?

13  A.   I did.

14  Q.   Did you have to stay home -- for how long did you have to

15  stay home after this reverse ball-and-socket shoulder

16  replacement?

17  A.   I stayed home for those nine days, and then I had my visit

18  with Dr. Chern.  And then he allowed me to drive, like I said,

19  drive with your left, guide with your right, so I was able to

20  go back to work at that point.

21      My colleague picked me up for the first couple of weeks

22  that I went back.

23  Q.   Okay.  Somebody else drove you?

24  A.   Correct.

25  Q.   So from June 22 of 2021, after the surgery, until

1   October 11, 2021 -- so what is that?

2       That's four months.  I counted 32 physical therapy sessions

3   that you had to go to Seaview Orthopedics.  Does that sound

4   accurate?

5   A.  Yes, it does.

6   Q.  Were those 32 sessions in the same building as the physical

7   therapy from before?

8   A.  Yes.

9   Q.  What kind of exercises did they do?

10      Just tell us, and then tell us about the pain or whatever

11  problems from that therapy.

12  A.  So it started just like the previous one, doing the

13  pendulum back and forth, doing the circles, adding a weight.

14  He did add a weight during that time; again, stretch bands

15  started the lightest weight and then they went to medium, and

16  then they went to tough.

17      At that point there was a stretch band around my foot, and

18  I was holding the other side and had to lift my leg with my

19  right arm so I can stretch it.

20  Q.  Okay.

21  A.  He also -- again, I crawled up the wall with my hands.  I

22  did a banded to wall.  I did an arm bike.  He had me at the

23  beginning sit at a table with a ball and kind of stretch my arm

24  out with a ball and then stretch it back, you know, come back

25  with it.

1      He also added, after the reverse replacement, electricity.

2   He would put electricity on my neck and then a cold pack on top

3   of that, and it -- it was supposed to help the muscles.

4   Q.   Okay.  How long in those 32 sessions -- well, in the five

5   sessions after the surgery that were at home, how long did

6   those last?

7   A.   They were only about a half hour.

8   Q.   Okay.  And the 32 sessions at Seaview Orthopedics after

9   that, how long were they?

10  A.   They started at about a half hour and went up to an hour by

11  the end.

12  Q.   How was physical therapy?  What's the experience in your

13  shoulder?  How did you feel?

14  A.   Physical therapy hurt because like I said, when I was able

15  to do an exercise easily, they added something else.

16  Q.   Were you on narcotic medication after the reverse

17  ball-and-socket surgery?

18  A.   I was given them, yes.  Did I take them?  Maybe twice.

19  Q.   What was it that you took maybe twice?

20  A.   I want to say Percocet.

21  Q.   Do you know for certain?

22      If you don't, that's fine.

23  A.   I don't know for certain.  I didn't want them.

24  Q.   Why not?

25  A.   Because I told the doctor that I wasn't going to take them

1   because I am afraid of addiction.  I am afraid of not being

2   sharp mentally and able to think.  So I told them that I didn't

3   want them, and, apparently, in New Jersey if I don't get them

4   then and I have pain and I need them I have to make an office

5   visit, so he insisted that I get them and get the prescription

6   filled.

7   Q.  Okay.  You said you didn't take them.

8       You must have a pretty high threshold for pain?

9           MR. MCALPIN:  Objection.  Leading, Judge.

10          THE COURT:  Sustained.  If you will rephrase.

11  BY MR. HICKEY:

12  Q.  How is your threshold for pain?

13  A.  I will deal with it not to take a narcotic.

14  Q.  Did you want to -- how did your desire for work affect your

15  desire or lack of desire to take narcotic pain medications?

16  A.  You know, I am a worker.  I was raised to go to work.  My

17  mother's big thing was you have to learn to stand on your own

18  two feet.  Things happen in life so you have to learn to stand

19  on your own two feet.  My dad who could not say his T-Hs, would

20  always say to me you don't get nottin for nottin, you have to

21  go to work.

22      I honestly believe that if I stop work I will die.

23  Q.  On the therapy records after the shoulder replacement, it

24  says -- especially towards the end of physical therapy time,

25  the time that it took place, we see that -- we see a pain scale

1    of 5 out of 8, 5 out of 10, 8 out of 10.  We also see lower

2    sometimes, but we see these pain scales, and yet, it also says

3    on the notes, feels great, feeling better, feels stronger.

4         How can you explain that during that period of time?

5    A.  So, I don't know that it felt great but from one

6    appointment to the other I was able to do a little more, so I

7    felt better.  But there was still pain.

8              THE COURT:  Mr. Hickey, which notes are you talking

9    about?

10             MR. HICKEY:  These are physical therapy notes after the

11   shoulder replacement.

12             THE COURT:  Are these in evidence?

13             MR. HICKEY:  Yes, sir, they are.

14             THE COURT:  Which one?

15             MR. HICKEY:  If I might, Your Honor, is this the first

16   page of those or where --

17             MS. GOODMAN:  This is the first page of the first

18   physical therapy record after the --

19             MR. HICKEY:  Shoulder replacement.

20             MS. GOODMAN:  Correct.

21             MR. HICKEY:  Okay.  So is the -- no, that's not at the

22   home.  That's at the Seaview Orthopedics.

23             The replacement is in June.  Oh, okay.  This is the, it

24   is a PT note of June 22, 2021, Your Honor, and this would be

25   the first note, I believe, after the June -- I think it's

1    June 11, 2021, surgery, and this is Joint Exhibit 088.320.

2            Are all those notes that same exhibit?

3            MS. GOODMAN:  Yes, it's Joint Exhibit 88.

4            MR. HICKEY:  Okay.  Exhibit 88 is the answer to your

5    question, Judge.

6            THE COURT:  Okay.

7    BY MR. HICKEY:

8    Q.  Let's go ahead and look at this one, for example, and it

9    says -- at the top see where it says, "History of present

10   illness"?

11   A.  Yes.

12   Q.  And it says, "Therapy clinical assessment"?

13   A.  Yes.

14   Q.  Do you see where it says, "patient seen for," and it says,

15   "Evaluation impairment with range of motion."

16           Did you have impairment at that time?

17   A.  Yes.

18   Q.  "Strength and pain levels affecting function," did you have

19   strength problems and pain levels at that time?

20   A.  I did.

21   Q.  Okay.  And it describes the surgery.  It says, "Prior level

22   of function, progressive decline."  I guess that's talking

23   about before this surgery.

24           It says, "Right shoulder nature of pain, aching,

25   throbbing."  Is that accurate as of that time?

1  A.  Yes.

2  Q.  Then it says, "severity of pain," and this is only a few

3  days after that surgery, "Severity of pain, best to worse, 1 to

4  3 on a scale of 1 to 10."  That seems pretty low.

5      What was going on at that time?

6  A.  I may have taken Aleve before physical therapy, which I did

7  quite often.

8      MR. HICKEY:  Okay.  Can we go to the next page then,

9  reviews at the bottom, the examination with a range of motion,

10 the MRI?

11     Can we go to the next page to see if there is anything

12 significant there?

13     It talks about what we did, the modalities.  It talks

14 about the goals planned.

15     Can you go to the next page?

16 BY MR. HICKEY:

17 Q.  Then it refers to what lead to this shoulder replacement is

18 non traumatic rotator cuff repair.  That's this surgery, not

19 the one of 2020.

20     So I count notes for that as 32, from June 22 to

21 October 11, 2021.  Does that sound accurate?

22 A.  Yes, it does.

23 Q.  How would you compare -- how would you compare the recovery

24 time after the -- that's not -- that's a bad question.

25     The shoulder replacement is June 11, 2021.  We are now more

1    than two years after that.  How would you compare the way you

2    felt, let's say in the year after that surgery, the shoulder

3    replacement versus the first surgery?

4        Were you in more pain after the first, the March 2020

5    surgery than June 2021 or less?

6    A.   I was in less pain after the first surgery than I was after

7    the second surgery, if we are talking about pain from surgery.

8    Q.   Okay.  Fine.

9        How about just -- how about like starting -- when did the

10   pain from surgery diminish after the shoulder surgery?

11   A.   I would imagine somewhere around August, September, 2021.

12   Are we talking the second surgery, the replacement?

13   Q.   The shoulder replacement?

14   A.   Probably August, September.  It didn't go away.  The word

15   was diminished.

16   Q.   I understand.  So, how would you compare the time after

17   that, the August, September, 2021, you know, through now, let's

18   say, with the time from the first Dr. Chern right shoulder

19   surgery March 2020 through the end of 2020?

20       How would you compare it?

21       Was it more in 2020 versus this period of time we talked

22   about or less?

23   A.   So was it more in 2020 than present?

24   Q.   Yes.

25   A.   Yes, it was.  Presently, every day we are talking about a 2

1   to a 3.

2   Q.   Okay.  We are going to talk more about that, but let me

3   go -- let me go on to something a little bit differently, but

4   we are traveling in time forward to 2022 for right now.

5   A.   Okay.

6   Q.   That's last year.

7        You saw this Dr. Hommen who was on the stand yesterday, you

8   saw him in 2022?

9   A.   Yes, I did.

10  Q.   And you saw Dr. Rozenscwaig who testified two days ago here

11  also in 2022?

12  A.   Yes, I did.

13  Q.   Were they like a day apart?

14  A.   Yes.

15  Q.   Do you recall who came first, I don't?

16  A.   Dr. Rozencwaig.

17  Q.   Tell us, I asked -- and were you here -- I think you were

18  here for the examination, when I cross-examined Dr. Hommen,

19  actually for the entire examination of Dr. Hommen.  Right?

20  A.   Yes.

21  Q.   And you heard him testify about the number of patients he

22  has every day?

23  A.   Yes.

24  Q.   And you heard him testify about the number of physical

25  exams he does and has done in the last year?

1    A.   Yes.

2    Q.   And you heard him testify about the physical examination he

3    said he did on you?

4    A.   I did hear him say that, yes.

5         MR. HICKEY:   Now, what's the -- I don't know the exact

6    date of Dr. Hommen.

7         MS. GOODMAN:   5/24.

8    BY MR. HICKEY:

9    Q.   Okay.   5/24/22 is Dr. Hommen, so 5/25/22 is Dr. Rozencwaig.

10   Did I get that right?   Does that sound about accurate?

11   A.   No, Dr. Rozencwaig was first.

12        MS. GOODMAN:   5/23.

13        MR. HICKEY:   Okay.   Then it's 5/23.   Is Dr. Rozencwaig

14   23?

15        MS. GOODMAN:   Yes.

16   BY MR. HICKEY:

17   Q.   I messed up, and I apologize.

18        Why do you remember your examination, your visit with

19   Dr. Hommen?

20        I'm not asking you about the -- we're going to get there,

21   but why do you remember that?

22   A.   Because it was a little strange from beginning to end.

23   Q.   Why?

24   A.   Just walking in the office, I went up and told him who I

25   was.   They told me my appointment was cancelled, that Norwegian

1    cancelled that appointment.

2    Q.   Okay.

3    A.   So I immediately called Dolores Martinez from your office.

4    Q.   Okay.

5    A.   She was rather surprised.

6    Q.   You don't have to go into that.  I mean, I know there was a

7    miscommunication.

8    A.   Right.  There was a miscommunication.

9    Q.   The cruise line miscommunicated to the doctor?

10   A.   Correct.

11        MR. MCALPIN:  Objection, Your Honor.  It's

12   argumentative and irrelevant.

13        MR. HICKEY:  I'm going forward.  I actually thought I

14   was avoiding.

15        THE COURT:  I'm sorry, I missed what you said and

16   apparently so did the court reporter.

17        MR. MCALPIN:  If you missed it, that's okay, because

18   it's not on the record.

19        THE COURT:  Why don't you repeat your question or

20   rephrase your question if you think it necessary.

21        MR. HICKEY:  Thank you.

22   BY MR. HICKEY:

23   Q.   What happened?

24   A.   So I went in.  They took me back.  They did x-rays.

25   Q.   I mean, what happened?  Why was it strange -- you said it's

1    strange from the beginning.  Why?

2    A.   Well, the miscommunication first, you know, and then --

3    Q.   What was that all about?

4    A.   They told me my appointment was cancelled, that Norwegian

5    called and cancelled my appointment.

6    Q.   Fine, then you straightened that out?

7    A.   That was straightened out, yes.

8         They called me back, x-rays were taken, and then I went

9    into an examination room with a medical assistant.

10   Q.   Okay.

11   A.   So I sat on the chair.  I did not sit on an examining

12   table.  There was an examining table to my left, and I sat on

13   the chair and the medical assistant asked me what happened.  I

14   did tell her what happened, and then Dr. -- I'm sorry, Hommen,

15   I'm horrible with pronouncing names.

16        Is that how his name is pronounced?

17   Q.   Yeah.

18   A.   He walked in the room.  He did not ask me to get up on the

19   exam table.  I was still sitting on the chair.  He asked me

20   what happened, and I told him.  It was a conversation, talked

21   about my medical history.

22   Q.   Hold on.  So he asked you what happened at the tender

23   crash?

24   A.   Correct.

25   Q.   Okay.  Go ahead.

1    A.   And we talked about my medical history.  He said, stand up,

2    let me see your scar.

3    Q.   Did you stand up?

4    A.   I did.

5    Q.   Did you show him your scar?

6    A.   I did.  I stood up and I moved my shirt to the side.  And

7    he pointed out the four points of the arthroscopic surgery, and

8    he said, "Nice scar."

9         So I went and sat back down on the chair and he said, "Now

10   you are done.  You can go.  Have a nice day."

11        I left and I was shocked.

12   Q.   Why were you shocked?

13   A.   Well, I didn't have to move my arm.  I didn't have to flex

14   my arm.  I didn't have to reach.

15   Q.   Okay.  Did Dr. Hommen perform a physical examination on

16   you, the examination that he described yesterday from the

17   witness stand?

18   A.   Absolutely not.

19   Q.   Just to make it a hundred percent crystal clear on the

20   record, did Dr. Hommen ask you to lift your arm straight up?

21   A.   Absolutely not.

22   Q.   Did Dr. Hommen ask you to lift your right arm to the right

23   or to the left or forward or backward?

24   A.   Absolutely not.

25   Q.   We will get there in a minute but -- well, strike that.

1      So you had gone the day before to Dr. Richard Rozencwaig?

2    A.   That is correct.

3    Q.   Were you here also when Dr. Richard Rozencwaig testified

4    two days ago?

5    A.   I was.

6    Q.   And it may have been three days ago -- I apologize,

7    sometime this week.   How -- what happened at the examination

8    with Dr. Rozencwaig?

9        First of all, how long did that process with Dr. Rozencwaig

10   last?

11   A.   Probably about an hour and a half.

12   Q.   How long did the process with Dr. Hommen last?

13   A.   Probably about a half an hour, including the x-rays.

14   Q.   Okay.   You're saying half an hour with the process at

15   Dr. Hommen's office.   Right?

16   A.   When I was taken back, no -- right, walking in, I

17   understand what you are saying now, yes.

18   Q.   For how long did Dr. Hommen spend with you?

19   A.   Tops, ten minutes.

20   Q.   For how long did Dr. Richard Rozencwaig spend with you?

21   A.   About an hour.

22   Q.   And did Dr. Rozencwaig do the physical exam and movements

23   that he testified to the other day?

24   A.   Absolutely, and when I moved my arm when he asked me lift

25   your arm, he took a measurement.   He had a ruler.   He had -- I

1   don't know what it would be called.

2   Q.   It's called a goniometer, but it's a plastic device that

3   measures angles?

4   A.   Yes.

5   Q.   Yeah, it's called a goniometer.  It's a weird name.

6   A.   Yes, he measured everything that he did, everything that he

7   asked me to do.

8   Q.   That weird ruler, was it something that --

9   A.   Yes.

10  Q.   It's got two levers to it, arms in it.  It's got some

11  device in between and measures angles like that?

12  A.   Correct.

13  Q.   Did Dr. Hommen have that or bring that into the examining

14  room with him with you at all?

15  A.   No.

16       THE COURT:  Mr. Hickey, as I indicated -- well, it's

17  time for a break anyway.  So, as I said before, I've got a

18  criminal matter at 11:30 for the trial.  For the trial, why

19  don't we just take an early lunch break now and resume back

20  here at 12:30, and then, again, we will go until 3 o'clock

21  today.

22       MR. HICKEY:  I'm in the final stretch, at this point,

23  with this witness.

24       THE COURT:  All right.  For the trial, we will be in

25  recess until 12:30, and we will resume then.

1          All right.  You may step down, ma'am.

2          MR. MCALPIN:  Thank you, Your Honor.

3          COURT SECURITY OFFICER:  All rise.

4          MR. MCALPIN:  Do we have to clear the tables?

5          THE COURT:  Defense counsel will have to clear the

6     table for the marshals.

7          MR. MCALPIN:  No problem.

8          MR. BERMAN:  Sorry to ask, can we leave the stuff in

9     the back there?

10         THE COURT:  Not in the first row.  You can maybe leave

11    it in the back row if you want to leave it in the courtroom.

12         MR. BERMAN:  Okay.

13         MR. HICKEY:  Judge, we have the post-incident physician

14    visits it says, but it's also physical therapy.  Correct?

15         MS. GOODMAN:  Correct.

16         MR. HICKEY:  So what we showed, we have it here.  We've

17    e-mailed it to defense.  Would you like a copy right now?

18         THE COURT:  Sure.  Just give it to Rehan.

19         Thank you.

20         (Lunch recess.)

21    BY MR. HICKEY:

22    Q.  Ms. Ruggeri, we talked before the lunch break about

23    physical therapy.  In the last four years since the tender

24    crash is 99, and that sounds accurate?

25    A.  Yes, it does.

1    Q.   We have in evidence the doctor visits.  I don't think we

2    added those up yet.  The doctor visits I added 26 over the last

3    four years.  Does that sound about accurate?

4    A.   Yes, it does.

5    Q.   That's a total, over the last four years, since this tender

6    boat crash, of 125 trips to either doctors or physical therapy?

7    A.   That is correct.

8    Q.   Just switching gears a little bit here, tell us about your

9    activities.

10        First of all, your activities before the tender boat crash

11   of 10/25/19 -- before the crash, tell us about your activities.

12   A.   So before the crash of 10/25/19, I took care of myself.  I

13   took care of my family.  I worked.  I did all the housework,

14   vacuuming, washing, cooking, holiday dinners.

15        We also took care of our grandchildren, so they were at our

16   house all the time.  They still are at our house on weekends,

17   playing with them, crawling on the floor with them.

18        I was the cool mimom.

19   Q.   Why is that?

20   A.   Because I would interact with them.  I would get on the

21   floor with them.  We never, ever yelled or screamed or if one

22   of the little ones was doing something wrong we had a white

23   straw hat and we would take out the white straw hat and ask

24   Alexa to play Singing in the Rain, You Are My Sunshine.  We

25   would start dancing, and we would start holding the hat out and

1    twirling around.  And in a few minutes the baby would turn

2    around and she or he would be across from us and they would

3    start dancing, and then you would get, "uppy, uppy."

4         So you'd put the hat on your head, and you'd pick the baby

5    up and you would start twirling around and dancing with the

6    baby until then -- babies mimic.  So the baby would take the

7    hat, and they would start holding it out and at the end of the

8    song they would put it on their head.  We would put them down.

9         We didn't have to discipline them.  We didn't have to yell

10   at home.  We diverted their attention.

11   Q.  Do you have kids?

12   A.  I do; two.

13   Q.  What are their names?

14   A.  Steven Glenn Robinson and Kelly Robinson.

15   Q.  Okay.  They are adults?

16   A.  They're adults, yes.

17   Q.  How old are they?

18   A.  Kelly is 33.  She will be 34 in December.  Steven is 38.

19   Q.  Who has the kids?

20   A.  Who has my grandchildren?

21   Q.  No, in other words, these kids -- your grandchildren, are

22   they children of Steven or Kelly or both?

23   A.  They are my son's.

24   Q.  What are your grandkids' names?

25   A.  John Paul Robinson.

1    Q.   Who, what?

2    A.   John Paul Robinson, who we call JP, and Emiliana Robinson,

3    who we call Emi.

4    Q.   Emiliano?

5    A.   Emiliana.

6    Q.   How old is John Paul now?

7    A.   John Paul is 11.

8    Q.   How old is Emiliana now?

9    A.   Seven.

10   Q.   Do Steven and Kelly live with you now?

11   A.   Yes.

12   Q.   When did that happen?

13   A.   Kelly always lived with me.  Steven moved back in last

14   November.

15   Q.   Why is that?  What happened?

16   A.   He is in the process of a divorce.

17   Q.   You talked about -- we are still before the tender crash.

18        Did you have any problems with your right shoulder getting

19   down on the floor with the two grandkids before this crash four

20   years ago?

21   A.   No, I didn't.

22   Q.   Did you have any pain in your right shoulder before this

23   crash four years ago, other than going back 12 years to that

24   surgery in 2007 and the physical therapy after that?

25        Did you have any -- after the physical therapy period,

1    let's say, January 2008, until this crash in 2019, did you have

2    any pain in your right shoulder?

3    A.   No, I didn't.

4    Q.   Did you have any problems doing anything between January 1,

5    2008, picking arbitrarily, and the time of this crash?

6    A.   No, I didn't.

7    Q.   What about on the cruise; did you have any problems before

8    this crash getting onto the ship, carrying your luggage or your

9    purses, anything like that?

10   A.   No, I didn't.

11   Q.   Did you have a strong shoulder before this, before this

12   crash?

13   A.   I did.

14   Q.   Can we show a photo of Ms. Ruggeri on the cruise ship, in

15   fact?

16        MS. GOODMAN:   This is Plaintiff's Exhibit 211.

17   BY MR. HICKEY:

18   Q.   This is Plaintiff's Exhibit 211.  Do you recognize that?

19   A.   I do.

20   Q.   You do recognize that?

21   A.   I do recognize that, yes.

22   Q.   I assume those are not the Beatles but they are made to

23   look like the Beetles.  Where was that taken?

24   A.   That was on the Epic, on the cruise ship.

25   Q.   This is before the crash?

1   A.   It is, yes.

2   Q.   What day is this?

3   A.   I don't know whether it was Wednesday or Thursday.

4   Q.   But it was before this crash on Friday?

5   A.   It is.

6   Q.   You look happy; were you?

7   A.   I was happy, yes.

8   Q.   You also look like you have gained weight since this time?

9   A.   I have.

10  Q.   How much?

11  A.   Between when this picture was taken and now?

12  Q.   Yes.

13  A.   Probably about 30 pounds.

14  Q.   You can leave that up for a minute there.

15       Actually, the only other photos we have on the cruise is --

16  there is another one.  Maybe we should show that one now, and

17  this is -- is this in -- this is Cannes, obviously, from --

18  that's Exhibit 042.004.  It says Cannes on it.  Is it in

19  Cannes, France?

20  A.   It is.

21  Q.   Is that -- obviously, it's before the crash?

22  A.   That is correct.

23  Q.   Okay.  And this is your standing -- what are you doing

24  there?  You are standing behind this cutout?

25  A.   Yes, so that I look like the cutout.

70

1   Q.   Did you have a good time in Cannes?

2   A.   Oh, I did, yes.

3   Q.   So, over the -- we see there are different periods of times

4   during the crash.  There are different eras, let's say.  There

5   is right after the crash and the time before the first surgery

6   after the crash, which is March 17 of 2020.  Right?

7        There is that time?

8   A.   Yes.

9   Q.   We talked about the pain and limitations of that time?

10  A.   Yes.

11  Q.   Then there is after the surgery and to, oh, I guess it's

12  September of that year, right, of 2021?

13  A.   Yes.

14  Q.   So March to September.  That's kind of another era.  Right?

15  A.   Yes.

16  Q.   And then there is September to -- September of 2021 until

17  really the end of that year.  I know you said in November you

18  started feeling the pain again, right, March to November, so

19  that's -- am I getting that right?

20       That's March 2021 until November?

21  A.   2020.

22  Q.   No, March was the surgery.  March 2021 was the surgery.

23  A.   No, the first surgery was March 17th, 2020.

24  Q.   I'm sorry.  You're right.  Okay.

25       You are right.  Sorry.

1          March 17 -- it's been a long day, long week.

2          March 17, 2020, until September 2020.  That's another era.

3     Right?

4     A.  Correct.

5     Q.  And you talked about the pain and limitations then.  Right?

6     A.  Yes.

7     Q.  And then another era is September 2020 through the end of

8     that year, through November, when you said, and the docket

9     noted it, through November you started feeling the pain again.

10         Right?

11    A.  That is correct, yes.

12    Q.  In this March through -- after that first surgery after the

13    crash until November, that's an era, and then November of 2021,

14    when you start feeling the pain again and the shoulder

15    replacement surgery in June.

16         So that's November through June, that's seven months there.

17    Right?

18    A.  Correct.

19    Q.  We talked, I think, a little bit at least -- hope I didn't

20    bypass that, but I think we talked about the pain and

21    limitations in that era.  Right?

22    A.  We did.

23    Q.  Then we've got the shoulder replacement surgery that's

24    June 11, 2021, and, of course, immediately following we talked

25    about the pain there.  Right?

1   A.   Yes.

2   Q.   Then we got kind of another era of physical therapy

3   through, I don't know, is it through September 2021, your last

4   visit with or July, July of 2021 is your last visit, I think,

5   with Dr. Chern, something like that?

6   A.   For the replacement?

7   Q.   Yes, sir.  Yes, ma'am.

8   A.   October.

9   Q.   Well, but your last visit with Dr. Chern is -- oh, right.

10  Right.  Okay.

11       So the replacement surgery is June 11, 2021?

12  A.   Correct.

13  Q.   And your last visit with Dr. Chern is not until 2022,

14  right, July of 2022?

15  A.   Correct.

16  Q.   And that's kind of another era.  Right?

17  A.   Correct.

18  Q.   That's basically a year; that's another era.

19       And is your pain and your limitations and your impairments,

20  are they more or less the same now as they have been in that

21  last era, that is, after the shoulder replacement surgery,

22  after the initial pain of it?

23       Let's say from July, all, through now, is that more or less

24  the same?

25  A.   Movement wise, I'm a little better now.  Keeping my arm in

1   any position more than a little bit, then I am feeling pain.

2   Trying to pick up anything, probably that weighs more than five

3   or six pounds, there is pain.

4   Q.  Okay.  What type of pain?

5   A.  So, it's an aching pain.  It goes from the shoulder down

6   the arm.

7   Q.  Okay.  What's the frequency that you feel that pain?

8   A.  Whenever I am trying to do anything that requires any type

9   of strength or any type of staying in one position for a while.

10  Q.  All right.  I mean, is that once a day, three times a day,

11  once a week?  With frequency what frequency do you feel that?

12  A.  I am going to say at some point once a day.

13  Q.  And this is through today.  Correct?

14  A.  Yes.

15  Q.  And what strength of the pain would you give it on a 0 to

16  10 scale when you do feel it?

17  A.  So, when I do something we are looking at about an 8 to a

18  10.

19  Q.  Okay.

20          THE COURT:  I'm sorry, you said when when?

21          THE WITNESS:  When I am physically trying to do

22  something, trying to grab something.

23          THE COURT:  Okay.

24  BY MR. HICKEY:

25  Q.  It's a what?

1   A.   An 8 to a 10.

2   Q.   What about normally just going through the day?  What's the

3   pain level?

4   A.   My pain level is about a 1 to a 2.

5   Q.   Let's talk about the way I classify it, activities, there

6   is unable to do things, do less than another category for

7   things you do less of, and another category of things you do

8   but you do them with pain.

9        Let's talk about what you believe you are unable to do now

10  in this last era, this era through today and into the future.

11       How about carrying things?

12       Tell us about that.

13  A.   So, I can't carry things in my left arm that weigh more

14  than five pounds.

15  Q.   Why did you say left arm?

16  A.   I can't -- I'm sorry, my right arm.  I have to carry them

17  in my left arm.

18  Q.   Oh, okay.

19  A.   For example, my husband coming here every day, he can't

20  carry his oxygen and walk, so I am carrying his oxygen in my

21  left arm, so there are things that I can't do with my right

22  arm.

23  Q.   Okay.

24  A.   I can't put the seven-year-old in a car seat.  She had to

25  learn to do that herself ages ago and get herself buckled in.

1      I can't walk the dog using the right arm.  I can't vacuum.

2   Any repetitive motion, reaching down into the dryer or reaching

3   down into the washer with my right arm --

4   Q.   Hold on.  Let's go back to the dog.  But can't you use your

5   left arm to walk the dog?

6   A.   I don't have that much strength in my left arm to control

7   the dog because he is a puppy and we are still kind of training

8   her to walk beside us, so I can't go with her a long distance.

9   Q.   Because you need both arms?

10   A.   Yes.

11   Q.   Okay.  Now, before we go on, we have heard about how you

12   can lift your right arm above you, but what's the difference?

13      What's the difference between now and the day before the

14   crash, for example, with your right arm, with lifting it above

15   your head?

16   A.   Okay.  So, for example, we have to get a certificate of

17   occupancy every time title transfers in real estate.  So the

18   municipality has to come down and do, at the absolute least, a

19   smoke inspection.  That requires to have -- depending on the

20   municipality, the state minimum requirements are a smoke

21   detector ten feet from the sleeping areas with a sealed

22   ten-year battery, carbon monoxide detector within ten feet from

23   the sleeping area, a five-pound fire extinguisher five feet

24   from the kitchen in the egress.

25      So, can I hold on to that smoke detector, absolutely.

1       It's getting on the ladder, raising my arm to find the

2   studs, putting the smoke detector in the correct place,

3   screwing in the screws for the base, then getting the smoke

4   detector and attaching it.  That's the part that I can't do.

5   Q.  That's the part you can or cannot do?

6   A.  Cannot do.

7   Q.  Why not?

8   A.  Because I can't keep my arm there that long so my daughter

9   comes along and she does it.

10  Q.  So it's strength and opposite of fatigue.  It's stamina.

11  Correct?

12  A.  Correct.

13  Q.  Has that been the case -- for how long has that been the

14  case that you can lift it up pretty good but just the strength

15  is not there?

16  A.  How long has that been the case?

17  Q.  Yes.

18  A.  After the last surgery.

19  Q.  You mean the replacement surgery?

20  A.  Correct.

21  Q.  Grandchildren, you talked about how that has affected --

22  well, actually, you told us you could before.  Tell us how that

23  has been affected.

24  A.  I would just put my grandchildren in the car, we would go

25  to a park.  I would push them on a swing or whatever they

1    wanted to do.  I would be able to do it.  I can't do that now.

2    I can't push them on a swing.  I can't twirl them on anything.

3    Q.  Is that relationship with those two grandchildren important

4    to you?

5    A.  Absolutely.  Absolutely.  They are my hearts.

6    Q.  Has this curtailed your time and enjoyment with them?

7    A.  It curtailed my enjoyment.  We still have them the same

8    time, but I don't -- I don't enjoy it as much as I did.

9    Q.  How much of your enjoyment in life did you derive from

10   spending time and playing with your grandkids?

11   A.  The majority of enjoyment with my life was with my

12   grandkids.  I refer to them as the king and the queen.

13   Q.  How about driving?

14       We talked before, at the beginning of your testimony, about

15   driving, driving for -- we know you've driven for 125 visits

16   and not including your two surgeries, but what about driving

17   for your work, realtor work, the teaching work; how has that

18   been affected?

19   A.  So, I can drive for about 30 minutes before I start feeling

20   pain in the arm.

21   Q.  Okay.  Do you -- are you guarded with your right arm when

22   you drive?

23   A.  I am actively driving with my left, gliding with my right.

24   Q.  Is that different from before?

25   A.  Yes.  Yes.  I drove with my right arm, my right hand.

1   Q.   How about reaching back behind you, whether it's to unzip

2   something or to do something or scratch your back or anything

3   like that?

4        What about reaching back; how's that been affected?

5   A.   Again, I could reach back if I have to scratch my back.   If

6   I am trying to put my necklace on, no, I can't do that.   That's

7   too much time up in the back of my neck, so I just leave it on.

8   I don't take it off.

9   Q.   When you say I can scratch myself, you mean just for a

10  millisecond?

11  A.   Yes, I can go back there and scratch but, no, putting a

12  necklace on, no; buttoning my shirt I have to tell my husband

13  to do it.

14  Q.   How about taking the clothes out of the washer and dryer?

15  Tell us about that.

16  A.   I can take the clothes out of the dryer.   I can't reach

17  into the washer and get them and put them into the dryer.

18       However, once I take them out of the dryer, excuse me,

19  somebody has to take the clothes basket upstairs.

20  Q.   Okay.   Before this you had no problems or you had problems?

21  A.   Oh, no, I didn't have any problems doing that.

22  Q.   Hang clothes up after they are washed?

23  A.   If I have one dress that I have to hang in the closet,

24  okay, I am good, I can do it.   If there are several things, I

25  can't do it.   Again, I have to get my husband or one of my

1    children.  That usually ends up in a bit of bickering.

2    Q.  Repetitive motions in your life, what about that?

3    A.  Anything repetitive tends to bother my arm.

4    Q.  Your right arm?

5    A.  My right arm, yes.

6    Q.  When you say "bother," what do you mean?

7    A.  Pain.  Pain.  Could I do it once?  Yes.

8        Can I do something after that?  Most likely not.

9        Once or twice works.  After that it doesn't.

10   Q.  Cooking, lifting pots?

11   A.  I don't cook.

12   Q.  Sorry?

13   A.  I don't cook.

14   Q.  Did you cook before this crash?

15   A.  Absolutely.  Absolutely.

16   Q.  I mean, did you cook three days a week, seven days a week

17   before this?  Tell us.

18   A.  No, before this I cooked dinner every night.  Breakfast and

19   lunch everybody is on their own.  I would cook dinner every

20   night.  I did every holiday dinner.

21       My husband cooks dinner now.

22   Q.  Okay.  Your husband is not in great shape, is that fair to

23   say?

24   A.  No, he isn't.

25   Q.  Okay.  We will get back to that.  We talked about your

1  properties, for sale signs.  What about for sale signs?

2  A.  That's my son's job.

3  Q.  Did you do it before this crash?

4  A.  I did do it but, again, you have to hammer a for sale sign

5  into the ground and I can't hammer it.

6  Q.  You could hammer it before?

7  A.  Yes.

8  Q.  What if you hammer it now?

9  A.  It will hurt my shoulder.

10  Q.  Vacuuming, tell us about that.

11  A.  I can't vacuum.  That bothers my arm.

12  Q.  Can you do it with a left arm?

13  A.  I don't have enough coordination to my left arm to do that.

14  Q.  Because you are right-handed?

15  A.  Yes.

16  Q.  Emptying the dishwasher?

17  A.  Well, emptying the dishwasher requires putting the dishes

18  away, which means I'd have to continually reach up to do that,

19  so I can't do that.

20  Q.  You can reach but you can't hold what?  What happens

21  when --

22  A.  I can't hold the dish and get it up there.

23  Q.  Why not, what happens?

24  A.  Because of the strength.

25  Q.  What happens?

1   A.  I will drop it.  I will drop the dish.

2   Q.  How about rolling dough for your favorite Italian dishes?

3   A.  I don't do that anymore.  I tend to buy pizza or tend to

4  buy store-bought ravioli.  I don't make them from scratch

5  anymore.

6   Q.  You are from -- where were you born and raised again?

7   A.  In Philadelphia.

8   Q.  You are Italian American, I'm guessing?

9   A.  Yes.

10   Q.  Is rolling pizza dough and making these pasta dishes, how

11  important is that to you in your family and your culture?

12   A.  It's extremely important.  My mother had me doing that with

13  her from when I was a child.

14   Q.  What about getting dressed but not in shirts and blouses --

15  tell us about that -- or pants.

16   A.  It depends on if I am wearing something loose-fitting, like

17  this, you know, what I have on today where I can just slip it

18  on over my head, I am usually pretty good with that.

19     If I am doing something that is tight-fitting or I need to

20  maneuver a little bit, then I have an issue.  Then I need help

21  with it.

22   Q.  Combing your hair, brushing your teeth?

23   A.  I do that with my left hand.

24   Q.  Brushing your teeth?

25   A.  I do that with my left hand.

1   Q.   Shower and bathing?

2   A.   I do that with my left hand.

3   Q.   Let's talk about -- before we finish up, let's talk about

4   sleep.  Let's talk about sleep.

5        Has sleep been affected by this injury and the surgeries?

6   A.   Yes, it has.

7   Q.   First of all, does sleep continue to be an issue?

8   A.   Yes, it does.

9   Q.   Without going into every era of the progression of this

10  thing over the last four years, let's talk about this era right

11  now.  Tell us about your sleep pattern.

12  A.   So, I usually go into the bedroom somewhere around 8:00,

13  8:30 and put the TV on.  It puts me to sleep.  I always say it

14  calms down the mouse on the treadmill in my brain, so it puts

15  me to sleep.  I will sleep for a while, I may turn and get some

16  pain so now I'm awake.

17       Not to wake my husband up, I will go in the living room and

18  go in the recliner because that is comfortable and I will turn

19  the TV on in the living room because I need to calm down the

20  mouse on the treadmill.

21       I need to stop worrying about what's going to happen, what

22  am I going to do if, what does this person think of me, and

23  basically that's my grandchildren, like am I still their cool

24  grandma even though I can't do for them.

25       I start what if my husband needs more help and I can't help

1   him; what if I can't help myself.  My children aren't going to

2   be there forever to help me.

3   Q.  You mean in the future?

4   A.  In the future, yeah.

5   Q.  Okay.  What period of time, how long between when you fall

6   asleep, typically, and you wake up because of the pain?

7   A.  That's usually about two or three hours.

8   Q.  Okay.  Tell us why you feel pain.  Tell us why.

9   A.  Well, it could be the way I move.  It could be lack of

10  support on the shoulder, you know.  That will cause pain.

11  Q.  If you roll over onto your right-hand side, do you feel

12  pain?

13  A.  Yes.

14  Q.  Would that wake you up?

15  A.  Yes.

16  Q.  Did it before this crash?

17  A.  No.

18  Q.  So you wake up typically after two or three hours.  You go

19  to the recliner.  Do we have a photo of the recliner that

20  Ms. Ruggeri sleeps in part of the night?

21      For how long -- while she is getting that photo up, ma'am,

22  for how long has it been that your sleep gets interrupted with

23  pain and you go down and you sleep in a recliner?

24  A.  What time period or how many times a week?

25  Q.  For how long has it been; has it been just this week?

1   A.   Oh, no, it's been ongoing.

2   Q.   Okay.  Well, for how long -- I mean, it's been more or less

3   four years, I guess, since the crash?

4   A.   Right.

5   Q.   For how long has it been that your sleep is interrupted and

6   then you go down and sleep in a recliner?

7   A.   For four years.

8   Q.   How often?  Is this every night, once a month, every night?

9   What is the frequency?

10  A.   It's probably about two or three times a week now.  It was

11  more frequent previously, but it slowed down now.

12  Q.   Okay.  Was there a time when this was every night?

13  A.   When this first happened, it was every night, yes.

14  Q.   Okay.  How long did that continue that it was pretty much

15  every night?

16  A.   Probably until after -- probably midway between the first

17  surgery and when I was discharged.  I had stopped doing it --

18  not stopped doing it, I wasn't woken up every night.  It was

19  less, and then, of course, we had the second surgery where it

20  started all over again.

21  Q.   Okay.  When you -- so, this recliner, it reclines,

22  obviously, this chair we're looking at in Exhibit 044.  Right?

23  A.   Yes.

24  Q.   You want the recliner because it has the sides and

25  everything you feel like it doesn't allow you to turn over?

1   A.   Right.

2   Q.   Then in a typical night -- thank you, we can go back to --

3   well, you can keep it there if you want.  In a typical night,

4   how long do you remain up, awake when this does happen?

5   A.   Probably about an hour and an hour and a half.

6   Q.   Okay.  After that what happens?

7   A.   Then I fall back to sleep.

8   Q.   For how long typically?

9   A.   Until 5, 5:30.

10  Q.   How many hours total do you get a night then?

11  A.   So I probably get about six hours, five, six hours a night.

12  Q.   How many hours did you get before the cruise?

13  A.   Eight hours, eight to ten.

14  Q.   You said how many nights a week do you go down to the

15  recliner?

16  A.   It's usually about two or three nights a week.

17  Q.   Two or three.

18       Okay.  In the other nights is your sleep also interrupted,

19  you just don't go down to the recliner?

20  A.   It is.

21  Q.   Is it interrupted in the same timing?

22  A.   Yes.

23  Q.   Okay.  You just lay there until you get back to sleep?

24  A.   Yes.

25  Q.   Let's talk about that.

1     Fatigue, let's talk about fatigue.  How does this sleep

2     deprivation, interruption and deprivation, I suppose, how does

3     that affect your fatigue, your energy level during the day?

4     A.   Well, I am tired during the day, so I do less.  It really

5     starts to bother me during the end of the week because I am

6     surviving the week, and now I am at the end of the week and I

7     am really exhausted.

8     Q.   How does this, the sleep interruption and deprivation and

9     fatigue affect your happiness?

10    A.   It interferes with my happiness.  I am very snappy.  I'm

11    very grouchy.  I lack patience.

12    Q.   Has that affected your relationship with your husband?

13    A.   Yes.

14    Q.   Tell us about that.

15    A.   I can snap at him in a minute for something extremely

16    small.  For example, if he is cooking and he is making stew, I

17    cook the potatoes right in the stew for the flavor.  He cooks

18    them in a separate pot.

19    Q.   What is that, cooking what?

20    A.   Potatoes.  If he is cooking stew, I put the potatoes right

21    in there so everything gets the flavor, and he will cook the

22    potatoes in a separate pot.  So that's an immediate snap at

23    him.

24        You know, if we have an appointment, I tell him you have an

25    appointment, and he will say where and I tell him where.  Then

1    we are going to the doctors, and he is like we are always there

2    for a long time.  I say, that's too bad, you got to do what you

3    got to do, let's move.

4         If I'm on a schedule, if I'm at work and this appointment

5    is in the middle of the day and I'll tell him you have an

6    appointment at such and such a time, be ready when I come home.

7    Well, it's as if he has to tie his shoe.  I snap at him because

8    I say I told you to be ready.

9    Q.   Is that relationship with your husband important to you?

10   A.   It's very important to me.

11   Q.   How long have you been married, ma'am?

12   A.   Forty years.

13   Q.   Now, you and your husband have had your problems?

14   A.   Yes, we did.

15   Q.   Did you ever divorce him?

16   A.   We never got divorced, but I wanted a divorce, yes.

17   Q.   How long ago was that?

18   A.   That was in 2008.

19   Q.   Did either of you file for divorce?

20   A.   I was going to.

21   Q.   I didn't ask you if you were going to.  I asked if either

22   of you did.

23   A.   We didn't actually file in court.  We went to attorneys.  I

24   had papers sent to him.  He would never sign them.

25   Q.   Okay.  Fair enough.

1        By the way, why is your name Ruggeri and his name is

2    Robinson?

3    A.   Because when that was going on -- my name was Robinson, and

4    when that was going on it was very early in my real estate

5    career.  Because we had the papers drawn up, I was able to

6    change my name back to my maiden name.

7    Q.   Okay.  Did you all live together still, or no?

8    A.   No, we were separated.

9    Q.   Fine.  For how long were you separated?

10   A.   Probably about two years.

11   Q.   Okay.  And you got back together?

12   A.   We did.

13   Q.   Did you do that through counseling or no?

14   A.   No, we worked out our differences ourselves.

15   Q.   That's old school.  Right?

16   A.   It is, yes.

17   Q.   What do you worry about in the future?

18   A.   I worry about my life in the future, what am I going to be

19   able to do, what am I not going to be able to do.  With my

20   family, how can I help them; how can I help my husband; how can

21   I continue to work.

22   Q.   Why is it so important to you to be able to care for you

23   and your husband and your grandkids and your family?  Why is

24   that so important for you to be so tough, because I think you

25   are tough?

1   A.   Because that's the way I was raised.

2   Q.   You come off as tough.  Why is that so important to you to

3   remain so independent and take care of others?

4   A.   Because that's the way I was raised.  My mother raised me

5   to be independent.  My mother was uneducated.  She had to quit

6   school and did not graduate high school.  She was growing up

7   during the depression, and she had to go to work to help her

8   parents keep their roof over their head, to save their house

9   because people were losing houses like crazy.

10       So she raised me and my brother, we were both raised the

11  same way; however, in an Italian family, the son was expected

12  to go to work.  The daughter was not expected to go to work, to

13  finish education, to go to college and my mother would not have

14  that.  I was going to -- my job was to go to school and be

15  smart and stand on your own two feet, be able to be

16  independent.

17  Q.   And now?

18  A.   I'm not totally independent.  I find it very difficult to

19  depend on people.  I find it very difficult to say to my son, I

20  need a sign on 2 Cove Point Road.  I find it very difficult to

21  say to my daughter, hey, let's go over to this house, I need to

22  get it ready for closing.

23  Q.   The first surgery after this crash that failed, the surgery

24  failed.  Do you think about this one failing?

25  A.   I do.

1   Q.   How does that make you feel?

2   A.   It makes me feel concerned, anxious, anxiety, what am I

3   going to do if it does fail.

4   Q.   Finally, what have you lost as a result of this injury on

5   the tender?

6   A.   I am not a whole person anymore.  I am not a whole human.

7   I am only part of a human being.  I am not an entire human

8   being.

9        MR. HICKEY:  Thank you, Your Honor.

10       THE COURT:  All right.  Cross?

11       MR. MCALPIN:  Yes.

12                        CROSS-EXAMINATION

13   BY MR. MCALPIN:

14   Q.   Good afternoon, Ms. Ruggeri.  My name is Richard McAlpin,

15   as you know.

16       Nice to see you.  Let me just dive straight into some thing

17   I'd like to clarify.

18       We know from your prior testimony that you tore your

19   rotator cuff on your right side back in 2007.  Correct?

20   A.   That's correct.

21   Q.   And you were born the same year as I was, 1957, so that

22   would have made you -- in July of '57.  Right?

23   A.   That's correct.

24   Q.   So July '57 you were born, so in May of 2007, that's when

25   you had the rotator cuff surgery?

1   A.   Yes.

2   Q.   So that would have been before your birthday, so you would

3   have been 49 years old at the time.   Correct?

4   A.   Correct.

5   Q.   There was no accident associated with that, the need for

6   that surgery.   Right?

7   A.   Correct.

8   Q.   You simply woke up and your arm started hurting and it hurt

9   for a while before the surgery.   Right?

10   A.   Correct.

11   Q.   In connection with that before the surgery you actually had

12   pain and tingling going down to your hand on your right side,

13   didn't you?

14   A.   Prior to the 2007 surgery?

15   Q.   Yes, ma'am, that's what we are talking about.

16   A.   Yes.

17   Q.   So, because of that pain and tingling going down your arm

18   and the discomfort, which you had before the surgery, you

19   ultimately went to some physical therapy, which failed.

20        Right?

21   A.   Correct.

22   Q.   And then you had the surgery in May of 2007.   Correct?

23   A.   Correct.

24   Q.   And during that time you were smoking.   Right?

25   A.   I would imagine I was.   There was a period when I quit or

1    I'm not sure.  Way back in 2007 I was off and on all the time.

2    Q.   Right.  But you told us in your prior sworn testimony that

3    you started smoking at age 16.  Right?

4    A.   I did.

5    Q.   And that you stopped for ten years but then you started

6    again in 1999.  Right?

7    A.   That is correct.

8    Q.   And that's what you told us here this afternoon?

9    A.   That is correct.

10   Q.   And that your smoking quantity was between a half a pack

11   and a pack a day.  Correct?

12   A.   That is correct.

13   Q.   So let's just do some quick calculations together to figure

14   that out, if we could.

15        If I just -- just to get the parameters here, born in '57,

16   started 16, stopped for 10 years, started again in 1999, half a

17   pack to a pack a day.  Right?

18   A.   Correct.

19   Q.   So then if we just do some quick calculations, we can see,

20   adding 16 years old when you started, you would have started

21   smoking in 1973.  Correct?

22   A.   Correct.

23   Q.   And we know that you stopped in -- you started again in

24   '99.  You said stopped smoking for ten years so you would have

25   stopped in 1989, as you testified today.  Correct?

1   A.   Correct.

2   Q.   So, between 1989 when you stopped smoking and when you

3   started smoking is 16 years.   Correct?

4   A.   Correct.

5   Q.   If you were smoking 16 years half a pack to a pack a day

6   before you stopped, right, and then you started again in 1999.

7   Right?

8   A.   That is correct.

9   Q.   You started again in 1999.   The surgery was in 2007.

10   Right?

11   A.   That is correct.

12   Q.   The difference there is eight years, right.   The time

13   between that is eight years.   Right?

14   A.   That is correct.

15   Q.   So if we add the 16 years before you stopped and the eight

16   years after you began again, we get 24 years of smoking at the

17   time of the 2007 surgery.   Correct?

18   A.   So, smoking on and off, yes, because I tried throughout to

19   quit and have quit for a month or two and then gone back to it.

20   Q.   Your sworn testimony didn't include or talk about any

21   intermittent smoking.   It talked about one stretch of ten years

22   of not smoking.   Right?

23   A.   Right.   And then I did say when Mr. Hickey asked me, yes, I

24   did try to quit numerous times.

25   Q.   Yes, ma'am.

1      If we just want to continue with our little calculations

2   here.  If we want to do the same kind of calculation as to how

3   many years you've been smoking up to present, this is 2023.

4   You started again in 1999, so that would be 24 years since you

5   started again.  Right?

6   A.   Intermittent, yes.

7   Q.   Then if we add the 24 to the 16 before you stopped smoking,

8   we have 40 years of total smoking between half a pack and a

9   pack of cigarettes per day.  Correct?

10  A.   Yes, intermittent.  Yes.

11  Q.   Now, when you had that surgery back in 2007, you had pain

12  that you -- you estimated as an eight out of ten.  Isn't that

13  true?

14  A.   Yes.

15  Q.   Yes, ma'am.  So, you had some serious pain and you had some

16  serious tingling and loss of sensation going down to your right

17  hand before that surgery in 2007.  Right?

18  A.   That is correct.

19  Q.   You were also diagnosed with certain conditions, one of

20  which is osteoporosis way back in 2007.  Right?

21  A.   I don't recall.

22  Q.   Wasn't that what you said in your deposition, that you had

23  osteoporosis?

24  A.   I could have.

25  Q.   Let me see if I can refresh your recollection.

1    Do you remember when your deposition was taken by

2    Ms. Fagenson?

3    A.   I do remember, yes.

4    Q.   You have reviewed that prior to coming to court today,

5    haven't you?

6    A.   Did I review it today, no.

7    Q.   No, you reviewed it prior to coming to court?

8    A.   I did.

9    Q.   Yes, ma'am.  Did you see on page 59 of your deposition that

10   was taken on February 12th, 2021, on page 59, beginning at line

11   2 on page 59, "Has any doctor prior to the incident on board

12   the cruise ship, has any doctor or medical professional ever

13   diagnosed you with any type of arthritis, osteoarthritis,

14   osteopenia, any condition similar to that?"

15       Answer on page 59, line 7, "I have been diagnosed with

16   light osteoporosis in my back."  Does that help refresh your

17   recollection?

18   A.   Yes.

19   Q.   So we agree that you had osteoporosis starting in 2011.

20   Correct?

21   A.   It has never been brought up after that.

22   Q.   And, ma'am, of course, you know that smoking is detrimental

23   to your health.  Right?

24   A.   I do.

25   Q.   When you smoke you see those big giant warnings actually on

1   the cigarette packet.  Correct?

2   A.  Correct.

3   Q.  Some of those things say smoking kills.  Right?

4   A.  I guess.

5   Q.  You haven't seen those in 40 years of smoking?

6   A.  I have seen that smoking harms pregnant women.

7   Q.  You haven't seen the signs that say smoking kills?

8   A.  No.

9   Q.  How about smoking is detrimental to your health?

10  A.  No.

11  Q.  How about smoking is addictive?

12  A.  I have seen that, yes.

13  Q.  But you know that smoking kills, don't you?

14  A.  I know that smoking can kill, but I also know people that

15  die that don't smoke.

16  Q.  But you know that smoking increases the risk of various

17  diseases, don't you?

18  A.  I know it does, yes.

19  Q.  The doctors over the years that you have been through have

20  constantly told you these things.  Isn't that true?

21  A.  No, that's not true.

22  Q.  So is it your testimony here today that doctors haven't

23  told you that smoking is bad for your health?

24  A.  They have asked me to quit, yes.  We have discussed

25  quitting.

1        THE COURT:  I'm sorry.  Hold on.  At times you are

2   talking over one another.  Let him finish the question.

3        THE WITNESS:  I apologize.

4   BY MR. MCALPIN:

5   Q.  Only one of us can talk at the same time.

6   A.  I'm sorry.

7   Q.  Ms. Patty will get angry with us.

8        Doctors in your years of going to them have counselled you

9   to stop smoking.  Is that a fact?

10  A.  I wouldn't call it counseled.  I would call it asked.

11  Q.  Asked, okay.

12  A.  Said that I should.

13  Q.  I'm sorry?  I'm sorry?

14  A.  Said that I should.

15  Q.  That you should stop?

16  A.  Correct.

17  Q.  Have they told you that smoking is bad for your health?

18  A.  They didn't actually come out and say it, but if somebody

19  said you should stop, I guess you could imply it.

20  Q.  Do you understand that, ma'am?

21  A.  I do.

22  Q.  And do you understand that smoking deteriorates tissue and

23  bone?

24  A.  No, I did not understand that.

25  Q.  Do you understand it today?

 1   A.   Well, you said it.

 2   Q.   Was this the first time you are hearing this in court here

 3   today?

 4   A.   I have never associated it with hurting tissues and bones.

 5   Q.   So the answer to my question is, yes, this is the first

 6   time you are hearing that?

 7   A.   Yes.

 8   Q.   Why did you think the doctors were telling you to stop

 9   smoking?

10   A.   Most people associate smoking with lung cancer.

11   Q.   That's something negative associated with your health.

12   Isn't that true?

13   A.   That is true, but I can name lots of people who never

14   picked up a cigarette and died of lung cancer.

15   Q.   So you just think that you are going to roll the dice and

16   it's not going to affect you.  Right?

17   A.   No, I don't believe that.  I don't believe that I am

18   rolling the dice.

19   Q.   Well, you understand that smoking is against your health,

20   is bad for your health.  Right?

21   A.   Correct.

22   Q.   But you continue to smoke.  Correct?

23   A.   Intermittently, yes, I try to quit.

24   Q.   And against doctor's advice.  Isn't that true?

25   A.   I am not calling it advice.  I am saying they ask.  They

1    tell me I should quit.  They are not telling me I have to.

2    Q.  Well, no one can make you do anything.  Right?

3        The doctors are telling you you should stop smoking and you

4    are not following that advice or those instructions, isn't that

5    true?

6    A.  That's not true if I try to quit intermittently.

7    Q.  But, ma'am, you are not following the doctor's instructions

8    to stop smoking on a permanent basis.  Isn't that true?

9    A.  I try.

10   Q.  Please answer my question.  You have not followed --

11   A.  I have not stopped on a permanent basis but not for lack of

12   trying.

13   Q.  Even though it's against your doctor's advice, you have not

14   followed that advice?

15   A.  I have tried to follow that advice.

16   Q.  Thank you, ma'am.

17       Now, before the cruise on the Norwegian Epic back in 2019,

18   you had been on a bunch of other cruises.  Right?

19   A.  I certainly have.

20   Q.  When did you begin cruising?

21   A.  My first cruise with my family was 2002.

22   Q.  Approximately, how many cruises would your family go on

23   starting in 2002?

24   A.  We started going on one a year.  There was a break, and

25   then we started cruising again in 2015.

1   Q.   Did you go on a couple of cruises every year from 2015?

2   A.   We went on two cruises a year, yes.

3   Q.   Yes, ma'am.

4        Let's put Exhibit 74.018.  Actually, let's go to the first

5   page, 74.001.

6        Ma'am, do you remember answering some questions that we

7   sent to you through your lawyer?

8   A.   I do.

9   Q.   Do you recognize this as the first page of those questions

10  called interrogatories?

11  A.   I do.

12  Q.   Let's go to the last page, please, 74.020.  Is that your

13  signature there on that page, 74.020?

14  A.   Yes.

15  Q.   Did you sign the interrogatories, these questions after you

16  answered them?

17  A.   Yes.

18  Q.   And did you sign this on October 23rd of 2020?

19  A.   I imagine, since it says that.

20  Q.   Yes, ma'am.

21       You don't dispute that, do you?

22  A.   No.

23  Q.   Let's go back to page 74.018, page 18 of the

24  interrogatories.  Here you can read the question but,

25  essentially, we are asking you to list the cruises that you

1  have been on in the last ten years, and you went ahead and

2  started answering starting in 2016.  Do you see that?

3  A.   Yes.

4  Q.   Let me just go through those.

5       In 2016, it was a how many day cruise on the Norwegian,

6  generally?

7  A.   Generally, I would imagine seven.

8  Q.   On the following fall you went on the Pride of America from

9  Hawaii.  Is that correct?

10  A.   That is correct.

11  Q.   Later in November of the next year you went on the NCL

12  Pearl for a 14-day cruise to the Panama Canal.  Correct?

13  A.   That is correct.

14  Q.   Then in January of the next year, Carnival Glory in Mexico?

15  A.   That is correct.

16  Q.   The following year in 2008, January, Carnival Dream,

17  western Caribbean seven-day cruise.  Right?

18  A.   That is correct.

19  Q.   Then the following January, Carnival Fascination, Caribbean

20  for seven days?

21  A.   That is correct.

22  Q.   We don't have the subject cruise listed here, but that

23  would be next in line.  Right?

24  A.   That is correct.

25  Q.   October of 2019.  Correct?

1   A.   Correct.

2   Q.   Then we have a cruise in February of 2020 after the

3   accident but before the surgery.   Right?

4   A.   That is correct.

5   Q.   Now, ma'am, with an average of going twice a year, you

6   haven't been able to remember all the cruises here when you

7   answered these interrogatories.   Correct?

8   A.   That is correct.

9   Q.   So, in other words, this was based on your memory but we

10   know from your testimony here today, you have actually been on

11   more cruises in this interval than are listed in the

12   interrogatory answers.   Correct?

13   A.   In this interval?

14   Q.   Yes, ma'am.

15   A.   I don't -- I don't believe so.

16   Q.   I thought you told me a few minutes ago that you were going

17   on two cruises a year after 2015?

18   A.   We generally do, yes.

19   Q.   Right, but here we see a year between, for example, in the

20   interim between the 2017 and 2018, that's a full year, you

21   don't have a fall cruise in there, and the same thing with 2018

22   and 2019, you don't have the fall cruise in there?

23   A.   I could have not remembered it.

24   Q.   Yes, ma'am.   That's fine.

25        I am simply saying, if you are going on two cruises a year,

1   we don't have all the cruises here necessarily?

2   A.   It's a possibility.

3   Q.   Yes, ma'am.  But what we can say is that in the three years

4   before the cruise on the Carnival Epic, which was in October

5   of 2019, so if we start with the second cruise, which would

6   have been October of '17 and count forward, the Epic would have

7   been the sixth cruise in three years.  Right?

8   A.   Correct.

9   Q.   So that would be averaging a cruise about every four

10  months.  Right?

11  A.   I am not following what you are saying.

12  Q.   You have been in six cruises -- I'm sorry, it's actually

13  less than that.  I made a mistake.  It's two years, six cruises

14  in 24 months?

15  A.   Our general schedule is October and February.

16  Q.   Yes, ma'am.  But just looking at what we are, what we have

17  up on the screen, if you just look at October of 2017 -- right?

18  A.   Yes.

19  Q.   And then we go to October of 2019, that cruise isn't on

20  here.  That's the Epic.  That's the period November '17 to

21  November '19 is a period of two years almost exactly,

22  24 months.  Are you with me?

23  A.   No, not at all.  I understand that you are saying that I

24  was on the Pride of America in '17, October of '17 and I was on

25  the Epic in 2019 --

1   Q.   Right.

2   A.   -- in October.

3   Q.   Let's just count together the cruises in between the Pride

4   of America.  Pride of America is one; Pearl in '18 is two;

5   Glory is three; Dream is four; Fascination is five; and then

6   the Epic is six.  Right?

7   A.   Right.

8   Q.   So you have been on six cruises within that interval, that

9   24-month interval?

10  A.   That is correct.

11  Q.   So when we do the math, it's about a cruise every four

12  months?

13  A.   I am not following you a little bit.  So, 10 of '17 I was

14  on the Pride.  January of '17 I was on the Glory.  That is two

15  cruises that year.

16  Q.   Okay.

17  A.   November of '18 I was on the Pearl.  January of '18 I was

18  on the Dream.

19  Q.   Right.

20  A.   That was two cruises that year.

21  Q.   Yes.

22  A.   '19, in October, I was on the Epic.  In January I was on

23  the Fascination.  That's two cruises that year.  So that's a

24  three-year period and six cruises, which is two cruises a year.

25  Q.   Okay.  Certainly, in these cruises you have been in life

1   boats before.  Correct?

2   A.  No.  No.  The times that I tendered it was an outside

3   company.  Norwegian Epic was the first time that I was on a

4   cruise company's life boat.

5   Q.  Are you sure about that, ma'am?

6   A.  Yes.

7   Q.  Let me show you some records that we have to maybe refresh

8   your recollection on that, please.

9        MR. HICKEY:  Judge, I have a feeling these are not

10  exhibits and have not been disclosed to us, so if that's the

11  case, I object.

12       MR. MCALPIN:  It's for impeachment purposes, Your

13  Honor, or to refresh her recollection.

14       THE COURT:  Well, let's see what they are.

15       MR. MCALPIN:  Yes, sir.

16       Can we zoom out?

17  BY MR. MCALPIN:

18  Q.  Here we have -- you see your name there, Ms. Ruggeri?

19  A.  Yes.

20  Q.  And you see the date here that I am pointing to?

21  A.  I can't see the date.  There is a glare.

22  Q.  How about now?

23  A.  Okay.

24  Q.  Can you call out the date, because I want to know and I

25  can't see it, please.

1       Yes, it says sail date 10/14/2017.  Do you see that,

2    Ms. Ruggeri?

3    A.  Yes.

4    Q.  Do you see where we have the ship, Pride of America?

5    A.  Yes.

6    Q.  This would be you and your husband going on the Pride of

7    America in October of 2017.  Correct?

8    A.  Correct.

9           THE COURT:  Sorry, Counsel.  Does this have an exhibit

10   number?

11          MR. MCALPIN:  It does not, Your Honor.

12          THE COURT:  What is it?

13          MR. MCALPIN:  This is the booking for that cruise.

14   This is to refresh her recollection or impeach because she says

15   she has never been on a tender before, a ship's tender before.

16          MR. HICKEY:  So refresh recollection is where you do it

17   with the witness's own document that the witness created so

18   it's not refreshing.  This is a company document, not her

19   document, so that's not the basis.

20          And then the impeachment, again, has to be something

21   she wrote or ascribed to.  That said, I think what he is

22   getting at is she must have tendered on that cruise and if

23   that's the case, I have no objection.

24          THE COURT:  Well, to refresh a person's recollection

25   you can refresh a person's recollection with anything.  It

1    doesn't have to be something that that person created, and the

2    same with impeachment.  I just want to know what you're

3    showing.

4        MR. MCALPIN:  I can tell you exactly where we are

5    going.

6        The next pages have the itineraries, which Kona, on

7    this cruise, is a tender port.  It's highlighted there.  It

8    will be one of the stops on this, and the next would be

9    Ms. Ruggeri's account, her seat, what's called a seapass card,

10   her little card that she swipes when she goes on and off.  And

11   then the final page is the on/off for Kona indicating that

12   Ms. Ruggeri was on a tender in Kona, Hawaii in 2017, and there

13   will be testimony -- just to put it all together, I will

14   proffer --

15       THE COURT:  Counsel, at this point it's not for me.  I

16   mean, you can ask the witness whatever questions you want to

17   ask her.

18       MR. MCALPIN:  Yes, sir.

19       THE COURT:  Again, I just want to know what you were

20   showing.

21       THE WITNESS:  That was my husband's activity.

22   BY MR. MCALPIN:

23   Q.  Your husband's active is up here.  Your activity is down

24   here?

25       There are two sections.

      1   A.   Oh, okay, I didn't see that.

      2   Q.   Yes, ma'am, there are two sets of activities there.

      3        Do you see that?

      4   A.   I see it now, yes.

      5   Q.   So, do you now recollect going on board the Pride of

      6   America's tender in Kona, Hawaii, back in October of 2017?

      7   A.   I don't recollect that at all.  I am not saying that it

      8   didn't happen because it's here, but I don't recollect it at

      9   all.

     10   Q.   This is contrary to your sworn testimony just a few seconds

     11   ago, isn't it?

     12   A.   It is.

     13   Q.   Then the next one, do you recall the Panama cruise we were

     14   talking about?

     15   A.   I do.

     16   Q.   And, again, same thing.  We have the Pearl, Norwegian

     17   Pearl, and I will move this away from the glare.  You see

     18   11/25/18.

     19   A.   I do.

     20   Q.   This would be the November 2018 trip, which you call the

     21   Panama Canal, and that's your husband and your name there.

     22   Right?

     23   A.   That is correct.

     24   Q.   Again, if we go to the second page, we see that

     25   Georgetown -- do you remember going to the Cayman Islands?

1   A.   I do, several times.

2   Q.   And you see that's a tender port.  Correct?

3   A.   Correct.

4   Q.   And you remember -- do you remember that Georgetown is a

5   tender port?

6   A.   I do remember that.  I've been to Georgetown several times.

7   Q.   You have been to the Cayman Islands a bunch, and you know

8   every time a ship goes to Georgetown, it's a tender port?

9   A.   I know that, yes.

10  Q.   Because there are no docks in Grand Cayman.  All the ships

11  tender; don't they?

12  A.   That is correct.

13  Q.   We see, again, your seapass card.

14       Correct?

15  A.   That is correct.

16  Q.   And then we see your activity, gangway activity.  Again,

17  your name is circled, and we see that you used the tender on

18  November 27th, 2018, at Georgetown, Cayman Island.

19       Correct?

20  A.   That is correct.  I don't remember saying that I didn't

21  tender.  I did tender.  I don't remember it being lifeboat.

22  The only one I remember being lifeboat is on the Epic.

23  Q.   So there is a difference between you don't remember and it

24  didn't happen.

25       Are you saying you were never on a Norwegian Cruise Line

1    lifeboat, its own boat that was being used as a tender or are

2    you saying I just don't remember?

3    A.   I am saying that I do not remember being on a Norwegian

4    lifeboat to tender until the Epic of 2019.

5    Q.   And that's a little bit different than what you said a

6    little bit earlier where you said a few minutes ago, I was

7    never on a Norwegian Cruise Line tender?

8    A.   No, I said I was never on a Norwegian Cruise Line lifeboat

9    until 2019.  I don't remember those being Norwegian lifeboats.

10   I remember private companies.

11   Q.   Is that still your testimony that those were private

12   company lifeboats or tenders?

13   A.   I don't remember them being Norwegian lifeboats.

14   Q.   Could they have been?

15   A.   It's possible.

16        MR. MCALPIN:  Let's look at Exhibit 50, if we can,

17   please.

18        MR. HICKEY:  Those two documents, can we mark them for

19   identification, those two documents that he showed the witness

20   so that I could use them?

21        THE COURT:  Sure.

22        MR. MCALPIN:  It would be 307 and 308.

23   BY MR. MCALPIN:

24   Q.   Okay.  Ms. Ruggeri, I am showing you what's been marked

25   into evidence as Joint Exhibit 50.001.

1        Do you see that?

2   A.   I do.

3   Q.   Do you recognize this as your guest copy of the cruise

4   reservation confirmation?

5   A.   I do.

6   Q.   And you have seen this -- documents like this many times

7   before, once you book a cruise.  Right?

8   A.   Yes.

9   Q.   You are familiar with the procedure, are you not, the

10  booking procedure?

11  A.   Yes, I understand how to book a cruise.

12  Q.   Did you book this cruise online or through an agent?

13  A.   Online.

14  Q.   Did it directly online yourself?

15  A.   I believe so.

16  Q.   Is that the way you normally do it?

17  A.   No.

18  Q.   How do you normally do it?

19  A.   I flip-flop.

20  Q.   Between?

21  A.   Between an agent and online myself.

22  Q.   In this instance, you think you booked online?

23  A.   I believe I did.

24  Q.   You recall that once you book online then within a certain

25  amount of time you get a copy of this guest copy confirmation

1   document.  Correct?

2   A.  Yes.

3   Q.  You see your name there in the column entitled guest or the

4   section entitled guest?

5   A.  Yes.

6   Q.  And it has your name and your husband's name and then your

7   age, 62?

8   A.  Correct.

9   Q.  Was that accurate?

10  A.  Yes.

11  Q.  Then the document that you get online is actually a

12  multipage document, isn't it?

13  A.  It is.

14  Q.  If we turn to the second page, please, we see several

15  things here, one of which at the bottom is we see the ship's

16  itinerary on Exhibit 50.002.  Correct?

17  A.  Correct.

18  Q.  Then just above that we see another section called terms

19  and conditions.  Do you see that?

20  A.  Yes.

21  Q.  Go ahead and highlight that if we can.

22      That section says, please refer to the applicable Norwegian

23  Cruise Line brochure, and then there is a link there to NCL.com

24  for additional terms and conditions that apply to your booking,

25  "including the legally binding guest ticket," and that last

1    phrase, "including the legally binding guess ticket," is in

2    bold font.  Is it not?

3    A.  Yes.

4    Q.  Here, you know that there is a link where you can go to

5    Norwegian's website and specifically to the terms and

6    conditions by simply clicking on that document.

7        Correct?

8    A.  Well, I know that now because I am looking at it, yes.

9    Q.  Yes, ma'am.  And you got this document when you got your

10   booking confirmation.  That's what this is?

11   A.  I did, yes.

12   Q.  So you had the opportunity to click on that link and access

13   the legally binding guest ticket contract.  Isn't that true?

14   A.  If I had read it, yes.

15   Q.  Well, you just didn't bother to read it.  Correct?

16   A.  I made sure the money was right.  I looked at the ports.

17   Q.  Yes, ma'am.  So you looked at the second page?

18   A.  I looked at the bottom of the second page, yes, ports.

19   Q.  You had the opportunity to click on that link and access

20   the terms and conditions, isn't that true, if you had wanted

21   to?

22   A.  Yes.

23   Q.  But you didn't do that.  Correct?

24   A.  No.

25   Q.  Then you know that after you get the ticket confirmation

1    you have to complete some additional steps in order -- before

2    you actually go on board the ship.

3        Isn't that true?

4    A.  That is correct.

5    Q.  You have to fill out some customs and immigration

6    information.  Correct?

7    A.  Correct.

8    Q.  You have to provide information about a credit card so you

9    can open up an account?

10   A.  Correct.

11   Q.  You have to provide information about your home address and

12   some other documents in order to register for the cruise?

13   A.  That is correct.

14   Q.  One of the other things you have to do is click a button

15   that says terms and conditions you agree to before you can

16   actually access and complete the check-in process.

17       Isn't that true?

18   A.  That is correct.

19   Q.  So you had to click on that button to complete the check-in

20   process?

21   A.  That is correct.

22   Q.  And the button says, "I accept the terms and conditions of

23   the cruise contract."  Correct?

24   A.  Correct.

25   Q.  And you did that in this case.  Correct?

1    A.   I did.

2    Q.   And you told us that.  When you were asked on direct

3    whether you read the terms and conditions, you said no.

4         Correct?

5    A.   That is correct.

6    Q.   You didn't read any of it?

7    A.   No, I didn't.

8    Q.   You didn't read the top part where it directs your

9    attention to certain specific provisions in the contract but

10   also says that this contract contains binding legal language.

11   Right?

12        You didn't read that box, did you?

13   A.   No, I did not, not before or during.

14   Q.   But you had the opportunity to do so if you had chosen to.

15   Correct?

16   A.   That's correct.

17   Q.   Now, we know that this trip was a roundtrip starting in the

18   port of Civitavecchia.  That's a long word, Civitavecchia,

19   starting there and ending there.  Correct?

20   A.   Correct.

21   Q.   We know it stopped at five intermediate ports.

22        Right?

23   A.   Correct.

24   Q.   All which are not within the United States.

25        Correct?

1   A.   That is correct.

2   Q.   So, this cruise did not stop -- did not stop or finish in

3   the United States.   Right?

4   A.   That is correct.

5   Q.   Or touch any ports in the United States.   Correct?

6   A.   That is correct.

7   Q.   So it's a purely international cruise.   Isn't that true?

8   A.   That is correct.

9   Q.   I don't want to know anything about your conversations or

10  with your attorney but when -- did you give your terms and

11  conditions, the packet, the information, did you provide that

12  to your attorney, the terms and conditions, all the documents

13  you got for this cruise?

14  A.   What I had I am sure that I did.

15  Q.   Thank you.

16       Now, let's change gears a little bit and go to the cruise

17  if we can.

18  A.   Fine.

19  Q.   Yes, ma'am.   We know you got on the ship on October 23rd,

20  2019.   Right?

21  A.   That is correct.

22  Q.   When you got on board, you got on board about midday.

23  Right?

24  A.   I do not remember what time I boarded one particular ship.

25  Q.   Okay.   Let's go ahead and pull up the embarkation log.   I

 1   think it's Exhibit 2.

 2        Let's go to the next page.  Here we go, stop there.

 3        So, we are looking at -- for the record, tell us what we

 4   are looking at here, Joint Exhibit 2.001.

 5        You agree this is the gangway activity card for you on that

 6   cruise, Ms. Ruggeri?

 7   A.   Yes.

 8   Q.   So it looks like you got on board the ship on the 23rd of

 9   October at 12:54 p.m.  Do you see that?

10   A.   Yes.

11   Q.   Does that sound about right to you?

12   A.   I imagine.  I mean, it says it there.  Again, I go on two

13   cruises a year.  I can't say to you on this cruise I boarded at

14   this time.  That is what it says.

15   Q.   Do you dispute that?

16   A.   That is most likely true.

17   Q.   You don't dispute it, though?

18   A.   No.

19   Q.   What you did is you went to lunch and you went up on the

20   top deck and you smoked when you went on board.  Right?

21   A.   I have no idea.

22   Q.   Isn't that what you said on your deposition when you were

23   asked that question?

24   A.   That is usually what I do.

25   Q.   Again, Ms. Ruggeri, do you dispute that you went on the top

1   deck and had lunch and smoked?

2   A.   I am not disputing that, no.  I said that is what I usually

3   do.

4   Q.   That's what you said in your sworn testimony.  Isn't that

5   true?

6   A.   Yes.

7   Q.   So you were smoking at the time of this cruise.  Right?

8   A.   Oh, that is correct.

9   Q.   Then the next day the ship was in Livorno, and that's

10  Italy.  Correct?

11  A.   Yes.

12  Q.   And you went ashore in that port.  Correct?

13  A.   That is correct.

14  Q.   We see, again, the next day you got off at 10:27 a.m. and

15  you got back at 10:56 a.m., so it was a short visit to Livorno?

16  A.   That is correct.

17  Q.   Do you remember that port?

18  A.   No.

19  Q.   So you didn't go on a shore excursion on that one?

20  A.   No, I bought T-shirts.

21  Q.   Okay.  Bought T-shirts.

22       Then we come to the 20 -- in your normal routine on these

23  cruises after dinner, you would have dinner in the restaurant.

24  Right, the sit-down restaurant?

25  A.   Correct.

1    Q.   Then you would go to the casino maybe before dinner or

2    after dinner with your husband.  Right?

3    A.   After dinner, yes.

4    Q.   And then perhaps you would go to one of the shows?

5    A.   Correct.

6    Q.   That's kind of the routine you followed throughout this

7    cruise.  Isn't that true?

8    A.   Correct.

9    Q.   Even after the event on the tender.  Correct?

10   A.   Correct.

11   Q.   You kept the same routine?

12   A.   Yes, sir.

13   Q.   We know on the 25th, just keeping along with the same

14   exhibit, that on the 25th you went ashore at 9:52.  You came

15   back at 12:02.  Right?

16   A.   Correct.

17   Q.   You had lunch on board, did you?

18   A.   I don't remember.

19   Q.   Why did you come back?

20   A.   I don't remember.  I mean, I would imagine we had bags to

21   bring back to the ship.

22   Q.   Okay.  You said, "I imagine."  I am wanting to make a

23   distinction about what you imagined and what you actually

24   remember, Ms. Ruggeri.

25   A.   When I went into port I bought T-shirts for my

1    grandchildren.

2    Q.   Fine.

3         My question was a little different than that.  Why did you

4    come back to the ship after you bought the T-shirts?

5    A.   To put the bags in the cabin.

6    Q.   Is that what you are recalling now, the reason?

7    A.   That's the reason, yes.

8    Q.   Okay.  Did you have lunch while you were on board?

9    A.   I don't remember.

10   Q.   All right.  Do you remember going back off of the ship?

11   A.   I do.

12   Q.   What was the purpose of leaving the ship again the second

13   time?

14   A.   We were taking an excursion.

15   Q.   You had booked an excursion there.  Right?

16   A.   That is correct.

17   Q.   And then you clocked back on the ship at 6:07 in the

18   afternoon on the 25th.  Correct?

19   A.   That is correct.

20   Q.   So it's correct to say that at the time of the event that

21   we are going to be talking about, you had been on board a

22   Norwegian Cruise Line's tender to and from Cannes four times.

23        Correct?

24   A.   That day, yes.  By the end of the day it was four times.

25   Q.   Yes, ma'am.  And you recall that on each of those transits,

1    those trips, as I will call them, the crew members played a

2    video, sorry, an audio tape?

3    A.   Oh, no, I can't say that they did each time.

4    Q.   Okay.  Do you dispute that they did?

5    A.   I am not saying that they didn't do it each time.  I am not

6    saying that I don't remember if they did or not.

7    Q.   Okay.  I think you maybe misspoke.

8         You say you are not saying that they didn't.  Let me ask

9    the question again.

10        You are not disputing that an audiotape was played every

11   time you got on the tender.  What you're saying, if I am

12   understanding you correctly, is you simply don't recall?

13   A.   I do not recall.

14   Q.   Thank you.

15        What I'd like to do is quickly put up the video for the

16   initial disembarkation and then the embarkation that morning.

17        MR. STREET:  For the record, we are going to start with

18   29-02.

19   BY MR. MCALPIN:

20   Q.   Exhibit 29-02, for the record, Joint Exhibit.

21        Now we are looking at the disembarkation in the morning.

22        Tell us when you see yourself, ma'am.

23   A.   I can't make anything out in this video.

24   Q.   Back it up a little bit, Matthew.

25        Is that you, Ms. Ruggeri?

```
 1   A.   I can't make it out on the screen.

 2   Q.   So you can't tell if that's you?

 3   A.   Okay.  Yes, that's me in the white jacket.

 4   Q.   Yes, ma'am.

 5        Then that is your husband?

 6   A.   That is correct.

 7   Q.   Okay.  Back it up a little bit more.  What's that around

 8   your waist?

 9   A.   That is a fanny pack.

10   Q.   That's something you normally wore --

11   A.   Yes.

12   Q.   -- when you are ashore, this fanny pack that a lot of men

13   and women are using these days?

14   A.   I wear it all the time, yes.

15   Q.   And your hand is right next to that fanny pack, your right

16   arm there --

17   A.   That is correct.

18   Q.   -- is right next to it.  And then this is in the morning

19   leaving.

20        Go ahead and play it all, please.

21        Okay.  Let's go ahead and move on to the embarkation.

22        For the record we are showing 29-05 now.  Is this you,

23   Ms. Ruggeri, coming back to the ship?

24   A.   It is.

25   Q.   At 11:59.
```

1       Is that your husband?

2   A.   That is.

3   Q.   Stop it there.  Back it up a little bit.  Go ahead and back

4   it up a little.  Stop it there, please.

5       Is that you again with your hands in front of your body?

6   A.   Yes.

7       MR. MCALPIN:  Okay.  Go ahead and play it, please.  Do

8   you have a different view of that, different angle of that.

9       MR. STREET:  We do.

10  BY MR. MCALPIN:

11  Q.   We are going to play a different angle of the same time

12  frame.  29-06 is embarking from a different angle.

13      Is that you, Ms. Ruggeri?

14  A.   It is.

15  Q.   Is that the T-shirt bag?

16  A.   It is.

17  Q.   That's your husband in back of you getting back on board

18  the ship at 11:59?

19  A.   Yes.

20  Q.   Thank you.

21      Go ahead and play it and finish it out.

22      Now we are going to skip ahead to the afternoon when you're

23  leaving the ship, disembarking at 1:24.

24      For the record that's Exhibit 29-07, Joint Exhibit.

25      Stop there.

1    Was that you that just walked past -- right there, is that

2    you?

3    A.   Yes.

4    Q.   With your right arm in front of your body by your fanny

5    pack.  Correct?

6    A.   That is correct.

7    Q.   Okay.  Let's go ahead and play it.

8         Your husband is behind you?

9    A.   That is correct.

10   Q.   Finally, let's go to the embarkation later that day.  For

11   the record, this is joint Exhibit 29-09.  Back it up and start

12   it again.

13        Just to put it in context, ma'am, this would have been

14   after the event you described earlier today on board the

15   Norwegian Epic tender.  Right?

16   A.   Correct.

17   Q.   This would be after there was screaming and yelling and

18   chaos and pandemonium on the tender.  Correct?

19   A.   That is correct.

20   Q.   That's you coming through the gate and all these -- stop it

21   there, please.

22        All these men with the shoulder boards, the epaulets and

23   these white outfits, those are crew members.  Right?

24   A.   Yes.

25   Q.   I am counting one, two, three, four, five crew members in

1   your immediate vicinity.  Is that right?

2   A.  That is correct.

3   Q.  And you could have told any of those men or women about

4   what had just occurred on the tender.  Right?

5   A.  I could have but the people in the tender knew.  The two

6   people on the tender knew.

7   Q.  You could have told any of those five people that we can

8   see right in that photograph, that CCTV, that you just had a

9   problem on the tender and you had hurt your arm but you chose

10  not to do that.  Isn't that true?

11  A.  That is correct.

12  Q.  And your husband there -- stop it, please.

13      Your husband there is that tall gentleman kind of on the

14  upper right-hand side of the screen?

15  A.  That's him, yes.

16  Q.  As far as you know, your husband didn't tell anybody either

17  about the pandemonium and chaos and injury that had just

18  occurred.  Isn't that true?

19  A.  That is correct.

20  Q.  Go ahead and play that through.

21      All of these people coming in behind you, they were on that

22  same tender that you had been on just moments before.  Isn't

23  that right?

24  A.  Not all the crew members, no.

25  Q.  No, ma'am, as we see the people streaming through after

1   you.  Those are people that were on the same tender.  Right?

2   A.  That is correct.

3   Q.  Because only one tender docks at a time.  Right?

4   A.  That is correct.

5   Q.  So that big crowd that's coming, those were your fellow

6   guests on that boat?

7   A.  There were other vacationers on that tender, yes.

8   Q.  They had experienced the same thing that you experienced,

9   the yelling, the screaming and the pandemonium from this

10  violent crash.  Right?

11  A.  Yes.

12  Q.  Do you know if any of them reported it?

13  A.  I have no idea.

14  Q.  Is that you coming through there?  Stop it.

15      Back up a little bit.  Right there, stop it.  Right there.

16      Was that you there?

17      Go ahead and put the cursor on it.

18  A.  I believe so.

19  Q.  Okay.  Go ahead and play it through.

20      Have we shown both views now?

21      MR. STREET:  Yes, we have a longer version if you want

22  to play it.

23      MR. MCALPIN:  How long is it?

24      MR. STREET:  A minute.

25      MR. MCALPIN:  Let's go ahead and play the one-minute

1   version of it, of that embarkation.

2   BY MR. MCALPIN:

3   Q.  It's Exhibit 29-09.  Just let us know when you see

4   yourself.  These are all guests from the tender that you had

5   been on.  Right, ma'am?

6   A.  Yes.

7   Q.  Just let us know when you see yourself.

8       Is that you right there?  Stop it there?

9   A.  Yes, that's me.

10  Q.  And you got both hands holding on to your fanny pack.

11      Correct?

12  A.  Yes, I do.

13  Q.  Go ahead and play it.  Finish it out.

14      Now, you know from your prior cruising and from your own

15  common sense that it's appropriate for you to be seated while

16  you are on a moving boat like a small tender boat.  Right?

17  A.  That is correct.

18  Q.  I mean, that's something that nobody had to warn you about.

19  Right?

20  A.  That is correct.

21  Q.  And you know from your own experience and common sense that

22  you should hold on while you are on a moving tender boat.

23  Isn't that right?

24  A.  Yes, if there was something to hold onto, I would have.

25  Q.  Yes, ma'am, but nobody has to warn you to hold on because

1   that's something you already know?

2   A.   Under normal circumstances, yes, it is something that I

3   already know, and I was sitting down.

4   Q.   And were you holding on?

5   A.   There was nothing to hold on to.

6   Q.   There was nothing to hold on to.

7        So, what does that mean?  That means that even if somebody

8   had told you to hold on you couldn't have done it because there

9   is nothing to hold on to.  Right?

10  A.   Not exactly, no.  If somebody told me to hold on because

11  there was going to be an issue, I would have grabbed a bench on

12  either side of my legs and prepared myself both physically and

13  mentally for what was going to happen, had I known.

14  Q.   Okay.  So you say -- was that a handhold or not?

15  A.   It was not a handhold.  It was the edge of the bench.

16  Q.   And you did, before you got on the tender, understand that

17  you would be tendering in the port of Cannes, France.  Right?

18       You knew that?

19  A.   I did.

20  Q.   You knew it when you booked the cruise.  Right?

21  A.   It's possible.

22  Q.   You certainly knew it once you got on the ship?

23  A.   That is correct.

24  Q.   And you knew when you got on the ship, in particular the

25  Norwegian Epic, that there is going to be safety videos playing

1    in your cabin when you first get into the cabin.  Correct?

2    A.   That is correct.

3    Q.   That's what happens on Carnival; that's what happens on

4    Norwegian; that's what happens on other cruise lines.

5    A.   That's correct.

6    Q.   By the way, have you been on other cruises besides

7    Norwegian and Carnival?

8    A.   Holland America.

9    Q.   How many times on Holland?

10   A.   Once.

11   Q.   When was that?

12   A.   February of actually this year.

13   Q.   February of 2023.  We will get to that in a minute.

14   A.   That's correct.

15   Q.   Whether it's Carnival, whether it's Norwegian, whether it's

16   Holland America, when you first go into your cabin, you have a

17   television in there.  Right?

18   A.   That is correct.

19   Q.   And always it's tuned to the channel which is playing the

20   safety video.  Correct?

21   A.   Correct.

22   Q.   That's what happened on the Norwegian Epic in October

23   of 2019.  Right?

24   A.   Correct.

25   Q.   And you watch those videos.  Right?

1   A.   Correct.

2   Q.   And one of the videos was the longer video which introduced

3   the concept of a second video, which would be specific to

4   tender.  Isn't that right?

5   A.   That is correct.

6   Q.   So you saw the long video, and then you understood that

7   there would be a second video that would specifically cover

8   tendering operations.  Right?

9   A.   That is correct.

10  Q.   And you know that the second video, the one that

11  specifically is geared toward tendering began to play in your

12  cabin the day before the ship arrived in Cannes.  Right?

13  A.   Correct.

14  Q.   And you saw that video in your cabin?

15  A.   Correct.

16  Q.   And you know that video continued to play throughout the

17  day when the ship was actually at the tender port at anchor in

18  Cannes.  Right?

19  A.   I know that now, yes.

20  Q.   Don't you remember going back to your cabin during that

21  interval and seeing the safety video, the tender safety video?

22  A.   No.

23  Q.   How about in the morning before you left; do you remember

24  seeing the safety video that morning?

25  A.   No.

1    Q.  But it was playing that -- you don't deny that it was

2    playing continuously while the ship was in Cannes?

3    A.  I am not going to deny that, no.

4    Q.  You just don't remember?

5    A.  I just didn't see it the day of.

6    Q.  But you did see it the day before?

7    A.  Correct.

8    Q.  You watched it.  Right?

9    A.  Correct.

10   Q.  You understood it.  Right?

11   A.  Correct.

12   Q.  There was nothing exotic or crazy about it.  Right?

13   A.  Well, yeah, it really didn't mention when the tender boat

14   crashes into the dock what I should do.

15   Q.  Once you got on these tender boats, any of the ones that

16   day, there were two crew members on the boat, a driver and a

17   deck hand.  Correct?

18   A.  Right.

19   Q.  That is something which is normal based on your experience

20   with other Norwegian cruises and other cruises from other

21   cruise lines.  Correct?

22   A.  Correct.

23   Q.  You really don't pay attention to who was driving the

24   tender.  Right?

25       You didn't look at them, talk to them or interact with

1   those men, did you?

2   A.   No, I did not.  I don't interact a whole lot on vacations.

3   Q.   You want to do your thing and enjoy your time?

4   A.   That is correct.  I talk every day, all day every day.

5   Q.   Because you are a salesperson?

6   A.   That is correct, a salesperson and a teacher, yes.

7   Q.   But you didn't have any interaction with any of the tender

8   boat operators or the deckhands on any of those four boats that

9   you were on that day on November 25th, 2019.  Right?

10   A.   Not interaction.  The person that wants to help you on I

11   say thank you.  That's my interaction.

12   Q.   So you don't really know who was driving the tenders

13   earlier that day, do you?

14   A.   No, not in the morning.

15   Q.   Sorry?

16   A.   No, not in the morning.  I didn't pay attention.

17   Q.   So you have no idea if Jomar Buerano had driven the tender

18   on any of the three trips prior to the event, on the tender

19   before you?

20   A.   You don't have to have interaction to recognize somebody.

21   Q.   Okay.

22   A.   I didn't have interaction with Jomar either.

23   Q.   Okay.  So, how do you know he was the driver on one or all

24   of those prior trips?

25   A.   How do I know?

1    Q.   Yes.

2    A.   Because you see different faces.

3    Q.   And?

4    A.   And they were different.

5    Q.   Okay.  So the operators on the three trips before were

6    different than Jomar's face?

7    A.   Correct.

8    Q.   So Jomar was not the operator on those three prior trips.

9    Correct?

10   A.   Not to my knowledge, correct.

11   Q.   Okay.  Now, let's put up a picture, please, of -- let's put

12   up Exhibit 31.013, please.  I'm sorry, I misspoke, 013.

13        MR. HICKEY:  31.013.

14        MR. MCALPIN:  Yes.

15   BY MR. MCALPIN:

16   Q.   So, we are looking at Joint Exhibit 31.013.  You have seen

17   this photograph before, Ms. Ruggeri?

18   A.   I have.

19   Q.   Did I understand your testimony correctly to indicate that

20   the seats shown in this photograph, 31.013, are not like the

21   seat you were sitting in at the time of the event?

22   A.   That is correct.

23   Q.   Are you sure about that?

24   A.   I am absolutely certain.

25   Q.   What in your mind makes you say that?  Why are you so

1   certain about that?

2   A.   Because I know what I was sitting on.

3   Q.   What did you have for breakfast that morning?

4   A.   What did I have for breakfast that morning?

5   Q.   Yes, ma'am.

6   A.   I don't remember.

7   Q.   And you don't remember what you had for breakfast but you

8   remember there were no seat backs?

9   A.   Yes, I do.

10  Q.   And the -- what I am going to call the perimeter seat, this

11  area here, was that the same as the tender you were on?

12  A.   No.

13  Q.   How is it different?

14  A.   They were benches.

15  Q.   Okay.  Describe that for me, benches all along?

16  A.   There were benches on the side, yes, perpendicular to the

17  bench.  They were like picnic benches.

18  Q.   This area here I would call a bench.  Why is that not the

19  same as what you are describing?

20  A.   Because the bench that I am describing is like a picnic

21  bench.  It has an underneath.  This is solid underneath.

22        THE COURT:  I'm sorry, this is solid what?

23        THE WITNESS:  It is solid underneath.  There is a board

24  there or enclosed, whereas where I was on was not enclosed.

25  BY MR. MCALPIN:

 1   Q.   Well, this is enclosed, this area here.

 2        You are saying the seat that was adjacent to where you were

 3   sitting was like an open storage area?

 4   A.   No, I'm not saying that it was a storage area.  It was just

 5   opened.  There was no cover.

 6   Q.   When you say "cover," go ahead and point to what you are

 7   talking about because it's a touch screen.

 8   A.   This right here.

 9   Q.   Was a "cover," what do you mean cover?

10   A.   You can't see inside of it.

11   Q.   We can't see inside of it here?

12   A.   I know that, you could not see inside of it anywhere.

13        There was no cover.  It was a flat bench like the top of

14   this table.

15   Q.   It was open underneath, is that what you are telling me?

16   A.   Correct.

17   Q.   Okay.  That's what -- so there was -- this area just simply

18   didn't exist?

19   A.   That's correct.

20   Q.   It was just an open area in a flat bench across the top?

21   A.   Correct.

22   Q.   All right.  Other than that, was the perimeter seating that

23   I just drew a line around, the same on this photograph as it

24   was on the tender you were on?

25   A.   I do not know what was on back there.  I know what was on

1    my right.

2    Q.   I am not sure I understood your answer, ma'am.

3    A.   You are asking me if this whole thing was the same.   I

4    didn't turn around.   I know what this was.

5    Q.   I asked you is this bench -- did the tender you were on

6    have seating, I'm calling it perimeter seating, around the

7    perimeter of the boat, in the area where you were seating

8    sitting like shown in Exhibit 31.03?

9    A.   If you are speaking of the orange cushion, no, it did not.

10   Q.   It didn't have an orange cushion?

11   A.   No, it did not.

12   Q.   Did it have any cushion or padding?

13   A.   No.

14   Q.   What about the seat you were sitting on, did it have

15   cushions?

16   A.   No.

17   Q.   Put up Exhibit 71.002, please.

18        Now, we're looking a Exhibit 71.002.   Go ahead and show us

19   the marking, please.   Go down to the picture.

20        Now, looking at this, I guess by your testimony this is

21   also not seating like the seating that you were sitting on at

22   the time of the event.   Correct?

23   A.   That is correct.

24   Q.   Because it didn't have this back part that I've just

25   circled.   Correct?

1    A.   That is correct.

2    Q.   Because it didn't have this back part?

3    A.   It didn't have the bottom cushion.  It was a long bench in

4    the center.  It was not on a side.  It was a long bench in the

5    center.

6    Q.   In the center of the boat?

7    A.   In the center of the front.  I wasn't that close.  It was a

8    little over further.

9    Q.   You got to tell me which direction, Ms. Ruggeri.

10           THE COURT:  Can you mark it on the screen?

11   BY MR. MCALPIN:

12   Q.   Go ahead and mark it.

13   A.   It was actually in the middle of the tender.  It was just a

14   long bench, and there was a long bench in the back of it, and

15   it was white, painted white.

16   Q.   With no cushion?

17   A.   With no cushion.

18   Q.   I am still trying to figure out the position.  Was it in

19   back of the -- this is the operator's seat.  Do you see that?

20   A.   My back was to the operator and there was a bench in

21   between us.

22   Q.   You and the operator were back to back?

23   A.   That's correct.

24   Q.   Follow my question.  On this exhibit you see the operator's

25   seat is on a little raised platform?

1   A.   I see that, yes.

2   Q.   Was that the same on the tender you were on?

3   A.   He had a seat, yes.

4   Q.   Well, follow my question.  Was it a raised seat?

5   A.   Yes.

6   Q.   Okay.  Were you sitting to that person's side or directly

7   in back of that person, the operator's seat?

8   A.   I was sitting directly behind him.

9   Q.   Okay.  So, using this one as a reference, your seat would

10  have been in this area.  Right?

11  A.   Not quite that far over.

12  Q.   Which direction should I go?

13  A.   To the left a little bit.

14       So, I was about here so that my husband could be in the

15  middle because he has long legs.

16  Q.   Your husband was to your left.  Right?

17  A.   That is correct.

18  Q.   All right.  So, if we are looking at this, was there

19  this -- you said there still had this perimeter seating.  I

20  understand your testimony didn't have a cushion on it.

21  A.   Correct.

22  Q.   But that perimeter seating was still there?

23  A.   Correct.

24  Q.   Is that what you've been describing as the seat

25  perpendicular to you?

1   A.   That is correct.

2   Q.   And using this photograph as a reference, you would be

3   closer to the side of the boat and he would be closer to the

4   center of the boat.  Right?  Is that right?

5   A.   Correct.

6   Q.   And he was directly next to you.  Right?

7   A.   There was a space between us.

8   Q.   So your left shoulder would be near his right shoulder.

9   Right?

10   A.   Yes.

11   Q.   And your right side would be closest or close to the side

12   of the tender.  Right?

13   A.   Correct.

14   Q.   And were there any people in these perimeter seats where

15   I'm --

16   A.   No, absolutely not.

17   Q.   -- putting the X on?  No?

18   A.   No.

19   Q.   So, if you were looking to your immediate right, you would

20   see nothing, except the bench?

21   A.   Correct.

22   Q.   And you told us that your tender boat was full or nearly

23   full?

24   A.   That's correct.

25   Q.   Were you one of the first people on or last people on?

 1   A.   We were one of the last people on.

 2   Q.   So even though you were last, the front seats weren't full

 3   and you walked towards the front?

 4   A.   I did.  My husband has long legs and needs leg room.

 5   Q.   Was there anybody else on the bench?

 6   A.   No, just me and my husband.

 7   Q.   You see there is a space and there is a seat facing

 8   forward?

 9   A.   This is not the setup that I was on.

10   Q.   That's why I want to ask you the questions, ma'am.  Just

11   bear with me.

12   A.   Okay.

13   Q.   Was there forward-facing seats in front of you or not?

14   A.   There were forward-facing seats in front of me, yes.

15   Q.   As shown in this exhibit.  Correct?

16   A.   Correct.

17   Q.   What you are saying is they just didn't have the back?

18   A.   Oh, those seats had a back.

19   Q.   Oh, okay.

20        Let me clarify.  Some seats had backs and some seats

21   didn't?

22   A.   No, that's not what I said.

23   Q.   Tell me, ma'am.

24   A.   The two benches in the front and the ones perpendicular did

25   not have backs.  All the other seats were facing the front,

    1   they had backs.

    2   Q.   All right.  How about this seat over here, was there a seat

    3   over there on the tender you were on?

    4   A.   There was not a seat there, no, there was a bench across

    5   the middle.

    6   Q.   All the way across the middle continuously?

    7   A.   It didn't go end to end.  It was indented a bit on either

    8   side.

    9   Q.   You mean along the side of the ship?

   10   A.   Correct.

   11   Q.   Was there an opening there to walk?

   12   A.   No.

   13   Q.   Okay.  So, what you're saying is there was a seat that

   14   spanned across the midship, the middle?

   15   A.   I didn't say a seat.  I said a bench, as though it were a

   16   picnic bench.

   17   Q.   A bench across the center of the boat that did not extend

   18   to the ends.

   19   A.   That is correct.

   20   Q.   So you could walk around the perimeter of your bench?

   21   A.   You could walk around the right side, not my side.

   22   Q.   You could walk around the right side.  You mean the side

   23   closest to the ship?

   24   A.   The side where my husband was.  You can come around that

   25   way.  I don't believe you could have come around that way.

1    That space was too small.

2    Q.  Again, I'm not following you, Ms. Ruggeri.  Show me where

3    there was a space and show me where there was no space.

4    A.  You can come this way.  The space was larger but this was a

5    small space.

6    Q.  Okay.  How much distance was there, if you know, between

7    that bench, the edge of the bench and the beginning of what I

8    am calling the perimeter seat, so this distance?

9    A.  Maybe three feet.

10   Q.  Three feet, 36 inches?

11   A.  Possibly.

12   Q.  Okay.  Well, you're familiar with homes.  36 -- three feet,

13   three feet would be plenty of room to walk through?

14   A.  It was tight.

15   Q.  All right.  So, three feet gap between the edge of the

16   bench and the perimeter seating on the, would be actually the

17   left side of the tender if you're facing forward?

18   A.  Yes, if you're facing forward was what I missed, yes.

19   Q.  Yes, ma'am.  So there is a space to walk and there is also

20   a space to walk on the starboard side between the bench

21   seating.  Right?

22   A.  Correct.

23   Q.  Now, just so I'm clear, were all the other seats, did they

24   have backs on them?

25   A.  There was a bench behind us just like ours that did not

1    have a back but, yes, the seats facing forward had backs on

2    them.

3    Q.   You said there was a bench behind ours?

4    A.   Did I say that, yes.

5    Q.   Which direction is behind for you?

6    A.   Behind.

7    Q.   Okay.  So there is another bench here?

8    A.   Here.  There is another bench back here.

9    Q.   All right.  So, we are talking about two benches behind the

10   driver?

11   A.   Correct.

12   Q.   So you are in the second bench behind the driver?

13   A.   If you're counting from the driver going to the back, yes,

14   I'm in the second bench.

15   Q.   That's what I'm doing.  Just like we have here, let me put

16   a one and I will put a two, two benches?

17   A.   Correct.

18   Q.   And you are in the second bench?

19   A.   Correct.

20   Q.   You're in the side of the second bench closest to the port

21   side or left side wall of the ship, of the tender boat?

22   A.   Right.

23   Q.   And your husband is just right next to you?

24   A.   Correct.

25   Q.   And there is nobody else on that bench?

1    A.   No, there isn't.

2    Q.   And there is nobody on the perimeter seating?

3    A.   No, there isn't.

4    Q.   Is there anybody in the seats in front of you?

5    A.   Yes.

6    Q.   How many people?

7    A.   There were two people to a seat.

8    Q.   So there would be two people here?

9    A.   Correct.

10   Q.   So if you, you know, wanted to, you know, look up, you'd be

11   staring them in the face?

12   A.   That is correct.

13   Q.   Did you ever talk to those people after this event?

14   A.   I don't talk to people.

15   Q.   Was the answer no?

16   A.   The answer is no.

17   Q.   Where there any people in the seat towards the front, the

18   seat towards the front of the boat, the one that was behind

19   you, as you called it?

20   A.   The bench behind us, no.

21   Q.   Yes, ma'am, that was empty.

22        Now, how tall are you, ma'am?

23   A.   I'm 4'11.

24   Q.   If we put up the Exhibit 17.02.

25        What is the height of the seat depicted in Exhibit 71.02

1   about the same as the height of the bench that you say you were

2   sitting on at the time of the event?

3   A.   Was the height?

4   Q.   Yeah, the height.  I'm talking about this distance now, the

5   height from the floor, where you put your butt, the height from

6   the floor?

7   A.   I understand.  No, it was a little lower.

8   Q.   So the bench seat you were sitting on was actually lower

9   than the seat depicted in this exhibit --

10  A.   Correct.

11  Q.   -- 71.02?

12       Were the sidewalls and the window configuration on the boat

13  you were on the same or similar to what is depicted in

14  Exhibit 71.002?

15  A.   Can you repeat that, please?

16  Q.   Sure, the sidewall, this area, and the window, was it the

17  same or similar to the configuration outlined in this exhibit,

18  71.002?

19  A.   The side was, yes.

20  Q.   And the window?

21  A.   The window was higher, yes.

22  Q.   So you couldn't see out the window?

23  A.   No, I could not.

24  Q.   So you couldn't see the sea.  If you turn to your right to

25  look toward the ocean, you couldn't see the ocean while you

1   were seated.  Right?

2   A.   That is correct.

3   Q.   And these boats that you were on earlier that morning,

4   earlier that morning, was it the same layout?

5   A.   No, we walked in the morning, and as you walk in the middle

6   of the tender, there was a seat right here and we sat in it,

7   because, again, there was an opening and my husband would have

8   leg room.

9        MR. MCALPIN:  Can we put up a photo showing the entire

10  length of the tender, please?

11  BY MR. MCALPIN:

12  Q.   Were you sitting towards the same seat of the driver, the

13  bench toward the driver?

14  A.   In the morning, no.

15  Q.   On any of the three prior trips?

16  A.   No.

17  Q.   Did any of the boats you were on earlier that day have the

18  same bench configuration you have been describing?

19  A.   Not that I remember.

20  Q.   Could you say it one way or the other?

21  A.   I don't remember, so, no, because we were in the middle of

22  the tender.

23  Q.   Now, what you say happened, as I understand it, is that the

24  boat crashed, to use your word, crashed into the docking

25  platform, and then after that started to roll side to side.

1    Right?

2    A.   Correct.

3    Q.   And you put your right arm out to prevent yourself from

4    sliding and you put it up against a seat?

5    A.   Correct.

6    Q.   Joint Exhibit 21.001, this is looking toward the back, from

7    the front toward the back.  What I'm asking you now, all these

8    seats have backs on them.  Do you see that?

9    A.   I do see that, yes.

10   Q.   Did the other seats in the tender you were on at the time

11   of the event have backs on them like this?

12   A.   They were higher.  The backs were higher.

13   Q.   So the answer is yes?

14   A.   Yes.

15   Q.   But the backs were higher?

16   A.   Correct.

17   Q.   But they all had backs?

18   A.   Correct.

19   Q.   Okay.  So the two benches that you were on were the only

20   seats in the tender that you were on at the time of the event

21   that did not have backs.  Is that what you are saying?

22   A.   That is correct.

23   Q.   Got it.  Okay.

24        Go back to 71.002.  So we were talking about the ship

25   crashing into the tender boat, crashing into the docking

1   platform, everybody screaming and yelling.  Right?

2   A.   That is correct.

3   Q.   Can you estimate how many people were screaming and

4   yelling.

5   A.   I couldn't give you a number, no.

6   Q.   Did you scream or yell?

7   A.   I don't scream or yell, no.

8   Q.   How about your husband?

9   A.   I have no idea, but he is not usually a screamer or a

10  yeller, so if I had to answer that I would say no.

11  Q.   He was inches next to you.  Right?

12  A.   He was next to me, yes.

13  Q.   Was he awake?

14  A.   Yes.

15  Q.   When the boat started to rock, did it go side to side like

16  this?

17       My hand is the boat, did it go side to side?

18  A.   Yes, it did.

19  Q.   That's called rolling.  I'm going to call that rolling.

20  Okay?

21  A.   Okay.

22  Q.   Did it go up and down?

23  A.   After it hit?

24  Q.   Yes, ma'am.

25  A.   It went side to side.

```
 1    Q.   That's what I'm going to call pitching, up and down

 2    pitching; side to side, rolling.  Okay?

 3    A.   I believe you.

 4    Q.   I want to get our communication right.  That's why.

 5         So, when the tender rolled side to side, as I understand

 6    it, you started to slide to your right.  Is that true?

 7    A.   I slid over, yes.

 8    Q.   And you put your arm out to stop?

 9    A.   Correct.

10    Q.   To brace yourself.

11    A.   Correct.

12    Q.   And you put your arm out and you made contact with the seat

13    on the perimeter that you said had no cushion on top.  Right?

14    A.   Correct.

15    Q.   And your arm would have been on the edge, the edge of the

16    seat right where it makes the turn from vertical to horizontal?

17    A.   Correct.

18    Q.   And that's when you jammed your arm as you used it?

19    A.   Correct.

20    Q.   So what injured you was the rolling, not the crash?

21    A.   How can I answer that?

22    Q.   Well, you didn't get injured when the ship made contact

23    with the docking platform.  You got injured when it rolled and

24    you started to slide and you put your arm out to brace

25    yourself?
```

1   A.   Okay.

2   Q.   Is that true?

3   A.   Yes.

4   Q.   So the actual impact didn't hurt you.  Correct?

5   A.   It happened extremely fast, but the rolling did, yes.

6   Q.   Yes, ma'am.  Did you see any damage to the inside of the

7   tender boat?

8   A.   No.

9   Q.   Did you see any damage to the tender boat when you exited?

10  A.   No.

11  Q.   Which side of the tender boat did you exit?

12  A.   When you are facing the front?

13  Q.   Yes, ma'am, always when you are facing the front.

14  A.   We exited to the left onto the dock.

15  Q.   Okay.  Let me back up just a little bit.  When you went

16  ashore in the afternoon, you were on a shore excursion.

17  Correct?

18  A.   Correct.

19  Q.   That you had paid for through the Norwegian Cruise Line?

20  A.   Correct.

21  Q.   About how many other people were with you?

22  A.   Probably about 15, 10 to 15.

23  Q.   Did you go on a big bus or some smaller vehicle?

24  A.   I believe it was a van.

25  Q.   A van.  And you did the sightseeing tour?

1   A.   Yes, the highlights of Cannes, I believe it was.

2   Q.   Let's put up Exhibit 1 -- for the record, we are looking at

3   -- let me see the number, please -- Exhibit 1.001.

4        Do you remember this document that's been marked into

5   evidence, Ms. Ruggeri?

6   A.   Yes.

7   Q.   This is your, for lack of a better word, your bill for the

8   cruise.  Right?

9   A.   Yes.

10  Q.   They call it sign and sail or something like that.  Right?

11  A.   Yes.

12  Q.   We see your charges and we see your credit here.  Right?

13  A.   Correct.

14  Q.   On the 24th we see that you charged some money $240 from

15  the casino?

16  A.   Correct.

17  Q.   Then we see you charged something at the Waves bar for $9.

18  Right?

19  A.   Correct.

20  Q.   We see on the 25th, the day of the accident, we see the

21  shore excursions.  Right?

22       Scenic gold and Corniche and St. Raphael; is that the

23  excursion you went on?

24  A.   Correct.

25  Q.   While we are on the page to save time, we see also shore

1    excursions for Palma.  Oh, that's actually the shuttle.  You

2    took a shuttle into town, right, for $15 each?

3         Then we see a shore excursion, the View of Naples that you

4    and your husband took on the 27th.

5         Is that true?

6    A.  I see that, yes.

7    Q.  Did you take that excursion?

8    A.  I don't remember, but I guess we did.

9    Q.  You don't dispute that.  Right?

10   A.  I don't dispute that I paid for it.  That's what I don't

11   dispute.

12   Q.  Do you know if you went on it?

13   A.  I do not remember.

14   Q.  I think that's all the shore excursions we see.  Did you go

15   on an excursion on the last port of call?

16   A.  I don't believe so.

17   Q.  Now, we see that Norwegian Cruise Line like many cruise

18   lines puts a service charge automatically on your bill every

19   day, right, $15 per passenger per day.

20        Do you see that?

21   A.  Yes, I do.

22   Q.  That's reflected there and it's called service charge.

23        That's the tip for the staff and the hotel and the

24   housekeepers.  Right?

25   A.  That is correct.

1    Q.  And you see that recurring charge, $15 per person per day

2    throughout the bill.  Right?

3    A.  Correct.

4    Q.  And you guys actually told the front desk to remove those.

5    Right?

6    A.  That is correct.

7    Q.  Why do you do that?

8    A.  Because I give people cash.

9    Q.  I'm sorry?

10   A.  Because I give people cash.

11   Q.  Okay.  Why do you do that?

12   A.  Why do I do that?

13   Q.  Yes, ma'am.

14   A.  Because that's what I prefer to do.  I prefer to tip the

15   people that have waited on me.

16   Q.  Okay.  Now, back to the excursion, the excursion was

17   running a little bit late.  Right?

18   A.  Correct.

19   Q.  Were there other excursions, if you know, that were also

20   operating that afternoon?

21   A.  I have no idea.

22   Q.  Well, how many people were at the pier when your van

23   arrived?

24   A.  There were several people at the pier.  There was a line

25   that went on one of the tender boats and then was our tender

1    boat.

2    Q.   There had to be a lot of people because you told us there

3    were over 200 people on your tender boat alone?

4    A.   I don't know that I said 200.  I said about 100 in my

5    testimony, I would believe.

6    Q.   Yeah, and you also said the boat was full or nearly full?

7    A.   That's correct.

8    Q.   And we know the boat held 230 people?

9    A.   No, I didn't know the boat held 230 people until I came to

10   court.

11   Q.   Yes, ma'am, but we know that now?

12   A.   Correct.

13   Q.   All right.  So if the boat is full or nearly full, can we

14   assume it's more than a hundred people, more like 200 people?

15   A.   Correct.

16   Q.   When you said a hundred people, you were mistaken on your

17   deposition?

18   A.   Not intentionally.

19   Q.   I'm not suggesting it's intentionally.  You were just

20   simply mistaken.  People make mistakes.

21   A.   There were a lot of people.  I made an estimate, a

22   guesstimate, so to speak.

23   Q.   Now we know that was probably wrong?

24   A.   That was incorrect, yes.

25   Q.   Yes, ma'am.  Thank you.

1      I'm not suggesting you made an intentionally false

2   statement in your deposition on that point.

3      Okay.  You can take that down.

4      When you came back down to the pier -- let me back up.

5      When you realized the tour was running late, you knew that

6   the tour operator, the guide had called ahead to the ship to

7   let the ship know.  Right?

8   A.   Correct.

9   Q.   And you knew that the information relayed back was that,

10   don't worry, we are waiting for you and other people.  Right?

11   A.   That is correct, and that's why I take cruise line

12   excursions.

13   Q.   You anticipated my next question, ma'am.  You know that if

14   you are on a cruise line excursion, one of the benefits is, if

15   you get held up, if you have a flat tire, if something happens

16   on a trip ashore, the ship is never going to leave you?

17   A.   That's correct.

18   Q.   They wait for you because that is their policy?

19   A.   That is correct.

20   Q.   So you don't have to worry about being left behind?

21   A.   That is correct.

22   Q.   So you weren't worried, nor was Norwegian worried about

23   leaving passengers behind.  Correct?

24   A.   I know that I wasn't worried.  I don't know what

25   Norwegian's position was.

1    Q.   Okay.  Fair enough.

2         When you were riding on the boat, there was really nothing

3    unusual about the boat trip.  Right?

4    A.   No, there wasn't.

5    Q.   It was a normal boat trip just like you had done probably

6    dozens, if not hundreds, of times.  Isn't that true?

7    A.   That's true.

8    Q.   All right.  If you were approaching the boat, you don't

9    recall any weird movement, a sudden speed up or a sudden

10   slowdown, do you, ma'am?

11   A.   I don't understand your question.

12   Q.   Sure.  When you are approaching the cruise ship --

13   A.   Well, I don't know when we're approaching the cruise ship.

14   Remember, I'm the one that can't see out.

15   Q.   Okay.  So you don't recall prior to this violent rolling

16   any weird movement of the boat, any abrupt change of the speed?

17   A.   Of the tender boat?

18   Q.   Let me finish my question.

19        Let me start over -- when you're approaching -- well, prior

20   to the boat rolling, the tender boat rolling, you don't recall

21   any abrupt change in speed either upwards or downwards or

22   anything weird happening on the tender boat.  Isn't that true?

23   A.   No, that's not true.

24   Q.   Wasn't that what you said in your deposition to

25   Ms. Fagenson?

1   A.   Say that again, please.

2   Q.   Isn't that what you told Ms. Fagenson under oath?  Let me

3   direct you to page 140.

4       You remember the lady who took your deposition,

5   Ms. Fagenson?

6   A.   I do.

7   Q.   On page 140 of that deposition, on line 3, question.  I'm

8   going to read a question and an answer and ask if you recall

9   it.  Okay?

10   A.   Okay.

11   Q.   "Question:  Right before the incident happened on the

12   tender boat, did you have any warning that the tender was about

13   to collide with the ship, meaning like was the ship rocking,

14   did it seem to speed up or slow down, or do anything weird

15   right before the incident happened?"

16       "Answer:  No."

17       Do you recall being asked that question and giving that

18   answer?

19   A.   No, I don't recall being asked that question, I'm going to

20   be honest with you, but when somebody says to me, were you

21   given a warning, I'm assuming that they are saying did somebody

22   tell you to beware.

23   Q.   No, ma'am.

24       The question is, "Did it seem to speed up or slow down or

25   do anything weird right before the incident happened," and you

1    answered no.  Correct?

2         MR. HICKEY:  Counsel needs to read the entire question.

3    Objection.  He is not doing it properly.  He is leaving out the

4    first part of the question.

5         THE COURT:  If it is a single question, if you will

6    read the full question.

7    BY MR. MCALPIN:

8    Q.  Let me do it again.  "Okay.  Right before the incident

9    happened on the tender boat, did you have any warning that the

10   tender was about to collide with the ship, meaning, like, was

11   the ship rocking, did it seem to speed up or slow down, or do

12   anything weird right before the incident happened?"

13        "Answer:  No."

14        Do you recall being asked that question and giving that

15   answer under oath back in February of 2021?

16   A.  I do not recall the last part of that question.

17   Q.  Okay.  But now you are telling the Court something

18   different, that you did recollect the boat slowing down before

19   it began to rock?

20   A.  The last part of that.

21   Q.  Is that right, ma'am?

22   A.  The last part of that question asks if I remember the boat

23   speeding up or slowing down.  At that time I missed the last

24   part of that question and answered about a warning.  So, no, I

25   am not saying that I lied over there, or lied over here.

1   Q.   So, what you are telling us is you just didn't understand

2   the question?

3   A.   That is correct.

4   Q.   How long did you practice giving that answer to the

5   question I just asked right now because you knew I was going to

6   ask you about this?

7        How long have you practiced that?

8   A.   If you're going to ask me about that, I didn't practice

9   anything.

10  Q.   Why didn't you say I don't understand your question,

11  Ms. Lawyer?

12  A.   I have no idea.  That was done in February of '21.

13  Q.   So your testimony here is that you didn't understand that

14  question but you answered it with a single word anyway?

15  A.   That is correct.

16  Q.   Okay.  And now you are telling the Court something

17  different than what is depicted in that question and answer.

18       Isn't that a fact, ma'am?

19  A.   I am answering your question to me today.

20  Q.   Right.  The question here is answered differently than the

21  testimony you are giving here in court.  True or false?

22  A.   That is true.

23  Q.   Thank you.

24       So you are changing your testimony.  Isn't that true,

25  ma'am?

1    A.   No, not based on what I understood then and what I

2    understand now.

3    Q.   You are changing the testimony based upon the transcript of

4    what was recorded then and what you are telling the Court today

5    under oath.  Isn't that true, Ms. Ruggeri?

6    A.   I am not changing my testimony.

7    Q.   Well --

8    A.   I misunderstood that question.

9    Q.   Okay.  I will move on, ma'am.

10        THE COURT:  Counsel, are you transitioning to a

11   different area because we have a just a few minutes left and we

12   still need to talk about --

13        MR. MCALPIN:  Oh, my goodness, now is a good time to

14   stop.  I didn't realize.

15        THE COURT:  Ma'am, you may step down for now.

16        THE WITNESS:  Thank you.

17        THE COURT:  I'm sorry, but I've got a hard time to

18   stop.

19        MR. MCALPIN:  No problem.  Time got away from me.  I'm

20   not transitioning, but I can just make a pin in it and that's

21   fine, no problem.

22        THE COURT:  So, have you both had an opportunity to

23   talk about when you can resume?

24        MR. HICKEY:  Yes.

25        MR. MCALPIN:  We have.

1          MR. HICKEY:  We talked yesterday about December 4th and

2    5th, and I think we talked this morning about that's okay with

3    us.  I am going to move something around.  We can do

4    December 4th and 5th.

5          MR. MCALPIN:  We can as well.

6          Judge, in fairness, we probably need a day and a half.

7          THE COURT:  For some reason, I can't open the calendar.

8          Okay.  We can resume on Monday, December 4th, at 9:30.

9          On December 5th I have a preliminary injunction hearing

10   that morning and a case, but the afternoon is free, so if we

11   can wrap up in a day and a half we can take all day on the 4th

12   and the afternoon of the 5th.

13         MR. MCALPIN:  Judge, I probably have with this witness,

14   I'm just thinking out loud, if it's okay, probably have another

15   hour with Ms. Ruggeri, and then there is supposed to be some

16   redirect.

17         Then it will be our side of the case, and we have an

18   hour deposition.  I have probably two hours, two hours and a

19   half to two hours with Mr. Berman and then I probably have a

20   solid direct, and then I have a solid two hours with the

21   liability expert, Captain Harestad.  I'm thinking out loud.  It

22   may be more than a day and a half, sadly.  I will certainly

23   shorten it up.

24         THE COURT:  I thought you just told me you needed a day

25   and a half.

1          MR. MCALPIN:  I did say a day and a half.  I did say a

2     day and a half.  When we had the calendar call, I did say a day

3     and a half, and I just told you now a day and a half.  But

4     thinking it through, it may be more.

5          THE COURT:  Wednesday, the 6th, is open as well if we

6     need it.

7          MR. HICKEY:  We can do that.

8          MR. MCALPIN:  We will make it work.

9          MR. HICKEY:  That's good for us, 4 and 6 are good for

10    us.

11         MR. MCALPIN:  Well, we're going to do 4 and 5 --

12         THE COURT:  Well, December 4, 5, 6.

13         MR. HICKEY:  Okay.  That's fine.

14         THE COURT:  The 5th is just the afternoon.

15         MR. HICKEY:  Right.  Right.

16         MR. MCALPIN:  The 4th, afternoon 5th, and if we have to

17    bleed over to the 6th, we can.

18         THE COURT:  Right.  There are -- I have my regular

19    calendar calls and status conferences on Wednesday.  There are

20    none set yet.

21         We may just have to start a little bit later Wednesday

22    morning, but it's essentially a full day.

23         MR. HICKEY:  Great.  Thank you, Your Honor.

24         THE COURT:  We will be in recess.

25         MR. MCALPIN:  Since we are in the recess in the middle

1    of testimony, I would ask the Court to instruct Ms. Ruggeri

2    about speaking with counsel during the time she is not on the

3    stand.

4             THE COURT:  All right.  Well, I will invoke the rule as

5    to all of the witnesses.

6             Ms. Ruggeri, you can, of course, speak to your

7    attorney, just don't speak to him about your testimony.

8             MR. MCALPIN:  Correct.

9             THE WITNESS:  Okay.

10            THE COURT:  All right.  We will be in recess.

11            MR. MCALPIN:  Thank you.  Have a nice weekend.

12            COURT SECURITY OFFICER:  All rise.

13            (Proceedings were concluded at 3:02 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E
2

3              I hereby certify that the foregoing is an
4      accurate transcription of the proceedings in the
5      above-entitled matter.
6

7

8

9
       January 10, 2024        /s/Patricia Diaz
10     DATE                     PATRICIA DIAZ, FCRR, RPR, FPR
                                Official Court Reporter
11                              United States District Court
                                400 North Miami Avenue, 11th Floor
12                              Miami, Florida 33128
                                (305) 523-5178
13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$15** [3] - 152:2, 152:19, 153:1
**$240** [1] - 151:14
**$9** [1] - 151:17

**'**

**'17** [6] - 103:6, 103:20, 103:24, 104:13, 104:14
**'18** [3] - 104:4, 104:17
**'19** [2] - 103:21, 104:22
**'21** [1] - 159:12
**'57** [3] - 90:22, 90:24, 92:15
**'99** [3] - 20:23, 20:24, 92:24

**/**

**/s/Patricia** [1] - 164:9

**0**

**0** [3] - 13:14, 33:4, 73:15
**013** [1] - 133:12
**042.004** [1] - 69:18
**044** [2] - 29:22, 84:22
**044.001** [1] - 30:1
**084** [2] - 21:13, 22:7
**084.016** [1] - 21:4
**088.001** [1] - 12:22
**088.225** [1] - 35:21
**088.230** [1] - 42:7
**088.320** [1] - 54:1

**1**

**1** [7] - 1:9, 44:13, 55:3, 55:4, 68:4, 74:4, 151:2
**1.001** [1] - 151:3
**10** [24] - 13:14, 15:21, 16:11, 16:12, 33:5, 33:9, 33:12, 34:20, 35:3, 35:22, 44:13, 49:4, 53:1, 55:4, 73:16, 73:18, 74:1, 92:16, 104:13, 150:22, 164:9
**10/14/2017** [1] - 106:1
**10/25/19** [4] - 6:13, 26:16, 65:11, 65:12
**10/26/19** [2] - 6:15,
6:17
**10/28/19** [2] - 7:11, 7:24
**100** [1] - 154:4
**10:27** [1] - 118:14
**10:56** [1] - 118:15
**10th** [1] - 35:17
**11** [9] - 21:24, 48:4, 50:1, 54:1, 55:21, 55:25, 67:7, 71:24, 72:11
**11/2020** [1] - 43:6
**11/25/18** [1] - 108:18
**11:30** [1] - 63:18
**11:59** [2] - 122:25, 123:18
**11th** [2] - 2:4, 164:11
**12** [1] - 67:23
**125** [2] - 65:6, 77:15
**12:02** [1] - 119:15
**12:30** [2] - 63:20, 63:25
**12:54** [1] - 117:9
**12th** [1] - 95:10
**13** [3] - 31:2, 34:6, 34:19
**13th** [1] - 34:25
**14-day** [1] - 101:12
**140** [2] - 157:3, 157:7
**1400** [1] - 1:16
**15** [11] - 31:17, 34:13, 40:16, 42:3, 42:5, 45:10, 45:12, 45:13, 46:11, 150:22
**15th** [2] - 45:11, 46:9
**16** [7] - 92:3, 92:16, 92:20, 93:3, 93:5, 93:15, 94:7
**16th** [1] - 45:12
**17** [7] - 15:8, 18:18, 24:17, 38:23, 70:6, 71:1, 71:2
**17.02** [1] - 144:24
**17th** [8] - 15:10, 17:22, 24:20, 25:15, 28:14, 28:16, 30:23, 70:23
**18** [2] - 22:8, 100:23
**18th** [2] - 19:22, 23:18, 23:19
**19** [3] - 11:17, 12:15, 12:20
**1957** [1] - 90:21
**1973** [1] - 92:21
**1989** [3] - 20:18, 92:25, 93:2
**1999** [4] - 20:19, 92:6, 92:16, 93:6, 93:9, 94:4
**19th** [2] - 11:21, 15:9

**1:24** [1] - 123:23
**1st** [1] - 37:11

**2**

**2** [6] - 44:16, 56:25, 74:4, 89:20, 95:11, 117:1
**2.001** [1] - 117:4
**20** [3] - 21:24, 31:1, 118:22
**20-CV-21961** [1] - 3:2
**20-CV-21961-DPG** [1] - 1:2
**20-minute** [1] - 31:17
**200** [6] - 6:25, 7:1, 7:3, 154:3, 154:4, 154:14
**200.001** [1] - 6:13
**2002** [2] - 99:21, 99:23
**2007** [14] - 13:20, 14:9, 14:13, 67:24, 90:19, 90:24, 91:14, 91:22, 92:1, 93:9, 93:17, 94:11, 94:17, 94:20
**2008** [4] - 68:1, 68:5, 87:18, 101:16
**2011** [1] - 95:19
**2015** [3] - 99:25, 100:1, 102:17
**2016** [2] - 101:2, 101:5
**2017** [13] - 22:8, 22:10, 22:20, 23:11, 23:13, 23:18, 23:19, 23:21, 102:20, 103:17, 106:7, 107:12, 108:6
**2018** [4] - 102:20, 102:21, 108:20, 109:18
**2019** [21] - 6:9, 11:18, 12:15, 12:21, 16:11, 18:3, 18:8, 19:22, 24:19, 68:1, 99:17, 101:25, 102:22, 103:5, 103:19, 103:25, 110:4, 110:9, 116:20, 129:23, 132:9
**2020** [39] - 15:8, 18:18, 24:17, 25:15, 30:23, 31:1, 31:2, 34:6, 34:12, 34:16, 34:20, 34:25, 35:3, 35:17, 35:22, 36:24, 38:14, 38:15, 38:21,

38:23, 39:14, 39:15, 39:16, 40:12, 55:19, 56:4, 56:19, 56:21, 56:23, 70:6, 70:21, 70:23, 71:2, 71:7, 100:18, 102:2
**2021** [34] - 34:13, 36:25, 37:23, 38:5, 38:8, 40:16, 42:3, 42:5, 44:7, 45:10, 45:12, 45:21, 48:4, 49:25, 50:1, 53:24, 54:1, 55:21, 55:25, 56:5, 56:11, 56:17, 70:12, 70:16, 70:20, 70:22, 71:13, 71:24, 72:3, 72:4, 72:11, 95:10, 158:15
**2022** [5] - 57:4, 57:8, 57:11, 72:13, 72:14
**2023** [3] - 1:5, 94:3, 129:13
**2024** [1] - 164:9
**21.001** [1] - 147:6
**211** [2] - 68:16, 68:18
**22** [3] - 49:25, 53:24, 55:20
**23** [1] - 58:14
**230** [2] - 154:8, 154:9
**23rd** [3] - 100:18, 116:19, 117:8
**24** [6] - 26:9, 93:16, 94:4, 94:7, 103:14, 103:22
**24-month** [1] - 104:9
**24th** [1] - 151:14
**25th** [5] - 119:13, 119:14, 120:18, 132:9, 151:20
**26** [2] - 6:9, 65:2
**26th** [2] - 18:3, 19:4
**27th** [3] - 18:21, 109:18, 152:4
**2805** [1] - 1:19
**28th** [1] - 18:21
**29** [3] - 23:10, 23:13, 23:21
**29-02** [2] - 121:18, 121:20
**29-05** [1] - 122:22
**29-06** [1] - 123:12
**29-07** [1] - 123:24
**29-09** [2] - 124:11, 127:3

**3**

**3** [6] - 2:12, 49:3, 55:4, 57:1, 63:20, 157:7

**3/17/20** [2] - 26:17, 43:15
**30** [6] - 27:13, 27:14, 31:25, 69:13, 77:19
**30-degree** [1] - 27:4
**305** [2] - 2:5, 164:12
**307** [1] - 110:22
**308** [1] - 110:22
**31.013** [4] - 133:12, 133:13, 133:16, 133:20
**31.03** [1] - 136:8
**32** [5] - 50:2, 50:6, 51:4, 51:8, 55:20
**33** [1] - 66:18
**33128** [2] - 2:4, 164:12
**33130** [1] - 1:20
**33131** [1] - 1:16
**34** [3] - 31:8, 32:4, 66:18
**36** [3] - 26:9, 142:10, 142:12
**38** [1] - 66:18
**3:02** [2] - 1:6, 163:13

**4**

**4** [3] - 162:9, 162:11, 162:12
**4'11** [1] - 144:23
**4/30/2021** [1] - 44:23
**40** [2] - 94:8, 96:5
**400** [2] - 2:3, 164:11
**45** [1] - 37:11
**45-degree** [1] - 27:14
**49** [2] - 45:19, 91:3
**4th** [5] - 161:1, 161:4, 161:8, 161:11, 162:16

**5**

**5** [13] - 7:5, 15:21, 15:23, 33:13, 44:12, 44:16, 53:1, 85:9, 162:11, 162:12
**5.001** [1] - 7:8
**5/23** [2] - 58:12, 58:13
**5/24** [1] - 58:7
**5/24/22** [1] - 58:9
**5/25/22** [1] - 58:9
**50** [2] - 37:10, 110:16
**50.001** [1] - 110:25
**50.002** [1] - 112:16
**510** [1] - 1:16
**523-5178** [2] - 2:5, 164:12
**59** [4] - 95:9, 95:10,

95:11, 95:15
**5:30** [1] - 85:9
**5th** [6] - 161:2, 161:4, 161:9, 161:12, 162:14, 162:16

## 6

**6** [3] - 46:12, 162:9, 162:12
**62** [1] - 112:7
**6:07** [1] - 120:17
**6th** [2] - 162:5, 162:17

## 7

**7** [2] - 40:10, 95:15
**7/02/2020** [1] - 34:17
**70** [1] - 47:8
**71.002** [5] - 136:17, 136:18, 145:14, 145:18, 147:24
**71.02** [2] - 144:25, 145:11
**74.001** [1] - 100:5
**74.018** [2] - 100:4, 100:23
**74.020** [2] - 100:12, 100:13
**75** [1] - 37:10

## 8

**8** [8] - 1:19, 15:23, 33:13, 44:12, 53:1, 73:17, 74:1
**80** [1] - 1:19
**800** [1] - 13:4
**81** [1] - 37:11
**81.005** [2] - 22:11, 23:25
**88** [2] - 54:3, 54:4
**8:00** [1] - 82:12
**8:30** [1] - 82:13

## 9

**9** [1] - 1:5
**90** [1] - 2:13
**99** [1] - 64:24
**9:30** [1] - 161:8
**9:41** [1] - 1:6
**9:52** [1] - 119:14

## A

**a.m** [3] - 1:6, 118:14, 118:15
**Aaron** [3] - 10:22,

23:3, 23:6
**abbreviations** [1] - 43:13
**ability** [2] - 21:15, 41:22
**able** [13] - 5:16, 28:23, 49:19, 51:14, 52:2, 53:6, 77:1, 88:5, 88:19, 88:22, 89:15, 102:6
**above-entitled** [1] - 164:5
**abrupt** [3] - 4:7, 156:16, 156:21
**absolute** [1] - 75:18
**absolutely** [13] - 11:6, 38:22, 61:18, 61:21, 61:24, 62:24, 75:25, 77:5, 79:15, 133:24, 139:16
**accept** [1] - 114:22
**access** [3] - 113:12, 113:19, 114:16
**accident** [3] - 91:5, 102:3, 151:20
**accidents** [1] - 40:24
**account** [2] - 107:9, 114:9
**accurate** [35] - 4:15, 12:11, 12:12, 13:19, 14:20, 22:2, 22:3, 23:19, 23:21, 24:4, 31:10, 34:6, 36:8, 36:9, 36:21, 42:24, 43:23, 44:2, 44:10, 44:13, 44:18, 45:16, 45:19, 48:5, 48:6, 49:10, 50:4, 54:25, 55:21, 58:10, 64:24, 65:3, 112:9, 164:4
**aching** [3] - 44:9, 54:24, 73:5
**act** [1] - 40:7
**action** [2] - 46:16, 47:9
**active** [1] - 107:23
**actively** [1] - 77:23
**activities** [6] - 39:13, 65:9, 65:10, 65:11, 74:5, 108:2
**activity** [6] - 9:24, 107:21, 107:23, 109:16, 117:5
**actual** [2] - 39:1, 150:4
**add** [4] - 32:12, 50:14, 93:15, 94:7
**added** [7] - 32:10, 32:17, 32:23, 51:1, 51:15, 65:2

**addicted** [1] - 8:24
**addiction** [1] - 52:1
**addictive** [1] - 96:11
**adding** [2] - 50:13, 92:20
**additional** [2] - 112:24, 114:1
**address** [1] - 114:11
**adjacent** [1] - 135:2
**admitted** [1] - 7:1
**adults** [2] - 66:15, 66:16
**advice** [6] - 98:24, 98:25, 99:4, 99:13, 99:14, 99:15
**affect** [6] - 39:6, 39:7, 52:14, 86:3, 86:9, 98:16
**affected** [6] - 76:21, 76:23, 77:18, 78:4, 82:5, 86:12
**affecting** [3] - 37:13, 42:20, 54:18
**afraid** [1] - 52:1
**afternoon** [10] - 90:14, 92:8, 120:18, 123:22, 150:16, 153:20, 161:10, 161:12, 162:14, 162:16
**afterwards** [2] - 16:7, 24:23
**age** [2] - 92:3, 112:7
**agent** [2] - 111:12, 111:21
**ages** [1] - 74:25
**ago** [10] - 57:10, 62:4, 62:6, 67:20, 67:23, 74:25, 87:17, 102:16, 108:11, 110:6
**agree** [3] - 95:19, 114:15, 117:5
**ahead** [23] - 17:2, 35:16, 54:8, 60:25, 101:1, 112:21, 116:25, 122:20, 122:21, 123:3, 123:7, 123:21, 123:22, 124:7, 125:20, 126:17, 126:19, 126:25, 127:13, 135:6, 136:18, 137:12, 155:6
**Aid** [2] - 46:23, 47:5
**Aleve** [1] - 55:6
**Alexa** [1] - 65:24
**allow** [1] - 84:25
**allowed** [2] - 28:7, 49:18
**allows** [1] - 41:22

**almost** [7] - 4:22, 11:18, 16:15, 25:8, 28:2, 103:21
**alone** [2] - 28:11, 154:3
**America** [8] - 101:8, 103:24, 104:4, 106:4, 106:7, 129:8, 129:16
**America's** [1] - 108:6
**American** [1] - 81:8
**amount** [1] - 111:25
**anchor** [1] - 130:17
**angle** [5] - 27:5, 27:14, 123:8, 123:11, 123:12
**angles** [2] - 63:3, 63:11
**angry** [1] - 97:7
**answer** [17] - 54:4, 95:15, 98:5, 99:10, 136:2, 144:15, 144:16, 147:13, 148:10, 149:21, 157:8, 157:16, 157:18, 158:13, 158:15, 159:4, 159:17
**answered** [6] - 100:16, 102:7, 158:1, 158:24, 159:14, 159:20
**answering** [3] - 100:6, 101:2, 159:19
**answers** [1] - 102:12
**anterior** [2] - 13:13, 44:6
**anticipated** [1] - 155:13
**anxiety** [1] - 90:2
**anxious** [1] - 90:2
**anyway** [4] - 22:2, 46:12, 63:17, 159:14
**apart** [1] - 57:13
**apologize** [3] - 58:17, 62:6, 97:3
**APPEARANCES** [1] - 1:13
**appearances** [1] - 3:4
**applicable** [1] - 112:22
**apply** [1] - 112:24
**appointment** [24] - 10:13, 10:15, 11:22, 11:23, 18:23, 28:6, 37:19, 37:22, 38:2, 38:10, 42:3, 42:14, 46:18, 46:19, 48:22, 53:6, 58:25, 59:1, 60:4, 60:5, 86:24, 86:25, 87:4, 87:6

**approaching** [4] - 156:8, 156:12, 156:13, 156:19
**appropriate** [2] - 12:6, 127:15
**approved** [1] - 24:12
**April** [1] - 39:16
**arbitrarily** [1] - 68:5
**arca** [1] - 13:13
**area** [14] - 16:16, 44:5, 75:23, 134:11, 134:18, 135:1, 135:3, 135:4, 135:17, 135:20, 136:7, 138:10, 145:16, 160:11
**areas** [1] - 75:21
**argumentative** [2] - 41:9, 59:12
**arm** [65] - 8:4, 13:11, 26:1, 26:3, 26:6, 26:8, 27:2, 27:4, 27:5, 27:12, 27:18, 27:23, 32:18, 32:25, 33:24, 36:3, 36:19, 40:5, 44:8, 50:19, 50:22, 50:23, 61:13, 61:14, 61:20, 61:22, 62:24, 62:25, 72:25, 73:6, 74:13, 74:15, 74:16, 74:17, 74:21, 74:22, 75:1, 75:3, 75:5, 75:6, 75:12, 75:14, 76:1, 76:8, 77:20, 77:21, 77:25, 79:3, 79:4, 79:5, 80:11, 80:12, 80:13, 91:8, 91:17, 122:16, 124:4, 125:9, 147:3, 149:8, 149:12, 149:15, 149:18, 149:24
**armpit** [1] - 27:18
**arms** [2] - 63:10, 75:9
**arrangements** [1] - 30:9
**arrived** [2] - 130:12, 153:23
**arthritis** [1] - 95:13
**arthroscopic** [3] - 14:10, 25:14, 61:7
**ascribed** [1] - 106:21
**ashore** [5] - 118:12, 119:14, 122:12, 150:16, 155:16
**asleep** [1] - 83:6
**assessment** [2] - 42:18, 54:12
**assistant** [3] - 14:3, 60:9, 60:13

**assistants** [1] - 13:25
**associate** [1] - 98:10
**associated** [3] - 91:5, 98:4, 98:11
**assume** [2] - 68:22, 154:14
**assuming** [1] - 157:21
**at-sea** [1] - 9:19
**attached** [3] - 27:25, 29:13, 32:19
**attaching** [1] - 76:4
**attention** [4] - 66:10, 115:9, 131:23, 132:16
**attorney** [5] - 12:3, 116:10, 116:12, 163:7
**attorneys** [1] - 87:23
**audio** [1] - 121:2
**audiotape** [1] - 121:10
**August** [8] - 19:22, 22:8, 22:10, 23:18, 23:19, 56:11, 56:14, 56:17
**automatically** [1] - 152:18
**Avenue** [3] - 1:16, 2:3, 164:11
**average** [1] - 102:5
**averaging** [1] - 103:9
**avoiding** [1] - 59:14
**awake** [3] - 82:16, 85:4, 148:13

## B

**babies** [1] - 66:6
**baby** [4] - 66:1, 66:4, 66:6
**backs** [12] - 134:8, 140:20, 140:25, 141:1, 142:24, 143:1, 147:8, 147:11, 147:12, 147:15, 147:17, 147:21
**backward** [1] - 61:23
**bad** [9] - 5:8, 33:17, 33:19, 49:2, 55:24, 87:2, 96:23, 97:17, 98:20
**bag** [1] - 123:15
**bags** [1] - 119:20, 120:5
**Bahamas** [2] - 1:7, 3:3
**ball** [6] - 47:15, 47:16, 49:15, 50:23, 50:24, 51:17
**ball-and-socket** [2] -

49:15, 51:17
**band** [3] - 32:17, 32:19, 50:17
**Band** [2] - 46:23, 47:5
**Band-Aid** [2] - 46:23, 47:5
**bandage** [1] - 30:4
**banded** [1] - 50:22
**bands** [3] - 17:10, 32:17, 50:14
**bar** [1] - 151:17
**Barcelona** [2] - 9:22, 9:23
**base** [1] - 76:3
**based** [4] - 102:9, 131:19, 160:1, 160:3
**basis** [8] - 13:10, 17:19, 17:21, 29:15, 29:17, 99:8, 99:11, 106:19
**basket** [1] - 78:19
**bathing** [1] - 82:1
**battery** [1] - 75:22
**bear** [1] - 140:11
**Beatles** [1] - 68:22
**became** [1] - 32:17
**bed** [1] - 30:10
**bedroom** [1] - 82:12
**Beetles** [1] - 68:23
**BEFORE** [1] - 1:11
**beforehand** [1] - 33:24
**began** [3] - 93:16, 130:11, 158:19
**begin** [3] - 5:13, 48:23, 99:20
**beginning** [10] - 17:8, 24:25, 26:12, 38:12, 50:23, 58:22, 60:1, 77:14, 95:10, 142:7
**behalf** [5] - 3:7, 3:9, 3:12, 3:14, 3:15
**behind** [16] - 16:15, 69:24, 78:1, 124:8, 125:21, 138:8, 142:25, 143:3, 143:5, 143:6, 143:9, 143:12, 144:18, 144:20, 155:20, 155:23
**bench** [39] - 128:11, 128:15, 134:17, 134:18, 134:20, 134:21, 135:13, 135:20, 136:5, 137:3, 137:4, 137:14, 137:20, 139:20, 140:5, 141:4, 141:15, 141:16, 141:17,

141:20, 142:7, 142:16, 142:20, 142:25, 143:3, 143:7, 143:8, 143:12, 143:14, 143:18, 143:20, 143:25, 144:20, 145:1, 145:8, 146:13, 146:18
**benches** [8] - 134:14, 134:15, 134:16, 134:17, 140:24, 143:9, 143:16, 147:19
**benefit** [1] - 43:2
**benefits** [1] - 155:14
**BERMAN** [4] - 1:21, 3:15, 64:8, 64:12
**Berman** [2] - 3:15, 161:19
**beside** [1] - 75:8
**best** [8] - 7:23, 17:1, 17:13, 38:15, 41:18, 44:12, 47:9, 55:3
**better** [8] - 22:14, 22:15, 27:6, 27:20, 53:3, 53:7, 72:25, 151:7
**between** [30] - 11:22, 15:9, 15:23, 19:1, 27:14, 30:23, 30:25, 31:1, 38:14, 63:11, 68:4, 69:11, 75:13, 83:5, 84:16, 92:10, 93:2, 93:13, 94:8, 102:19, 102:20, 104:3, 109:23, 111:20, 111:21, 137:21, 139:7, 142:6, 142:15, 142:20
**beware** [1] - 157:22
**biceps** [1] - 43:15
**bickering** [1] - 79:1
**big** [4] - 52:17, 95:25, 126:5, 150:23
**bike** [2] - 32:19, 50:22
**bilaterally** [1] - 36:16
**bill** [3] - 151:7, 152:18, 153:2
**binding** [4] - 112:25, 113:1, 113:13, 115:10
**birthday** [1] - 91:2
**bit** [22] - 15:25, 22:19, 33:25, 57:3, 65:8, 71:19, 73:1, 79:1, 81:20, 104:13, 110:5, 110:6, 116:16, 121:24, 122:7, 123:3, 126:15, 138:13, 141:7, 150:15,

153:17, 162:21
**bleed** [1] - 162:17
**block** [3] - 25:22, 25:24, 26:3
**blocks** [1] - 25:25
**blouses** [1] - 81:14
**board** [13] - 95:11, 108:5, 114:2, 116:22, 117:8, 117:20, 119:17, 120:8, 120:21, 123:17, 124:14, 134:23
**boarded** [2] - 116:24, 117:13
**boards** [1] - 124:22
**boat** [47] - 12:25, 65:6, 65:10, 105:4, 110:1, 126:6, 127:16, 127:22, 131:13, 131:16, 132:8, 136:7, 137:6, 139:3, 139:4, 139:22, 141:17, 143:21, 144:18, 145:12, 146:24, 147:25, 148:15, 148:17, 150:7, 150:9, 150:11, 154:1, 154:3, 154:6, 154:8, 154:9, 154:13, 156:2, 156:3, 156:5, 156:8, 156:16, 156:17, 156:20, 156:22, 157:12, 158:9, 158:18, 158:22
**boats** [6] - 105:1, 131:15, 132:8, 146:3, 146:17, 153:25
**body** [6] - 8:3, 23:5, 27:14, 27:24, 123:5, 124:4
**bold** [1] - 113:2
**bone** [1] - 97:23
**bones** [1] - 98:4
**book** [4] - 111:7, 111:11, 111:12, 111:24
**booked** [3] - 111:22, 120:15, 128:20
**booking** [4] - 106:13, 111:10, 112:24, 113:10
**born** [4] - 81:6, 90:21, 90:24, 92:15
**bother** [4] - 79:3, 79:6, 86:5, 113:15
**bothers** [1] - 80:11
**bottom** [6] - 6:14, 21:12, 55:9, 112:15, 113:18, 137:3
**bought** [6] - 40:3, 81:4, 118:20, 118:21,

119:25, 120:4
**box** [1] - 115:12
**brace** [2] - 149:10, 149:24
**brain** [2] - 26:1, 82:14
**break** [5] - 20:1, 63:17, 63:19, 64:22, 99:24
**breakfast** [4] - 79:18, 134:3, 134:4, 134:7
**breath** [3] - 5:15, 5:16, 5:22
**Brett** [1] - 3:15
**BRETT** [1] - 1:21
**Brick** [3] - 48:9, 48:11, 48:12
**Brickell** [1] - 1:16
**Brielle** [1] - 13:7
**bring** [5] - 6:9, 12:9, 12:20, 63:13, 119:21
**bringing** [1] - 20:5
**brochure** [1] - 112:23
**brother** [1] - 89:10
**brought** [6] - 18:6, 18:13, 18:21, 41:7, 41:12, 95:21
**brushing** [2] - 81:22, 81:24
**buckled** [1] - 74:25
**Buerano** [4] - 4:23, 4:24, 5:1, 132:17
**building** [1] - 50:6
**bump** [1] - 28:12
**bunch** [2] - 99:18, 109:7
**bus** [2] - 10:1, 150:23
**business** [1] - 1:7
**butt** [1] - 145:5
**button** [3] - 114:14, 114:19, 114:22
**buttoning** [1] - 78:12
**buy** [2] - 81:3, 81:4
**BY** [34] - 2:1, 3:24, 7:7, 8:12, 9:17, 18:5, 20:4, 22:17, 35:2, 35:20, 41:11, 44:24, 52:11, 54:7, 55:16, 58:8, 58:16, 59:22, 64:21, 68:17, 73:24, 90:13, 97:4, 105:17, 107:22, 110:23, 121:19, 123:10, 127:2, 133:15, 134:25, 137:11, 146:11, 158:7
**bypass** [1] - 71:20

# C

**cabin** [7] - 120:5, 129:1, 129:16, 130:12, 130:14, 130:20
**calculation** [2] - 4:14, 94:2
**calculations** [3] - 92:13, 92:19, 94:1
**calendar** [3] - 161:7, 162:2, 162:19
**calm** [3] - 4:8, 16:5, 82:19
**calms** [1] - 82:14
**Canal** [2] - 101:12, 108:21
**cancel** [1] - 37:20
**cancelled** [8] - 38:2, 38:3, 38:11, 39:3, 58:25, 59:1, 60:4, 60:5
**cancelling** [1] - 11:23
**cancer** [2] - 98:10, 98:14
**Cannes** [10] - 69:17, 69:18, 69:19, 70:1, 120:22, 128:17, 130:12, 130:18, 131:2, 151:1
**cannot** [2] - 76:5, 76:6
**Captain** [1] - 161:21
**car** [3] - 40:24, 74:24, 76:24
**carbon** [1] - 75:22
**card** [5] - 107:9, 107:10, 109:13, 114:8, 117:5
**Care** [2] - 49:6, 49:7
**care** [5] - 65:12, 65:13, 65:15, 88:22, 89:3
**career** [1] - 88:5
**Caribbean** [2] - 101:17, 101:19
**Carnival** [7] - 101:14, 101:16, 101:19, 103:4, 129:3, 129:7, 129:15
**carry** [5] - 5:19, 5:22, 74:13, 74:16, 74:20
**carrying** [3] - 68:8, 74:11, 74:20
**CASE** [1] - 1:2
**case** [11] - 3:2, 8:19, 22:23, 76:13, 76:14, 76:16, 105:11, 106:23, 114:25,

161:10, 161:17
**cash** [2] - 153:8, 153:10
**casino** - 119:1, 151:15
**category** [2] - 74:6, 74:7
**Cayman** [4] - 108:25, 109:7, 109:10, 109:18
**CCTV** [1] - 125:8
**CD** [2] - 18:13, 18:15
**cells** [2] - 46:16, 46:22
**center** [7] - 25:7, 137:4, 137:5, 137:6, 137:7, 139:4, 141:17
**Center** [1] - 48:8
**certain** [8] - 32:9, 51:21, 51:23, 94:19, 111:24, 115:9, 133:24, 134:1
**certainly** [4] - 99:19, 104:25, 128:22, 161:22
**certificate** [1] - 75:16
**certify** [1] - 164:3
**chair** [6] - 22:13, 60:11, 60:13, 60:19, 61:9, 84:22
**chalkboard** [1] - 40:1
**change** [7] - 26:6, 32:21, 37:12, 88:6, 116:16, 156:16, 156:21
**changed** [2] - 39:1, 39:4
**changing** [4] - 32:20, 159:24, 160:3, 160:6
**channel** [1] - 129:19
**chaos** [2] - 124:18, 125:17
**Chapter** [1] - 40:10
**characterizes** [1] - 43:18
**charge** [3] - 152:18, 152:22, 153:1
**charged** [2] - 151:14, 151:17
**charges** [1] - 151:12
**check** [2] - 114:16, 114:19
**check-in** [2] - 114:16, 114:19
**checked** [2] - 24:1, 24:2
**Chern** [38] - 10:18, 10:24, 11:14, 11:15, 11:17, 11:19, 11:20, 12:14, 14:5, 14:16, 14:22, 14:24, 15:7,

16:11, 18:11, 18:14, 18:16, 19:2, 23:7, 24:24, 26:14, 28:7, 34:7, 34:15, 34:16, 35:4, 35:17, 36:25, 37:19, 39:7, 41:6, 42:3, 46:1, 49:18, 56:18, 72:5, 72:9, 72:13
**Chern's** [2] - 12:23, 42:8
**child** [1] - 81:13
**children** [3] - 66:22, 79:1, 83:1
**chose** [1] - 125:9
**chosen** [1] - 115:14
**Christmas** [1] - 18:8
**cigarette** [2] - 96:1, 98:14
**cigarettes** [2] - 21:24, 94:9
**circled** [2] - 109:17, 136:25
**circles** [4] - 16:24, 17:4, 17:5, 50:13
**circumstances** [1] - 128:2
**Civitavecchia** [2] - 115:18
**clarify** [2] - 90:17, 140:20
**classes** [3] - 39:3, 39:17, 39:19
**classify** [1] - 74:5
**clean** [1] - 38:1
**clear** [6] - 24:8, 26:12, 61:19, 64:4, 64:5, 142:23
**clearance** [2] - 19:8, 19:10
**cleared** [1] - 21:9
**clears** [1] - 21:7
**click** [4] - 113:12, 113:19, 114:14, 114:19
**clicking** [1] - 113:6
**clinical** [2] - 42:18, 54:12
**clocked** [1] - 120:17
**close** [2] - 137:7, 139:11
**closed** [1] - 19:6
**closer** [2] - 139:3
**closest** [3] - 139:11, 141:23, 143:20
**closet** [1] - 78:23
**closing** [1] - 89:22
**clothes** [4] - 78:14, 78:16, 78:19, 78:22
**clothing** [1] - 14:7

**cold** [5] - 16:2, 16:7, 37:12, 37:18, 51:2
**colleague** [2] - 40:3, 49:21
**college** [1] - 89:13
**collide** [2] - 157:13, 158:10
**column** [1] - 112:3
**combing** [1] - 81:22
**comfortable** [1] - 82:18
**coming** [8] - 74:19, 95:4, 95:7, 122:23, 124:20, 125:21, 126:5, 126:14
**Commission** [1] - 39:17
**common** [2] - 127:15, 127:21
**communication** [1] - 149:4
**companies** [1] - 110:10
**company** [3] - 105:3, 106:18, 110:12
**company's** [1] - 105:4
**compare** [8] - 4:17, 4:20, 6:10, 55:23, 56:1, 56:16, 56:20
**complete** [2] - 114:1, 114:16, 114:19
**completely** [2] - 35:10, 35:14
**computer** [1] - 40:3
**concentrator** [1] - 5:22
**concept** [1] - 130:3
**concerned** [1] - 90:2
**concluded** [1] - 163:13
**condition** [4] - 5:7, 43:5, 43:25, 95:14
**conditions** [12] - 4:4, 4:7, 94:19, 112:19, 112:24, 113:6, 113:20, 114:15, 114:22, 115:3, 116:11, 116:12
**conferences** [1] - 162:19
**Confident** [1] - 12:9
**configuration** [3] - 145:12, 145:17, 146:18
**confirmation** [4] - 111:4, 111:25, 113:10, 113:25
**confused** [1] - 29:9
**connection** [1] -

91:11
**constantly** [1] - 96:20
**Cont** [1] - 2:12
**contact** [2] - 149:12, 149:22
**contacted** [1] - 12:10
**contains** [1] - 115:10
**context** [1] - 124:13
**continually** [1] - 80:18
**continue** [5] - 82:7, 84:14, 88:21, 94:1, 98:22
**continued** [3] - 9:8, 49:1, 130:16
**CONTINUED** [1] - 3:23
**continuously** [2] - 131:2, 141:6
**contract** [4] - 113:13, 114:23, 115:9, 115:10
**contrary** [1] - 108:10
**control** [2] - 26:2, 75:6
**conversation** [1] - 60:20
**conversations** [1] - 116:9
**cook** [9] - 39:20, 39:21, 79:11, 79:13, 79:14, 79:16, 79:19, 86:17, 86:21
**cooked** [1] - 79:18
**cooking** [6] - 39:21, 65:14, 79:10, 86:16, 86:19, 86:20
**cooks** [2] - 79:21, 86:17
**cool** [2] - 65:18, 82:23
**coordination** [1] - 80:13
**copy** [5] - 20:1, 64:17, 111:3, 111:25
**Corniche** [1] - 151:22
**correct** [273] - 4:12, 10:19, 10:25, 11:3, 14:11, 16:8, 17:23, 19:13, 21:8, 21:10, 22:20, 22:22, 22:25, 23:1, 23:6, 23:9, 23:23, 24:14, 31:4, 31:21, 31:22, 33:5, 33:6, 33:11, 33:14, 34:10, 34:24, 35:5, 37:1, 37:4, 37:24, 38:6, 41:23, 42:1, 43:1, 43:4, 45:22,

5

49:8, 49:11, 49:24, 53:20, 59:10, 60:24, 62:2, 63:12, 64:14, 64:15, 65:7, 69:22, 71:4, 71:11, 71:18, 72:12, 72:15, 72:17, 73:13, 76:2, 76:11, 76:12, 76:20, 90:19, 90:20, 90:23, 91:3, 91:4, 91:7, 91:10, 91:21, 91:22, 91:23, 92:7, 92:9, 92:11, 92:12, 92:18, 92:21, 92:22, 92:25, 93:1, 93:3, 93:4, 93:8, 93:11, 93:14, 93:17, 94:9, 94:18, 95:20, 96:1, 96:2, 97:16, 98:21, 98:22, 101:9, 101:10, 101:12, 101:13, 101:15, 101:18, 101:21, 101:24, 101:25, 102:4, 102:7, 102:8, 102:12, 103:8, 104:10, 105:1, 106:7, 106:8, 108:23, 109:2, 109:3, 109:12, 109:14, 109:15, 109:19, 109:20, 112:1, 112:8, 112:16, 112:17, 113:7, 113:15, 113:23, 114:4, 114:6, 114:7, 114:10, 114:13, 114:18, 114:21, 114:23, 114:24, 114:25, 115:4, 115:5, 115:15, 115:16, 115:19, 115:20, 115:23, 115:25, 116:1, 116:4, 116:5, 116:6, 116:8, 116:21, 118:8, 118:10, 118:12, 118:13, 118:16, 118:25, 119:5, 119:8, 119:9, 119:10, 119:16, 120:16, 120:18, 120:19, 120:20, 120:23, 122:6, 122:17, 124:5, 124:6, 124:9, 124:16, 124:18, 124:19, 125:2, 125:11, 125:19, 126:2, 126:4, 127:11, 127:17, 127:20, 128:23, 129:1, 129:2, 129:5, 129:14, 129:18, 129:20, 129:21,

129:24, 130:1, 130:5, 130:9, 130:13, 130:15, 131:7, 131:9, 131:11, 131:17, 131:21, 131:22, 132:4, 132:6, 133:7, 133:9, 133:10, 133:22, 135:16, 135:19, 135:21, 136:22, 136:23, 136:25, 137:1, 137:23, 138:17, 138:21, 138:23, 139:1, 139:5, 139:13, 139:21, 139:24, 140:15, 140:16, 141:10, 141:19, 142:22, 143:11, 143:17, 143:19, 143:24, 144:9, 144:12, 145:10, 146:2, 147:2, 147:5, 147:16, 147:18, 147:22, 148:2, 149:9, 149:11, 149:14, 149:17, 149:19, 150:4, 150:17, 150:18, 150:20, 151:13, 151:16, 151:19, 151:24, 152:25, 153:3, 153:6, 153:18, 154:7, 154:12, 154:15, 155:8, 155:11, 155:17, 155:19, 155:21, 155:23, 158:1, 159:3, 159:15, 163:8
   **Correct** [1] - 102:1
   **correctly** [2] - 121:12, 133:19
   **cortisone** [2] - 14:24, 45:5
   **COUNSEL** [1] - 1:21
   **Counsel** [1] - 106:9
   **counsel** [7] - 3:4, 12:9, 64:5, 107:15, 158:2, 160:10, 163:2
   **counseled** [1] - 97:10
   **counseling** [1] - 88:13
   **counselled** [1] - 97:8
   **counsels** [1] - 24:22
   **count** [4] - 31:8, 55:20, 103:6, 104:3
   **counted** [2] - 31:8, 50:2
   **counting** [2] - 124:25, 143:13

**couple** [5] - 4:3, 8:17, 21:6, 49:21, 100:1
   **course** [8] - 19:6, 27:19, 39:21, 47:19, 71:24, 84:19, 95:22, 163:6
   **courses** [1] - 46:16
   **COURT** [53] - 1:1, 3:17, 3:21, 6:25, 7:2, 7:6, 8:9, 17:24, 18:4, 19:25, 22:15, 41:10, 52:10, 53:8, 53:12, 53:14, 54:6, 59:15, 59:19, 63:16, 63:24, 64:3, 64:5, 64:10, 64:18, 73:20, 73:23, 90:10, 97:1, 105:14, 106:9, 106:12, 106:24, 107:15, 107:19, 110:21, 134:22, 137:10, 158:5, 160:10, 160:15, 160:17, 160:22, 161:7, 161:24, 162:5, 162:12, 162:14, 162:18, 162:24, 163:4, 163:10, 163:12
   **Court** [11] - 2:2, 2:3, 16:25, 18:6, 27:12, 158:17, 159:16, 160:4, 163:1, 164:10, 164:11
   **court** [7] - 59:16, 87:23, 95:4, 95:7, 98:2, 154:10, 159:21
   **courtroom** [3] - 5:5, 5:6, 64:11
   **COURTROOM** [1] - 3:2
   **Cove** [1] - 89:20
   **cover** [6] - 130:7, 135:5, 135:6, 135:9, 135:13
   **COVID** [2] - 38:24, 39:8
   **cradle** [11] - 27:2, 28:9, 28:18, 28:22, 28:23, 29:5, 29:7, 29:10, 29:11, 29:13, 30:3
   **crash** [41] - 4:2, 4:5, 11:4, 11:6, 11:19, 12:17, 15:17, 19:14, 23:7, 24:20, 26:16, 35:10, 35:13, 60:23, 64:24, 65:6, 65:10, 65:11, 65:12, 67:17, 67:19, 67:23, 68:1,

68:5, 68:8, 68:12, 68:25, 69:4, 69:21, 70:4, 70:5, 70:6, 71:13, 75:14, 79:14, 80:3, 83:16, 84:3, 89:23, 126:10, 149:20
   **crashed** [5] - 4:18, 4:25, 5:1, 146:24
   **crashes** [2] - 40:24, 131:14
   **crashing** [2] - 147:25
   **crawled** [2] - 32:18, 50:21
   **crawling** [1] - 65:17
   **crazy** [2] - 89:9, 131:12
   **created** [2] - 106:17, 107:1
   **credit** [2] - 114:8, 151:12
   **crew** [1] - 121:1, 124:23, 124:25, 125:24, 131:16
   **criminal** [1] - 63:18
   **CROSS** [1] - 90:12
   **Cross** [1] - 2:9
   **cross** [2] - 57:18, 90:10
   **CROSS-EXAMINATION** [1] - 90:12
   **cross-examined** [1] - 57:18
   **crossing** [1] - 4:14
   **crowd** [1] - 126:5
   **CRUISE** [2] - 1:7, 1:22
   **Cruise** [7] - 109:25, 110:7, 110:8, 112:23, 120:22, 150:19, 152:17
   **cruise** [59] - 4:6, 7:9, 9:8, 9:14, 10:4, 12:24, 13:1, 13:3, 26:20, 59:9, 68:7, 68:14, 68:24, 69:15, 85:12, 95:12, 99:17, 99:21, 101:5, 101:12, 101:17, 101:22, 102:2, 102:21, 102:22, 103:4, 103:5, 103:7, 103:9, 103:19, 104:11, 105:4, 106:13, 106:22, 107:7, 108:13, 111:3, 111:7, 111:11, 111:12, 114:12, 114:23, 116:2, 116:7, 116:13, 116:16, 117:6, 117:13, 118:7,

119:7, 128:20, 129:4, 131:21, 151:8, 152:17, 155:11, 155:14, 156:12, 156:13
   **cruises** [25] - 99:18, 99:22, 100:1, 100:2, 100:25, 102:6, 102:11, 102:17, 102:25, 103:1, 103:12, 103:13, 104:3, 104:8, 104:15, 104:20, 104:23, 104:24, 104:25, 117:13, 118:23, 129:6, 131:20
   **cruising** [3] - 99:20, 99:25, 127:14
   **crystal** [1] - 61:19
   **cuff** [8] - 25:1, 35:23, 43:15, 43:19, 46:2, 55:18, 90:19, 90:25
   **culture** [1] - 81:11
   **current** [2] - 21:21, 21:22
   **cursor** [1] - 126:17
   **curtailed** [2] - 77:6, 77:7
   **cushion** [8] - 136:9, 136:10, 136:12, 137:3, 137:16, 137:17, 138:20, 149:13
   **cushions** [1] - 136:15
   **customs** [1] - 114:5
   **cutout** [2] - 69:24, 69:25
   **cycle** [1] - 5:15

## D

   **dad** [2] - 20:24, 52:19
   **daily** [1] - 13:9
   **damage** [2] - 150:6, 150:9
   **dancing** [3] - 65:25, 66:3, 66:5
   **DARRIN** [1] - 1:11
   **DATE** [1] - 164:10
   **date** [16] - 7:11, 12:11, 18:2, 18:25, 22:2, 22:3, 22:5, 24:5, 26:17, 44:22, 45:10, 58:6, 105:20, 105:21, 105:24, 106:1
   **Date** [1] - 6:13
   **dates** [1] - 17:20
   **daughter** [4] - 29:23,

76:8, 89:12, 89:21
**days** [17] - 6:24, 33:17, 49:1, 49:2, 49:3, 49:4, 49:12, 49:17, 55:3, 57:10, 62:4, 62:6, 79:16, 101:20, 122:13
**deal** [1] - 52:13
**death** [1] - 47:22
**December** [19] - 10:14, 11:17, 11:21, 12:20, 15:9, 15:10, 16:11, 18:1, 18:3, 18:7, 19:4, 20:18, 37:17, 66:18, 161:1, 161:4, 161:8, 161:9, 162:12
**decided** [1] - 10:14
**deck** [3] - 117:20, 118:1, 131:17
**deckhands** [1] - 132:8
**decline** [2] - 44:1, 54:22
**defendant** [1] - 1:9
**DEFENDANT** [1] - 1:18
**defense** [4] - 12:9, 41:7, 64:5, 64:17
**degrees** [2] - 27:13, 37:11
**deltoid** [2] - 13:12, 13:13
**demonstrative** [1] - 20:1
**denies** [1] - 13:15
**deny** [2] - 131:1, 131:3
**depicted** [4] - 144:25, 145:9, 145:13, 159:17
**deposition** [10] - 94:22, 95:1, 95:9, 117:22, 154:17, 155:2, 156:24, 157:4, 157:7, 161:18
**depression** [1] - 89:7
**deprivation** [3] - 86:2, 86:8
**DEPUTY** [1] - 3:2
**derive** [1] - 77:9
**describe** [4] - 15:12, 16:10, 16:12, 134:15
**described** [2] - 61:16, 124:14
**describes** [1] - 54:21
**describing** [4] - 134:19, 134:20, 138:24, 146:18
**desire** [3] - 52:14,

52:15
**desk** [1] - 153:4
**detector** [5] - 75:21, 75:22, 75:25, 76:2, 76:4
**deteriorates** [1] - 97:22
**detrimental** [2] - 95:22, 96:9
**device** [2] - 63:2, 63:11
**diagnosed** [3] - 94:19, 95:13, 95:15
**DIAZ** [2] - 2:2, 164:10
**Diaz** [1] - 164:9
**dice** [2] - 98:15, 98:18
**die** [3] - 5:17, 52:22, 96:15
**died** [1] - 98:14
**difference** [4] - 75:12, 75:13, 93:12, 109:23
**differences** [1] - 88:14
**different** [17] - 33:16, 70:3, 70:4, 77:24, 110:5, 120:3, 123:8, 123:11, 123:12, 133:2, 133:4, 133:6, 134:13, 158:18, 159:17, 160:11
**differently** [2] - 57:3, 159:20
**difficult** [3] - 89:18, 89:19, 89:20
**diminish** [1] - 56:10
**diminished** [1] - 56:15
**dinner** [9] - 79:18, 79:19, 79:20, 79:21, 118:23, 119:1, 119:2, 119:3
**dinners** [1] - 65:14
**direct** [3] - 115:2, 157:3, 161:20
**DIRECT** [1] - 3:23
**Direct** [1] - 2:9
**direction** [3] - 137:9, 138:12, 143:5
**directly** [5] - 33:21, 111:14, 138:6, 138:8, 139:6
**directs** [1] - 115:8
**discharged** [1] - 34:7, 41:5, 41:15, 84:17
**discipline** [1] - 66:9
**disclosed** [1] -

105:10
**discomfort** [1] - 91:18
**discussed** [1] - 96:24
**diseases** [1] - 96:17
**disembarkation** [2] - 121:16, 121:21
**disembarking** [1] - 123:23
**dish** [2] - 80:22, 81:1
**dishes** [3] - 80:17, 81:2, 81:10
**dishwasher** [2] - 80:16, 80:17
**dispute** [8] - 100:21, 117:15, 117:17, 117:25, 121:4, 152:9, 152:10, 152:11
**disputing** [2] - 118:2, 121:10
**distance** [4] - 75:8, 142:6, 142:8, 145:4
**distances** [1] - 48:23
**distinction** [1] - 119:23
**distress** [1] - 33:25
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [2] - 2:3, 164:11
**disturb** [1] - 30:21
**dive** [1] - 90:16
**diverted** [1] - 66:10
**DIVISION** [1] - 1:2
**divorce** [4] - 67:16, 87:15, 87:16, 87:19
**divorced** [1] - 87:16
**dock** [3] - 4:6, 131:14, 150:14
**docket** [1] - 71:8
**docking** [3] - 146:24, 147:25, 149:23
**docks** [2] - 109:10, 126:3
**doctor** [14] - 7:18, 8:5, 11:2, 11:22, 13:22, 13:24, 24:22, 51:25, 59:9, 65:1, 65:2, 95:11, 95:12
**doctor's** [5] - 37:5, 48:13, 98:24, 99:7, 99:13
**doctors** [9] - 41:14, 41:17, 65:6, 87:1, 96:19, 96:22, 97:8, 98:8, 99:3
**doctors'** [1] - 41:3
**document** [10] - 27:8, 106:17, 106:18,

106:19, 112:1, 112:11, 112:12, 113:6, 113:9, 151:4
**documents** [5] - 110:18, 110:19, 111:6, 114:12, 116:12
**dog** [4] - 75:1, 75:4, 75:5, 75:7
**Dolores** [2] - 3:11, 59:3
**done** [9] - 18:20, 31:12, 46:23, 48:10, 57:25, 61:10, 128:8, 156:5, 159:12
**dough** [2] - 81:2, 81:10
**down** [46] - 8:4, 16:5, 16:13, 16:16, 16:23, 18:25, 24:15, 26:6, 26:8, 39:2, 44:8, 44:15, 61:9, 64:1, 66:8, 67:19, 73:5, 75:2, 75:3, 75:18, 82:14, 82:19, 83:23, 84:6, 84:11, 85:14, 85:19, 91:12, 91:17, 94:16, 107:23, 118:24, 128:3, 136:19, 148:22, 149:1, 155:3, 155:4, 157:14, 157:24, 158:11, 158:18, 158:23, 160:15
**downwards** [1] - 156:21
**dozens** [1] - 156:6
**Dr** [90] - 10:15, 10:17, 10:22, 10:24, 11:14, 11:15, 11:17, 11:19, 11:20, 11:24, 12:8, 12:14, 12:23, 14:5, 14:16, 14:22, 14:24, 15:7, 16:11, 18:11, 18:14, 18:16, 19:2, 19:11, 19:12, 19:14, 19:16, 19:19, 19:22, 20:7, 21:5, 21:7, 21:9, 21:20, 22:5, 22:8, 22:10, 23:3, 23:7, 24:8, 24:9, 24:11, 24:12, 24:24, 26:14, 28:7, 34:7, 34:15, 34:16, 35:4, 35:17, 36:25, 37:19, 39:7, 41:6, 42:3, 42:8, 46:1, 49:18, 56:18, 57:7, 57:10, 57:16, 57:18, 57:19, 58:6, 58:9, 58:11, 58:13, 58:19, 60:14, 61:15,

61:20, 61:22, 62:1, 62:3, 62:8, 62:9, 62:12, 62:15, 62:18, 62:20, 62:22, 63:13, 72:5, 72:9, 72:13
**drawn** [1] - 88:5
**Dream** [3] - 101:16, 104:5, 104:18
**dress** [1] - 78:23
**dressed** [1] - 81:14
**drew** [1] - 135:23
**drive** [11] - 31:16, 31:17, 31:20, 31:21, 48:23, 48:24, 48:25, 49:18, 49:19, 77:19, 77:22
**driven** [2] - 77:15, 132:17
**driver** [7] - 131:16, 132:23, 143:10, 143:12, 143:13, 146:12, 146:13
**driving** [8] - 40:9, 77:13, 77:15, 77:16, 77:23, 131:23, 132:12
**drop** [2] - 81:1
**drove** [2] - 49:23, 77:25
**dryer** [5] - 75:2, 78:14, 78:16, 78:17, 78:18
**during** [17] - 10:6, 15:13, 24:18, 30:11, 38:21, 40:12, 50:14, 53:4, 70:4, 86:3, 86:4, 86:5, 89:7, 91:24, 115:13, 130:20, 163:2

## E

**e-mailed** [1] - 64:17
**ear** [1] - 16:15
**early** [4] - 34:2, 34:4, 63:19, 88:4
**ease** [1] - 32:10
**easily** [2] - 36:3, 51:15
**easy** [2] - 17:9, 17:11
**edge** [5] - 128:15, 142:7, 142:15, 149:15
**education** [1] - 89:13
**egress** [1] - 75:24
**eight** [6] - 85:13, 93:12, 93:13, 93:15, 94:12
**either** [11] - 14:16, 30:12, 47:20, 65:6, 87:19, 87:21, 125:16, 128:12, 132:22, 141:7, 156:21

**electricity** [2] - 51:1, 51:2
**elevate** [1] - 36:18
**elevation** [1] - 36:16
**embarkation** [5] - 116:25, 121:16, 122:21, 124:10, 127:1
**embarking** [1] - 123:12
**Emi** [1] - 67:3
**Emiliana** [3] - 67:2, 67:5, 67:8
**Emiliano** [1] - 67:4
**empty** [1] - 144:21
**emptying** [2] - 80:16, 80:17
**enclosed** [3] - 134:24, 135:1
**encounter** [1] - 35:24
**end** [16] - 4:2, 32:23, 37:22, 38:14, 51:11, 52:24, 56:19, 58:22, 66:7, 70:17, 71:7, 86:5, 86:6, 120:24, 141:7
**ended** [2] - 34:5, 34:23
**ending** [1] - 115:19
**ends** [3] - 34:24, 79:1, 141:18
**energy** [1] - 86:3
**enjoy** [2] - 77:8, 132:3
**enjoyment** [4] - 77:6, 77:7, 77:9, 77:11
**entire** [4] - 57:19, 90:7, 146:9, 158:2
**entitled** [3] - 112:3, 112:4, 164:5
**epaulets** [1] - 124:22
**Epic** [14] - 68:24, 99:17, 103:4, 103:6, 103:20, 103:25, 104:6, 104:22, 105:3, 109:22, 110:4, 124:15, 128:25, 129:22
**era** [13] - 70:14, 71:2, 71:7, 71:13, 71:21, 72:2, 72:16, 72:18, 72:21, 74:10, 82:9, 82:10
**eras** [1] - 70:4
**especially** [1] - 52:24
**ESQ** [4] - 1:14, 1:18, 1:18, 1:21
**essentially** [2] - 100:25, 162:22
**estate** [2] - 75:17,

88:4
**Estate** [1] - 39:16
**estimate** [3] - 4:21, 148:3, 154:21
**estimated** [1] - 94:12
**etcetera** [3] - 21:24, 25:20, 35:24
**evaluation** [1] - 42:19
**Evaluation** [1] - 54:15
**event** [10] - 119:9, 120:20, 124:14, 132:18, 133:21, 136:22, 144:13, 145:2, 147:11, 147:20
**eventually** [2] - 32:18, 32:19
**evidence** [7] - 6:10, 31:8, 34:11, 53:12, 65:1, 110:25, 151:5
**exact** [1] - 58:5
**exactly** [4] - 28:13, 103:21, 107:4, 128:10
**exam** [2] - 60:19, 62:22
**examination** [14] - 23:4, 35:25, 36:13, 42:9, 44:15, 55:9, 57:18, 57:19, 58:2, 58:18, 60:9, 61:15, 61:16, 62:7
**EXAMINATION** [2] - 3:23, 90:12
**examine** [3] - 12:1, 14:5, 14:7
**examined** [2] - 14:16, 57:18
**examining** [3] - 60:11, 60:12, 63:13
**example** [9] - 19:23, 26:2, 32:10, 54:8, 74:19, 75:14, 75:16, 86:16, 102:19
**exams** [1] - 57:25
**except** [1] - 139:20
**EXCERPT** [1] - 3:1
**excruciating** [2] - 16:17, 33:9
**excursion** [11] - 118:19, 120:14, 120:15, 150:16, 151:23, 152:3, 152:7, 152:15, 153:16, 155:14
**excursions** [5] - 151:21, 152:1, 152:14, 153:19, 155:12
**excuse** [5] - 15:3,

38:14, 43:22, 45:15, 78:18
**exercise** [2] - 32:23, 51:15
**exercises** [1] - 50:9
**exhausted** [1] - 86:7
**Exhibit** [44] - 6:13, 6:25, 7:5, 7:8, 12:22, 21:4, 21:13, 22:7, 22:11, 23:25, 29:22, 30:1, 35:21, 42:7, 54:1, 54:3, 54:4, 68:16, 68:18, 69:18, 84:22, 100:4, 110:16, 110:25, 112:16, 117:1, 117:4, 121:20, 123:24, 124:11, 127:3, 133:12, 133:16, 136:8, 136:17, 136:18, 144:24, 144:25, 145:14, 147:6, 151:2, 151:3
**exhibit** [9] - 4:24, 12:22, 54:2, 106:9, 119:14, 137:24, 140:15, 145:9, 145:17
**exhibits** [1] - 105:10
**exist** [1] - 135:18
**exit** [1] - 150:11
**exited** [2] - 150:9, 150:14
**exotic** [1] - 131:12
**expected** [2] - 89:11, 89:12
**experience** [4] - 24:21, 51:12, 127:21, 131:19
**experienced** [2] - 126:8
**expert** [1] - 161:21
**explain** [2] - 47:14, 53:4
**explained** [6] - 46:2, 46:4, 46:15, 47:7, 47:13, 47:15
**extend** [1] - 141:17
**extinguisher** [1] - 75:23
**extremely** [3] - 81:12, 86:15, 150:5

**F**

**face** [2] - 133:6, 144:11
**faces** [1] - 133:2
**facing** [2] - 140:7, 140:13, 140:14, 140:25, 142:17,

142:18, 143:1, 150:12, 150:13
**fact** [6] - 20:13, 25:4, 25:8, 68:15, 97:9, 159:18
**Fagenson** [4] - 95:2, 156:25, 157:2, 157:5
**fail** [1] - 90:3
**failed** [3] - 89:23, 89:24, 91:19
**failing** [1] - 89:24
**fair** [5] - 9:2, 39:12, 79:22, 87:25, 156:1
**fairness** [1] - 161:6
**fall** [5] - 83:5, 85:7, 101:8, 102:21, 102:22
**falls** [1] - 40:21
**false** [2] - 155:1, 159:21
**familiar** [2] - 111:9, 142:12
**family** [7] - 65:13, 81:11, 88:20, 88:23, 89:11, 99:21, 99:22
**fanny** [5] - 122:9, 122:12, 122:15, 124:4, 127:10
**far** [3] - 31:16, 125:16, 138:11
**Fascination** [3] - 101:19, 104:5, 104:23
**fast** [2] - 35:19, 150:5
**faster** [1] - 4:21
**fatigue** [5] - 76:10, 86:1, 86:3, 86:9
**favorite** [1] - 81:2
**FCRR** [2] - 2:2, 164:10
**February** [9] - 15:6, 24:25, 95:10, 102:2, 103:15, 129:12, 129:13, 158:15, 159:12
**feet** [11] - 52:18, 52:19, 75:21, 75:22, 75:23, 89:15, 142:9, 142:10, 142:12, 142:13, 142:15
**fell** [2] - 13:1, 14:19
**fellow** [1] - 126:5
**felt** [6] - 17:16, 38:7, 38:9, 53:5, 53:7, 56:2
**few** [6] - 55:2, 66:1, 102:16, 108:10, 110:6, 160:11
**fibrosis** [2] - 5:12, 5:20
**figure** [2] - 92:13, 137:18

**figured** [1] - 37:13
**file** [2] - 87:19, 87:23
**fill** [1] - 114:5
**filled** [3] - 7:9, 7:11, 52:6
**final** [2] - 63:22, 107:11
**finally** [4] - 24:19, 39:16, 90:4, 124:10
**fine** [19] - 11:21, 12:13, 14:4, 19:7, 21:16, 26:24, 27:10, 35:1, 44:25, 45:1, 51:22, 56:8, 60:6, 88:9, 102:24, 116:18, 120:2, 160:21, 162:13
**finish** [7] - 82:3, 89:13, 97:2, 116:2, 123:21, 127:13, 156:18
**fire** [1] - 75:23
**FIRM** [1] - 1:15
**first** [73] - 6:6, 6:16, 7:18, 9:7, 10:1, 12:14, 12:23, 14:23, 15:9, 15:17, 16:22, 17:3, 17:8, 19:2, 22:5, 22:8, 22:10, 24:17, 24:20, 25:14, 25:20, 26:9, 28:16, 28:20, 37:22, 38:7, 38:9, 38:10, 38:23, 42:9, 45:2, 45:3, 45:4, 45:19, 46:16, 46:22, 47:3, 48:16, 48:17, 48:18, 49:21, 53:15, 53:17, 53:25, 56:3, 56:4, 56:6, 56:18, 57:15, 58:11, 60:2, 62:9, 64:10, 65:10, 70:5, 70:23, 71:12, 82:7, 84:13, 84:16, 89:23, 98:2, 98:5, 99:21, 100:4, 100:9, 105:3, 129:1, 129:16, 139:25, 158:4
**fitting** [2] - 81:16, 81:19
**five** [13] - 15:18, 26:18, 49:9, 51:4, 73:2, 74:14, 75:23, 85:11, 104:5, 115:21, 124:25, 125:7
**Five** [1] - 22:1
**five-pound** [1] - 75:23
**fix** [1] - 46:24
**flat** [3] - 135:13, 135:20, 155:15
**flavor** [2] - 86:17,

86:21
**flex** [1] - 61:13
**flip** [1] - 111:19
**flip-flop** [1] - 111:19
**Floor** [2] - 2:4, 164:11
**floor** [5] - 65:17, 65:21, 67:19, 145:5, 145:6
**flop** [1] - 111:19
**FLORIDA** [1] - 1:1
**Florida** [5] - 1:4, 1:16, 1:20, 2:4, 164:12
**fluctuates** [1] - 37:10
**focusing** [1] - 15:17
**folks** [1] - 49:7
**follow** [3] - 99:15, 137:24, 138:4
**followed** [3] - 99:10, 99:14, 119:6
**following** [13] - 18:22, 18:23, 26:16, 71:24, 99:4, 99:7, 101:8, 101:16, 101:19, 103:11, 104:13, 142:2
**font** [1] - 113:2
**foot** [1] - 50:17
**FOR** [3] - 1:14, 1:18, 2:10
**foregoing** [1] - 164:3
**foreshadowing** [1] - 21:9
**forever** [1] - 83:2
**forget** [1] - 18:12
**form** [2] - 8:8, 47:21
**former** [1] - 23:22
**Former** [1] - 24:1
**forth** [4] - 4:10, 17:4, 50:13
**forty** [1] - 87:12
**forward** [16] - 12:14, 22:13, 25:6, 35:18, 36:19, 45:21, 57:4, 59:13, 61:23, 103:6, 140:8, 140:13, 140:14, 142:17, 142:18, 143:1
**Forward** [1] - 36:16
**forward-facing** [2] - 140:13, 140:14
**four** [30] - 8:20, 9:19, 9:20, 13:8, 15:10, 17:22, 19:1, 25:13, 29:19, 31:2, 31:6, 50:2, 61:7, 64:23, 65:3, 65:5, 67:19, 67:23, 82:10, 84:3, 84:7, 103:9, 104:5,

104:11, 120:22, 120:24, 124:25, 132:8
**fourth** [1] - 4:13
**FPR** [2] - 2:2, 164:10
**frame** [1] - 123:12
**France** [2] - 69:19, 128:17
**free** [3] - 35:11, 49:3, 161:10
**frequency** [6] - 15:12, 31:5, 73:7, 73:11, 84:9
**frequent** [1] - 84:11
**Friday** [1] - 69:4
**front** [16] - 123:5, 124:4, 137:7, 140:2, 140:3, 140:13, 140:14, 140:24, 140:25, 144:4, 144:17, 144:18, 147:7, 150:12, 150:13, 153:4
**frozen** [1] - 45:4
**full** [12] - 29:14, 35:14, 102:20, 139:22, 139:23, 140:2, 154:6, 154:13, 158:6, 162:22
**full-time** [1] - 29:14
**function** [6] - 5:13, 42:21, 43:3, 44:1, 54:18, 54:22
**future** [5] - 74:10, 83:3, 83:4, 88:17, 88:18

**G**

**gained** [1] - 69:8
**gangway** [2] - 109:16, 117:5
**gap** [1] - 142:15
**gate** [1] - 124:20
**GAYLES** [1] - 1:11
**geared** [1] - 130:11
**gears** [2] - 65:8, 116:16
**general** [2] - 20:6, 103:15
**generally** [4] - 17:21, 101:6, 101:7, 102:18
**generates** [1] - 5:7
**gentleman** [1] - 125:13
**Georgetown** [5] - 108:25, 109:4, 109:6, 109:8, 109:18
**giant** [1] - 95:25
**given** [2] - 51:18, 157:21

**glare** [2] - 105:21, 108:17
**Glenn** [1] - 66:14
**gliding** [1] - 77:23
**Glory** [3] - 101:14, 104:5, 104:14
**goal** [1] - 17:12
**goals** [1] - 55:14
**gold** [1] - 151:22
**goniometer** [2] - 63:2, 63:5
**Goodman** [1] - 3:8
**GOODMAN** [19] - 1:15, 3:8, 7:1, 7:4, 9:15, 19:24, 34:17, 34:20, 34:22, 34:24, 44:23, 53:17, 53:20, 54:3, 58:7, 58:12, 58:15, 64:15, 68:16
**goodness** [1] - 160:13
**grab** [1] - 73:22
**grabbed** [1] - 128:11
**grades** [1] - 13:14
**gradually** [1] - 32:1
**graduate** [1] - 89:6
**Grand** [1] - 109:10
**grandchildren** [9] - 10:5, 65:15, 66:20, 66:21, 76:21, 76:24, 77:3, 82:23, 120:1
**grandkids** [4] - 67:19, 77:10, 77:12, 88:23
**grandkids'** [1] - 66:24
**grandma** [1] - 82:24
**great** [4] - 53:3, 53:5, 79:22, 162:23
**Green** [3] - 10:22, 23:3, 23:6
**green** [1] - 10:24
**Gregory** [1] - 19:12
**grouchy** [1] - 86:11
**ground** [1] - 80:5
**group** [1] - 23:8
**growing** [1] - 89:6
**guarded** [1] - 77:21
**guess** [14] - 9:12, 15:25, 17:13, 25:25, 36:13, 46:25, 54:22, 70:11, 84:3, 96:4, 97:19, 113:1, 136:20, 152:8
**guessing** [1] - 81:8
**guesstimate** [1] - 154:22
**guest** [6] - 111:3, 111:25, 112:3, 112:4, 112:25, 113:13

**guests** [2] - 126:6, 127:4
**guide** [3] - 48:24, 49:19, 155:6
**guys** [1] - 153:4

**H**

**hair** [1] - 81:22
**half** [20] - 27:21, 51:7, 51:10, 62:11, 62:13, 62:14, 85:5, 92:10, 92:16, 93:5, 94:8, 161:6, 161:11, 161:19, 161:22, 161:25, 162:1, 162:2, 162:3
**half-moon** [1] - 27:21
**Halloween** [1] - 37:11
**hammer** [4] - 80:4, 80:5, 80:6, 80:8
**hand** [29] - 6:22, 7:15, 7:16, 7:17, 7:21, 7:22, 7:24, 8:4, 13:2, 14:19, 16:13, 16:16, 16:23, 17:3, 30:4, 30:5, 48:24, 48:25, 77:25, 81:23, 81:25, 82:2, 83:11, 91:12, 94:17, 122:15, 125:14, 131:17, 148:17
**handed** [2] - 6:23, 80:14
**handhold** [2] - 128:14, 128:15
**hands** [3] - 50:21, 123:5, 127:10
**handwriting** [5] - 6:10, 6:19, 6:22, 7:14, 7:15
**hang** [2] - 78:22, 78:23
**happiness** [2] - 86:9, 86:10
**happy** [5] - 11:24, 12:5, 48:3, 69:6, 69:7
**hard** [1] - 160:17
**harder** [1] - 27:3
**Harestad** [1] - 161:21
**harms** [1] - 96:6
**hat** [5] - 65:23, 65:25, 66:4, 66:7
**Hawaii** [3] - 101:9, 107:12, 108:6
**head** [5] - 66:4, 66:8, 75:15, 81:18, 89:8

**heal** [1] - 46:7
**heals** [1] - 27:6
**health** [8] - 5:8, 95:23, 96:9, 96:23, 97:17, 98:11, 98:19, 98:20
**hear** [2] - 8:9, 58:4
**heard** [5] - 35:3, 57:21, 57:24, 58:2, 75:11
**hearing** [3] - 98:2, 98:6, 161:9
**hearts** [1] - 77:5
**heavy** [1] - 39:22
**height** [6] - 144:25, 145:1, 145:3, 145:4, 145:5
**held** [4] - 27:4, 154:8, 154:9, 155:15
**help** [19] - 13:5, 13:6, 13:9, 13:10, 25:3, 25:5, 39:20, 39:21, 51:3, 81:20, 82:25, 83:1, 83:2, 88:20, 89:7, 95:16, 132:10
**helping** [1] - 26:5
**hereby** [1] - 164:3
**herself** [2] - 74:25
**HEYWARD** [1] - 1:14
**Hickey** [4] - 3:6, 53:8, 63:16, 93:23
**HICKEY** [62] - 1:14, 1:15, 2:12, 3:6, 3:18, 3:22, 3:24, 7:7, 8:11, 8:12, 9:16, 9:17, 18:2, 18:5, 20:3, 20:4, 22:17, 34:18, 34:21, 34:23, 35:1, 35:2, 35:16, 35:20, 41:11, 44:24, 52:11, 53:10, 53:13, 53:15, 53:19, 53:21, 54:4, 54:7, 55:8, 55:16, 58:5, 58:8, 58:13, 58:16, 59:13, 59:21, 59:22, 63:22, 64:13, 64:16, 64:21, 68:17, 73:24, 90:9, 105:9, 106:16, 110:18, 133:13, 158:2, 160:24, 161:1, 162:7, 162:9, 162:13, 162:15, 162:23
**high** [2] - 52:8, 89:6
**higher** [4] - 145:21, 147:12, 147:15
**highlight** [2] - 21:14, 112:21
**highlighted** [1] - 107:7
**highlights** [1] - 151:1

**Highlights** [1] - 10:2
**History** [1] - 54:9
**history** [9] - 23:24, 36:2, 42:10, 42:17, 42:16, 43:12, 60:21, 61:1
**hit** [3] - 12:25, 37:16, 148:23
**Hold** [1] - 97:1
**hold** [15] - 19:24, 47:1, 60:22, 75:4, 75:25, 80:20, 80:22, 127:22, 127:24, 127:25, 128:5, 128:6, 128:8, 128:9, 128:10
**holding** [6] - 27:15, 50:18, 65:25, 66:7, 127:10, 128:4
**holes** [1] - 14:12
**holiday** [2] - 65:14, 79:20
**holidays** [2] - 19:6, 37:15
**Holland** [3] - 129:8, 129:9, 129:16
**home** [24] - 9:20, 9:22, 10:8, 10:9, 10:10, 10:12, 13:7, 26:5, 26:20, 28:7, 30:6, 31:17, 39:3, 39:20, 49:7, 49:12, 49:14, 49:15, 49:17, 51:5, 53:22, 66:10, 87:6, 114:11
**Home** [2] - 49:6
**homes** [1] - 142:12
**Hommen** [13] - 57:7, 57:18, 57:19, 58:6, 58:9, 58:19, 60:14, 61:15, 61:20, 61:22, 62:12, 62:18, 63:13
**Hommen's** [1] - 62:15
**honest** [1] - 157:20
**honestly** [2] - 14:2, 52:22
**honeycomb** [1] - 5:13
**Honor** [12] - 3:6, 3:8, 3:20, 20:3, 53:15, 53:24, 59:11, 64:2, 90:9, 105:13, 106:11, 162:23
**HONORABLE** [1] - 1:11
**hook** [1] - 40:3
**hope** [1] - 71:19
**horizontal** [1] - 149:16
**horrible** [1] - 60:15

**hospital** [2] - 48:8, 48:10
**hot** [3] - 15:23, 16:4, 32:20
**hotel** [1] - 152:23
**hour** [12] - 32:1, 51:7, 51:10, 62:11, 62:13, 62:14, 62:21, 85:5, 161:15, 161:18
**hours** [14] - 26:9, 38:25, 39:4, 83:7, 83:18, 85:10, 85:11, 85:12, 85:13, 161:18, 161:19, 161:20
**HOUSE** [1] - 1:21
**house** [9] - 28:21, 29:18, 31:16, 48:18, 48:19, 65:16, 89:8, 89:21
**household** [1] - 39:23
**housekeepers** [1] - 152:24
**houses** [1] - 89:9
**housework** [1] - 65:13
**Hs** [1] - 52:19
**human** [3] - 90:6, 90:7
**hundred** [5] - 44:16, 44:17, 61:19, 154:14, 154:16
**hundreds** [1] - 156:6
**hurt** [5] - 51:14, 80:9, 91:8, 125:9, 150:4
**hurting** [2] - 91:8, 98:4
**husband** [38] - 4:9, 5:7, 5:12, 9:8, 26:5, 30:21, 39:20, 74:19, 78:12, 78:25, 79:21, 79:22, 82:17, 82:25, 86:12, 87:9, 87:13, 88:20, 88:23, 106:6, 108:21, 119:2, 122:5, 123:1, 123:17, 124:8, 125:12, 125:13, 125:16, 138:14, 138:16, 140:4, 140:6, 141:24, 143:23, 146:7, 148:8, 152:4
**husband's** [3] - 107:21, 107:23, 112:6
**HX** [1] - 43:12
**hyperventilates** [1] - 5:14
**hyperventilating** [1] - 5:16

## I

**idea** [6] - 117:21, 126:13, 132:17, 148:9, 153:21, 159:12
**identification** [1] - 110:19
**illness** [2] - 42:16, 54:10
**imagine** [1] - 56:11, 91:25, 100:19, 101:7, 117:12, 119:20, 119:22
**imagined** [1] - 119:23
**immediate** [4] - 13:3, 86:22, 125:1, 139:19
**immediately** [5] - 22:4, 26:11, 48:20, 59:3, 71:24
**immigration** [1] - 114:5
**impact** [1] - 150:4
**impairment** [4] - 42:19, 42:24, 54:15, 54:16
**impairments** [1] - 72:19
**impeach** [1] - 106:14
**impeachment** [3] - 105:12, 106:20, 107:2
**imply** [1] - 97:19
**important** [8] - 77:3, 81:11, 81:12, 87:9, 87:10, 88:22, 88:24, 89:2
**IN** [1] - 1:21
**IN-HOUSE** [1] - 1:21
**inches** [2] - 142:10, 148:11
**incident** [8] - 6:13, 64:13, 95:11, 157:11, 157:15, 157:25, 158:8, 158:12
**include** [1] - 93:20
**including** [5] - 9:20, 62:13, 77:16, 112:25, 113:1
**incorrect** [1] - 154:24
**increase** [1] - 32:14
**increased** [1] - 37:9
**increases** [1] - 96:16
**increasing** [1] - 32:15
**indented** [1] - 141:7
**independent** [5] - 44:4, 89:3, 89:5, 89:16, 89:18
**indicate** [1] - 133:19

**indicated** [2] - 23:24, 63:16
**indicating** [1] - 107:11
**infirmary** [2] - 6:7, 6:23
**information** [5] - 114:6, 114:8, 114:11, 116:11, 155:9
**initial** [2] - 72:22, 121:16
**injection** [1] - 9:5
**injunction** [1] - 161:9
**injured** [6] - 28:10, 40:21, 40:25, 149:20, 149:22, 149:23
**injuries** [1] - 10:11
**injury** [4] - 22:20, 82:5, 90:4, 125:17
**inside** [4] - 135:10, 135:11, 135:12, 150:6
**insidious** [1] - 43:6
**insisted** [1] - 52:5
**inspection** [1] - 75:19
**instance** [1] - 111:22
**instead** [1] - 47:17
**instruct** [1] - 163:1
**instructions** [2] - 99:4, 99:7
**intention** [1] - 11:23
**intentionally** [3] - 154:18, 154:19, 155:1
**interact** [3] - 65:20, 131:25, 132:2
**interaction** [5] - 132:7, 132:10, 132:11, 132:20, 132:22
**interested** [1] - 21:23
**interferes** [1] - 86:10
**interim** [1] - 102:20
**intermediate** [1] - 115:21
**intermittent** [1] - 93:21, 94:6, 94:10
**intermittently** [2] - 98:23, 99:6
**international** [1] - 116:7
**interrogatories** [4] - 100:10, 100:15, 100:24, 102:7
**interrogatory** [1] - 102:12
**interrupt** [1] - 22:12
**interrupted** [4] - 83:22, 84:5, 85:18, 85:21
**interruption** [2] -

86:2, 86:8
**interval** [5] - 102:11, 102:13, 104:8, 104:9, 130:21
**introduced** [1] - 130:2
**invoke** [1] - 163:4
**involved** [1] - 12:10
**iPad** [1] - 40:3
**irrelevant** [1] - 59:12
**Isis** [1] - 3:10
**Island** [1] - 109:18
**Islands** [2] - 108:25, 109:7
**issue** [3] - 81:20, 82:7, 128:11
**Italian** [1] - 81:2, 81:8, 89:11
**Italy** [1] - 118:10
**itineraries** [1] - 107:6
**itinerary** [1] - 112:16
**IV's** [1] - 30:5

## J

**Jack** [1] - 3:6
**jacket** [1] - 122:3
**jammed** [3] - 13:2, 14:20, 149:18
**January** [15] - 37:17, 37:22, 37:23, 38:12, 39:9, 39:10, 68:1, 68:4, 101:14, 101:16, 101:19, 104:14, 104:17, 104:22, 164:9
**Jersey** [2] - 37:9, 39:2, 48:12, 52:3
**job** [2] - 80:2, 89:14
**JOHN** [1] - 1:14
**John** [4] - 66:25, 67:2, 67:6, 67:7
**Joint** [13] - 7:5, 7:8, 12:22, 21:4, 42:7, 54:1, 54:3, 110:25, 117:4, 121:20, 123:24, 133:16, 147:6
**joint** [5] - 23:25, 29:22, 35:21, 45:5, 124:11
**jolted** [2] - 13:1, 14:19
**Jomar** [3] - 132:17, 132:22, 133:8
**Jomar's** [1] - 133:6
**JP** [1] - 67:2
**Judge** [7] - 41:9, 52:9, 54:5, 64:13, 105:9, 161:6, 161:13
**JUDGE** [1] - 1:12
**July** [12] - 31:2, 34:6,

34:12, 34:13, 34:19, 34:25, 72:4, 72:14, 72:23, 90:22, 90:24
**June** [17] - 23:10, 23:13, 23:21, 48:4, 49:5, 49:25, 53:23, 53:24, 53:25, 54:1, 55:20, 55:25, 56:5, 71:15, 71:16, 71:24, 72:11
**JURY** [1] - 1:11

## K

**keep** [5] - 17:12, 17:17, 76:8, 85:3, 89:8
**keeping** [2] - 72:25, 119:13
**Kelly** [5] - 66:14, 66:18, 66:22, 67:10, 67:13
**Kenneth** [1] - 10:18
**kept** [3] - 32:15, 32:20, 119:11
**kids** [3] - 66:11, 66:19, 66:21
**kill** [1] - 96:14
**kills** [3] - 96:3, 96:7, 96:13
**kind** [13] - 6:11, 15:24, 27:4, 37:17, 50:9, 50:23, 70:14, 72:2, 72:16, 75:7, 94:2, 119:6, 125:13
**king** [1] - 77:12
**kitchen** [1] - 75:24
**knee** [6] - 10:20, 10:23, 10:24, 22:20, 22:21, 23:2
**knowledge** [1] - 133:10
**known** [1] - 128:13
**knows** [1] - 28:10
**Kona** [4] - 107:6, 107:11, 107:12, 108:6

## L

**lack** [6] - 27:20, 52:15, 83:9, 86:11, 99:11, 151:7
**ladder** [1] - 76:1
**lady** [1] - 157:4
**laid** [1] - 30:14
**language** [1] - 115:10
**larger** [1] - 142:4
**last** [38] - 4:21, 8:20, 13:23, 25:2, 26:2,

34:14, 34:16, 34:18, 35:3, 35:16, 51:6, 57:6, 57:25, 62:10, 62:12, 64:23, 65:2, 65:5, 67:13, 72:3, 72:4, 72:9, 72:13, 72:21, 74:10, 76:18, 82:10, 100:12, 101:1, 112:25, 139:25, 140:1, 140:2, 152:15, 158:16, 158:20, 158:22, 158:23
**late** [2] - 153:17, 155:5
**lateral** [2] - 13:12, 44:6
**laundry** [1] - 39:23
**LAW** [1] - 1:15
**Law** [3] - 10:15, 11:2, 11:24
**Law's** [1] - 12:8
**lawyer** [4] - 12:10, 41:7, 100:7, 159:11
**lay** [1] - 85:23
**layout** [1] - 146:4
**lead** [1] - 55:17
**leading** [1] - 52:9
**learn** [3] - 52:17, 52:18, 74:25
**least** [2] - 71:19, 75:18
**leave** [6] - 64:8, 64:10, 64:11, 69:14, 78:7, 155:16
**leaves** [1] - 28:11
**leaving** [5] - 120:12, 122:19, 123:23, 155:23, 158:3
**left** [36] - 4:2, 7:15, 7:16, 7:17, 16:23, 22:21, 23:2, 30:4, 30:5, 30:14, 48:24, 49:19, 60:12, 61:11, 61:23, 74:13, 74:15, 74:17, 74:21, 75:5, 75:6, 77:23, 80:12, 80:13, 81:23, 81:25, 82:2, 130:23, 138:13, 138:16, 139:8, 142:17, 143:21, 150:14, 155:20, 160:11
**leg** [3] - 50:18, 140:4, 146:8
**legal** [1] - 115:10
**legally** [3] - 112:25, 113:1, 113:13
**legs** [3] - 128:12, 138:15, 140:4
**length** [1] - 146:10

**less** [19] - 11:13, 14:20, 15:12, 18:17, 19:1, 19:3, 31:23, 44:17, 56:5, 56:6, 56:22, 72:20, 72:23, 74:6, 74:7, 84:2, 84:19, 86:4, 103:13
**level** [6] - 32:9, 44:1, 54:21, 74:3, 74:4, 86:3
**levels** [3] - 42:20, 54:18, 54:19
**levers** [1] - 63:10
**liability** [1] - 161:21
**lied** [2] - 158:25
**life** [10] - 20:10, 20:14, 38:15, 52:18, 77:9, 77:11, 79:2, 88:18, 104:25, 105:4
**lifeboat** [5] - 109:21, 109:22, 110:1, 110:4, 110:8
**lifeboats** [3] - 110:9, 110:12, 110:13
**lift** [9] - 36:3, 36:18, 40:5, 50:18, 61:20, 61:22, 62:24, 75:12, 76:14
**lifting** [3] - 39:22, 75:14, 79:10
**liftoff** [1] - 36:15
**light** [2] - 17:9, 95:16
**lightest** [2] - 17:10, 50:15
**likely** [3] - 29:23, 79:8, 117:16
**limber** [1] - 17:13
**limitations** [5] - 48:15, 70:9, 71:5, 71:21, 72:19
**Limited** [1] - 3:3
**LINE** [2] - 1:8, 1:22
**Line** [6] - 109:25, 110:7, 110:8, 112:23, 150:19, 152:17
**line** [9] - 59:9, 95:10, 95:15, 101:23, 135:23, 153:24, 155:11, 155:14, 157:7
**Line's** [1] - 120:22
**lines** [3] - 129:4, 131:21, 152:18
**link** [4] - 112:23, 113:4, 113:12, 113:19
**Lisa** [1] - 3:8
**LISA** [1] - 1:15
**list** [2] - 8:15, 100:25
**listed** [2] - 101:22, 102:11
**litigation** [1] - 12:10

**live** [3] - 37:9, 67:10, 88:7
**lived** [2] - 37:15, 67:13
**living** [3] - 44:4, 82:17, 82:19
**Livorno** [2] - 118:9, 118:15
**localized** [1] - 13:11
**log** [1] - 116:25
**look** [13] - 10:5, 34:9, 35:16, 54:8, 68:23, 69:6, 69:8, 69:25, 103:17, 110:16, 131:25, 144:10, 145:25
**looked** [4] - 26:8, 113:16, 113:17, 113:18
**looking** [19] - 7:8, 21:3, 21:4, 22:7, 42:7, 73:17, 84:22, 103:16, 113:8, 117:3, 117:4, 121:21, 133:16, 136:18, 136:20, 138:18, 139:19, 147:6, 151:2
**looks** [2] - 42:8, 117:8
**loose** [1] - 81:16
**loose-fitting** [1] - 81:16
**lose** [1] - 53:3
**losing** [1] - 89:9
**loss** [1] - 94:16
**lost** [1] - 90:4
**loud** [2] - 161:14, 161:21
**low** [1] - 55:4
**lower** [4] - 27:16, 53:1, 145:7, 145:8
**lowest** [1] - 32:17
**LTD** [1] - 1:7
**luggage** [1] - 68:8
**lunch** [7] - 63:19, 64:22, 79:19, 117:19, 118:1, 119:17, 120:8
**Lunch** [1] - 64:20
**lung** [2] - 98:10, 98:14
**lungs** [2] - 5:13

## M

**ma'am** [54] - 42:12, 64:1, 72:7, 83:21, 87:11, 91:15, 93:25, 94:15, 95:9, 95:22, 97:20, 99:7, 99:16, 100:3, 100:6, 100:20,

102:5, 102:14, 102:24, 103:3, 103:16, 105:5, 108:2, 113:9, 113:17, 116:19, 120:25, 121:22, 122:4, 124:13, 125:25, 127:5, 127:25, 134:5, 136:2, 140:10, 140:23, 142:19, 144:21, 144:22, 148:24, 150:6, 150:13, 153:13, 154:11, 154:25, 155:13, 156:10, 157:23, 158:21, 159:18, 159:25, 160:9, 160:15
**maiden** [1] - 88:6
**mailed** [1] - 64:17
**main** [2] - 12:25, 17:12
**majority** [1] - 77:11
**Mallorca** [3] - 9:21, 9:23, 10:1
**maneuver** [1] - 81:20
**March** [39] - 15:8, 17:22, 18:18, 20:23, 24:17, 24:20, 25:15, 28:14, 28:16, 30:23, 30:25, 31:1, 34:13, 36:25, 38:4, 38:5, 38:8, 38:23, 39:10, 40:16, 42:3, 42:5, 44:7, 45:10, 45:11, 45:12, 46:9, 56:4, 56:19, 70:6, 70:14, 70:18, 70:20, 70:22, 70:23, 71:1, 71:2, 71:12
**mark** [3] - 110:18, 137:10, 137:12
**marked** [3] - 6:12, 110:24, 151:4
**marking** [1] - 136:19
**married** [1] - 87:11
**marshals** [1] - 64:6
**Martinez** [2] - 3:11, 59:3
**massage** [1] - 32:24
**math** [1] - 104:11
**matter** [2] - 63:18, 164:5
**Matthew** [2] - 3:14, 121:24
**MATTHEW** [1] - 1:18
**maximize** [1] - 43:2
**MCALPIN** [1] - 1:18, 2:13, 3:12, 8:8, 8:10, 41:9, 52:9, 59:11,

59:17, 64:2, 64:4, 64:7, 90:11, 90:13, 97:4, 105:12, 105:15, 105:17, 106:11, 106:13, 107:4, 107:18, 107:22, 110:16, 110:22, 110:23, 121:19, 123:7, 123:10, 126:23, 126:25, 127:2, 133:14, 133:15, 134:25, 137:11, 146:9, 146:11, 158:7, 160:13, 160:19, 160:25, 161:5, 161:13, 162:1, 162:8, 162:11, 162:16, 162:25, 163:8, 163:11
**McAlpin** [4] - 3:12, 41:7, 41:12, 90:14
**mean** [28] - 16:25, 25:18, 25:19, 25:24, 31:15, 33:8, 36:5, 36:18, 39:9, 39:10, 39:14, 59:6, 59:25, 73:10, 76:19, 78:9, 79:6, 79:16, 83:3, 84:2, 107:16, 117:12, 119:20, 127:18, 128:7, 135:9, 141:9, 141:22
**meaning** [3] - 44:16, 157:13, 158:10
**means** [4] - 42:11, 43:12, 80:18, 128:7
**measured** [1] - 63:6
**measurement** [1] - 62:25
**measures** [2] - 63:3, 63:11
**medical** [13] - 5:7, 7:20, 14:2, 19:10, 42:10, 42:11, 43:12, 60:9, 60:13, 60:21, 61:1, 95:12
**Medical** [1] - 48:8
**medication** [7] - 8:5, 8:7, 8:14, 9:3, 9:4, 13:6, 51:16
**medications** [3] - 8:19, 8:20, 52:15
**medium** [4] - 32:17, 43:14, 43:19, 50:15
**Meli** [19] - 19:11, 19:12, 19:14, 19:16, 19:19, 19:22, 20:7, 21:5, 21:7, 21:9, 21:20, 22:5, 22:8, 22:10, 24:8, 24:9,

24:11, 24:12
**MELI** [1] - 19:12
**members** [5] - 121:1, 124:23, 124:25, 125:24, 131:16
**memory** [1] - 102:9
**men** [4] - 122:12, 124:22, 125:3, 132:1
**mentally** [2] - 52:2, 128:13
**mention** [1] - 131:13
**mentioned** [1] - 26:15
**Meridian** [2] - 49:6
**messed** [1] - 58:17
**Mexico** [1] - 101:14
**MIAMI** [1] - 1:2
**Miami** [7] - 1:4, 1:16, 1:20, 2:3, 2:4, 164:11, 164:12
**midday** [1] - 116:22
**middle** [10] - 30:18, 87:5, 137:13, 138:15, 141:5, 141:6, 141:14, 146:5, 146:21, 162:25
**midship** [1] - 141:14
**midway** [1] - 84:16
**might** [1] - 53:15
**milligrams** [1] - 13:4
**millisecond** [1] - 78:10
**mimic** [1] - 66:6
**mimom** [1] - 65:18
**mind** [2] - 9:1, 133:25
**minimum** [1] - 75:20
**minute** [8] - 17:6, 36:1, 61:25, 69:14, 86:15, 126:24, 126:25, 129:13
**minutes** [9] - 17:6, 22:1, 31:25, 62:19, 66:1, 77:19, 102:16, 110:6, 160:11
**miscommunicated** [1] - 59:9
**miscommunication** [3] - 59:7, 59:8, 60:2
**missed** [4] - 59:15, 59:17, 142:18, 158:23
**misspoke** [2] - 121:7, 133:12
**mistake** [1] - 103:13
**mistaken** [2] - 154:16, 154:20
**mistakes** [1] - 154:20
**misunderstood** [1] - 160:8
**Mobic** [2] - 11:10,

13:9
**modalities** [1] - 55:13
**moments** [1] - 125:22
**Monday** [1] - 161:8
**money** [2] - 113:16, 151:14
**monoxide** [1] - 75:22
**month** [7] - 29:1, 29:3, 45:7, 48:15, 48:17, 84:8, 93:19
**months** [23] - 11:18, 11:19, 12:24, 15:10, 15:19, 17:22, 18:19, 19:1, 23:14, 23:16, 23:17, 26:16, 26:17, 26:18, 31:2, 31:6, 37:2, 50:2, 71:16, 103:10, 103:14, 103:22, 104:12
**moon** [1] - 27:21
**morning** [23] - 3:6, 3:8, 3:12, 3:15, 3:25, 34:2, 34:4, 121:16, 121:21, 122:18, 130:23, 130:24, 132:14, 132:16, 134:3, 134:4, 146:3, 146:4, 146:5, 146:14, 161:2, 161:10, 162:22
**most** [4] - 29:23, 79:8, 98:10, 117:16
**mother** [5] - 20:23, 81:12, 89:4, 89:5, 89:13
**mother's** [1] - 52:17
**motion** [5] - 42:20, 42:24, 54:15, 55:9, 75:2
**motions** [1] - 79:2
**motor** [1] - 40:24
**Motrin** [1] - 13:5
**mouse** [2] - 82:14, 82:20
**move** [10] - 5:4, 22:13, 25:6, 61:13, 83:9, 87:3, 108:17, 122:21, 160:9, 161:3
**moved** [4] - 30:19, 61:6, 62:24, 67:13
**movement** [6] - 26:2, 41:18, 41:21, 72:25, 156:9, 156:16
**movements** [2] - 17:15, 62:22
**moving** [4] - 12:14, 17:18, 127:16, 127:22
**MR** [118] - 2:12, 2:13, 3:6, 3:12, 3:14, 3:15,

3:18, 3:22, 3:24, 7:7, 8:8, 8:10, 8:11, 8:12, 9:16, 9:17, 18:2, 18:5, 20:3, 20:4, 22:17, 34:18, 34:21, 34:23, 35:1, 35:2, 35:16, 35:20, 41:9, 41:11, 44:24, 52:9, 52:11, 53:10, 53:13, 53:15, 53:19, 53:21, 54:4, 54:7, 55:8, 55:16, 58:5, 58:8, 58:13, 58:16, 59:11, 59:13, 59:17, 59:21, 59:22, 63:22, 64:2, 64:4, 64:7, 64:8, 64:12, 64:13, 64:16, 64:21, 68:17, 73:24, 90:9, 90:11, 90:13, 97:4, 105:9, 105:12, 105:15, 105:17, 106:11, 106:13, 106:16, 107:4, 107:18, 107:22, 110:16, 110:18, 110:22, 110:23, 121:17, 121:19, 123:7, 123:9, 123:10, 126:21, 126:23, 126:24, 126:25, 127:2, 133:13, 133:14, 133:15, 134:25, 137:11, 146:9, 146:11, 158:2, 158:7, 160:13, 160:19, 160:24, 160:25, 161:1, 161:5, 161:13, 162:1, 162:7, 162:8, 162:9, 162:11, 162:13, 162:15, 162:16, 162:23, 162:25, 163:8, 163:11
**MRI** [15] - 14:25, 17:11, 17:25, 18:3, 18:6, 18:8, 18:9, 44:20, 44:21, 44:22, 44:25, 45:22, 46:1, 46:19, 55:10
**MS** [18] - 3:8, 7:1, 7:4, 9:15, 19:24, 34:17, 34:20, 34:22, 34:24, 44:23, 53:17, 53:20, 54:3, 58:7, 58:12, 58:15, 64:15, 68:16
**multipage** [1] - 112:12
**municipality** [2] - 75:18, 75:20
**muscle** [1] - 35:23

**muscles** [2] - 32:24, 51:3
**must** [6] - 28:8, 28:9, 35:25, 44:25, 52:8, 106:22

## N

**name** [17] - 10:18, 33:2, 60:16, 63:5, 88:1, 88:3, 88:6, 90:14, 98:13, 105:18, 108:21, 109:17, 112:3, 112:6
**names** [3] - 60:15, 66:13, 66:24
**Naples** [3] - 9:22, 9:23, 152:3
**narcotic** [5] - 8:7, 8:19, 51:16, 52:13, 52:15
**narcotics** [2] - 8:15, 8:22
**Nature** [1] - 44:9
**nature** [1] - 54:24
**NCL** [5] - 1:7, 3:3, 3:13, 3:16, 101:11
**NCL.com** [1] - 112:23
**near** [1] - 139:8
**nearly** [3] - 139:22, 154:6, 154:13
**necessarily** [1] - 103:1
**necessary** [3] - 5:21, 40:6, 59:20
**neck** [3] - 16:15, 51:2, 78:7
**necklace** [2] - 78:6, 78:12
**need** [12] - 52:4, 75:9, 81:19, 81:20, 82:19, 82:21, 89:20, 89:21, 91:5, 160:12, 161:6, 162:6
**needed** [3] - 26:23, 41:16, 161:24
**needs** [2] - 82:25, 140:4, 158:2
**negative** [2] - 13:4, 36:15, 98:11
**never** [11] - 65:21, 87:16, 87:24, 95:21, 98:4, 98:13, 106:15, 109:25, 110:7, 110:8, 155:16
**New** [4] - 37:9, 39:2, 48:12, 52:3
**next** [30] - 6:24, 9:12, 18:20, 26:5, 28:6,

29:1, 29:19, 35:25,
37:10, 44:21, 47:6,
55:8, 55:11, 55:15,
101:11, 101:14,
101:23, 107:6, 107:8,
108:13, 117:2, 118:9,
118:14, 122:15,
122:18, 139:6,
143:23, 148:11,
148:12, 155:13
**Nice** [1] - 61:8
**nice** [3] - 61:10,
90:16, 163:11
**night** [15] - 30:11,
30:18, 79:18, 79:20,
83:20, 84:8, 84:12,
84:13, 84:15, 84:18,
85:2, 85:3, 85:10,
85:11
**nights** [3] - 85:14,
85:16, 85:18
**nine** [3] - 49:10,
49:12, 49:17
**nine-day** [1] - 49:10
**NO** [1] - 1:2
**nobody** [5] - 41:5,
127:18, 127:25,
143:25, 144:2
**non** [2] - 23:15,
55:18
**non-smoker** [1] -
23:15
**none** [2] - 43:25,
162:20
**normal** [5] - 39:19,
118:22, 128:2,
131:19, 156:5
**normally** [4] - 74:2,
111:16, 111:18,
122:10
**North** [2] - 2:3,
164:11
**Norwegian** [26] -
3:14, 6:7, 58:25, 60:4,
99:17, 101:5, 105:3,
108:16, 109:25,
110:3, 110:7, 110:8,
110:9, 110:13,
112:22, 120:22,
124:15, 128:25,
129:4, 129:7, 129:15,
129:22, 131:20,
150:19, 152:17,
155:22
**NORWEGIAN** [2] -
1:7, 1:22
**Norwegian's** [2] -
113:5, 155:25
**note** [17] - 12:8,
12:21, 12:23, 19:22,

21:6, 23:17, 35:8,
35:9, 35:17, 38:8,
42:8, 43:22, 53:24,
53:25
**noted** [1] - 71:9
**notes** [13] - 9:12,
12:19, 12:20, 12:23,
30:24, 34:5, 45:13,
45:18, 53:3, 53:8,
53:10, 54:2, 55:20
**nothing** [8] - 17:3,
22:23, 128:5, 128:6,
128:9, 131:12,
139:20, 156:2
**nottin** [2] - 52:20
**November** [25] - 1:5,
10:16, 34:12, 37:8,
37:9, 37:11, 38:7,
38:9, 39:9, 67:14,
70:17, 70:18, 70:20,
71:8, 71:9, 71:13,
71:16, 101:11,
103:20, 103:21,
104:17, 108:20,
109:18, 132:9
**number** [7] - 36:6,
45:18, 57:21, 57:24,
106:10, 148:5, 151:3
**numbers** [5] - 16:9,
16:10, 33:8, 33:12
**numerous** [2] - 21:2,
93:24

# O

**o'clock** [1] - 63:20
**oath** [3] - 157:2,
158:15, 160:5
**object** [1] - 105:11
**objection** [6] - 8:8,
41:9, 52:9, 59:11,
106:23, 158:3
**obvious** [1] - 14:15
**obviously** [3] -
69:17, 69:21, 84:22
**occupancy** [1] -
75:17
**occurred** [2] - 125:4,
125:18
**Ocean** [2] - 48:8,
49:6
**ocean** [1] - 145:25
**October** [20] - 6:9,
12:15, 50:1, 55:21,
72:8, 100:18, 101:25,
103:4, 103:6, 103:15,
103:17, 103:19,
103:24, 104:2,
104:22, 106:7, 108:6,
116:19, 117:9, 129:22

**OF** [2] - 1:1, 3:1
**office** [11] - 18:22,
34:21, 34:22, 35:8,
35:9, 38:3, 48:13,
52:4, 58:24, 59:3,
62:15
**OFFICER** [3] - 22:15,
64:3, 163:12
**offices** [1] - 19:6
**official** [1] - 2:2
**Official** [1] - 164:10
**often** [3] - 26:18,
55:7, 84:8
**old** [8] - 47:8, 66:17,
67:6, 67:8, 74:24,
88:15, 91:3, 92:20
**on/off** [1] - 107:11
**once** [14] - 4:10, 6:6,
73:10, 73:11, 73:12,
78:18, 79:7, 79:9,
84:8, 111:7, 111:24,
128:22, 129:10,
131:15
**one** [64] - 4:4, 4:25,
6:9, 7:4, 9:18, 9:19,
9:20, 10:4, 12:2,
13:24, 15:3, 17:5,
23:4, 27:11, 33:9,
33:20, 37:10, 38:11,
46:16, 46:22, 46:25,
47:6, 50:12, 53:5,
53:14, 54:8, 55:19,
65:21, 69:16, 73:9,
78:23, 78:25, 89:24,
93:21, 94:19, 97:2,
97:5, 99:2, 99:24,
104:4, 107:8, 108:13,
109:22, 112:15,
114:14, 116:24,
118:19, 119:4,
124:25, 126:3,
126:25, 130:2,
130:10, 132:23,
138:9, 139:25, 140:1,
143:16, 144:18,
146:20, 153:25,
155:14, 156:14
**one-minute** [1] -
126:25
**ones** [3] - 65:22,
131:15, 140:24
**ongoing** [1] - 84:1
**online** [7] - 111:12,
111:13, 111:14,
111:21, 111:22,
111:24, 112:11
**onset** [1] - 43:6
**open** [6] - 114:9,
135:3, 135:15,
135:20, 161:7, 162:5

**opened** [1] - 135:5
**opening** [2] - 141:11,
146:7
**operating** [1] -
153:20
**operations** [1] -
130:8
**operator** [6] - 4:25,
5:1, 133:8, 137:20,
137:22, 155:6
**operator's** [3] -
137:19, 137:24, 138:7
**operators** [2] -
132:8, 133:5
**opportunity** [4] -
113:12, 113:19,
115:14, 160:22
**opposite** [1] - 76:10
**optimistic** [1] - 36:4
**orange** [2] - 136:9,
136:10
**order** [2] - 114:1,
114:12
**ordered** [2] - 18:1,
18:10
**orders** [2] - 37:5,
41:4
**Orthopedic** [1] -
10:12
**Orthopedics** [10] -
10:17, 13:7, 22:25,
23:2, 24:10, 35:22,
48:9, 50:3, 51:8,
53:22
**osteoarthritis** [1] -
95:13
**osteopenia** [1] -
95:14
**osteoporosis** [4] -
94:20, 94:23, 95:16,
95:19
**ourselves** [1] - 88:14
**outfits** [1] - 124:23
**outings** [1] - 10:6
**outlined** [1] - 145:17
**outpatient** [2] -
25:10, 25:11
**outside** [4] - 5:6,
28:21, 29:18, 105:2
**outstretched** [2] -
13:2, 14:19
**overhead** [1] - 36:3
**own** [9] - 31:13,
52:17, 52:19, 79:19,
89:15, 106:17, 110:1,
127:14, 127:21
**oxygen** [4] - 5:21,
5:22, 74:20

# P

**p.m** [3] - 1:6, 117:9,
163:13
**pack** [17] - 15:23,
16:3, 16:4, 51:2,
92:10, 92:11, 92:17,
93:5, 94:8, 94:9,
122:9, 122:12,
122:15, 124:5, 127:10
**packet** [2] - 96:1,
116:11
**padding** [1] - 136:12
**page** [27] - 6:16,
9:15, 44:21, 53:16,
53:17, 55:8, 55:11,
55:15, 95:9, 95:10,
100:9, 100:12,
100:13, 100:23,
107:11, 108:24,
112:14, 113:17,
113:18, 117:2,
151:25, 157:3, 157:7
**Pages** [1] - 1:9
**pages** [1] - 107:6
**paid** [2] - 150:19,
152:10
**pain** [112] - 7:20, 8:1,
8:3, 8:7, 8:14, 8:18,
8:20, 12:23, 13:3,
13:6, 13:11, 13:14,
13:21, 15:15, 15:20,
15:21, 16:10, 16:17,
17:14, 25:3, 25:6,
25:12, 25:15, 25:17,
25:19, 25:21, 25:23,
26:1, 26:9, 26:10,
30:11, 30:19, 30:20,
32:2, 32:4, 32:7, 33:3,
33:4, 33:7, 33:9,
33:10, 33:13, 33:15,
35:10, 36:2, 37:8,
37:9, 38:7, 38:9,
41:22, 42:20, 42:25,
43:6, 44:5, 44:7, 44:8,
44:9, 44:12, 47:10,
48:14, 49:2, 50:10,
52:4, 52:8, 52:12,
52:15, 52:25, 53:2,
53:7, 54:18, 54:19,
54:24, 55:2, 55:3,
56:4, 56:6, 56:7,
56:10, 67:22, 68:2,
70:9, 70:18, 71:5,
71:9, 71:14, 71:20,
71:25, 72:19, 72:22,
73:1, 73:3, 73:4, 73:5,
73:7, 73:15, 74:3,
74:4, 74:8, 77:20,

79:7, 82:16, 83:6, 83:8, 83:10, 83:12, 83:23, 91:12, 91:17, 94:11, 94:15
**painful** [3] - 16:18, 17:17, 34:3
**painted** [1] - 137:15
**Palma** [1] - 152:1
**Panama** [3] - 101:12, 108:13, 108:21
**pandemonium** [3] - 124:18, 125:17, 126:9
**pants** [1] - 81:15
**papers** [2] - 87:24, 88:5
**paragraph** [1] - 14:18
**parameters** [1] - 92:15
**parents** [1] - 89:8
**park** [1] - 76:25
**part** [15] - 7:2, 14:18, 29:17, 76:4, 76:5, 83:20, 90:7, 115:8, 136:24, 137:2, 158:4, 158:16, 158:20, 158:22, 158:24
**part-time** [1] - 29:17
**particular** [3] - 33:18, 116:24, 128:24
**parts** [1] - 23:5
**passed** [2] - 20:23, 20:24
**passenger** [1] - 152:19
**passengers** [1] - 155:23
**past** [2] - 13:16, 124:1
**pasta** [1] - 81:10
**patch** [4] - 46:25, 47:4
**patience** [1] - 86:11
**patient** [1] - 54:14
**Patient** [1] - 42:19
**patients** [1] - 57:21
**PATRICIA** [2] - 2:2, 164:10
**pattern** [1] - 82:11
**Patty** [1] - 97:7
**Paul** [4] - 66:25, 67:2, 67:6, 67:7
**pay** [2] - 131:23, 132:16
**Pearl** [5] - 101:12, 104:4, 104:17, 108:16, 108:17
**pendulum** [4] - 16:22, 17:1, 32:10, 50:13

**People** [1] - 154:20
**people** [38] - 49:7, 89:9, 89:19, 96:14, 98:10, 98:13, 125:5, 125:6, 125:7, 125:21, 125:25, 126:1, 139:14, 139:25, 140:1, 144:6, 144:7, 144:8, 144:13, 144:14, 144:17, 148:3, 150:21, 153:8, 153:10, 153:15, 153:22, 153:24, 154:2, 154:3, 154:8, 154:9, 154:14, 154:16, 154:21, 155:10
**per** [5] - 94:9, 152:19, 153:1
**percent** [3] - 44:16, 44:17, 61:19
**Percocet** [1] - 51:20
**perfectly** [1] - 26:12
**perform** [1] - 61:15
**performed** [1] - 15:7
**perhaps** [1] - 119:4
**perimeter** [12] - 134:10, 135:22, 136:6, 136:7, 138:19, 138:22, 139:14, 141:20, 142:8, 142:16, 144:2, 149:13
**period** [27] - 11:13, 15:3, 15:4, 15:16, 20:13, 28:25, 29:7, 30:7, 30:25, 31:1, 31:9, 34:12, 39:7, 39:13, 40:11, 41:3, 49:10, 53:4, 56:21, 67:25, 83:5, 83:24, 91:25, 103:20, 103:21, 104:24
**periods** [1] - 70:3
**permanent** [3] - 46:24, 99:8, 99:11
**permission** [1] - 39:17
**perpendicular** [3] - 134:16, 138:25, 140:24
**person** [8] - 39:25, 40:2, 82:22, 90:6, 107:1, 132:10, 138:7, 153:1
**person's** [3] - 106:24, 106:25, 138:6
**Philadelphia** [1] - 81:7
**photo** [6] - 29:21, 29:22, 68:14, 83:19,

83:21, 146:9
**photograph** [5] - 125:8, 133:17, 133:20, 135:23, 139:2
**photos** [4] - 4:23, 27:7, 27:8, 69:15
**phrase** [1] - 113:1
**physical** [66] - 11:9, 11:11, 11:12, 11:14, 13:8, 14:25, 15:1, 15:4, 15:5, 15:12, 15:14, 15:22, 15:24, 16:2, 16:18, 16:20, 24:19, 24:24, 26:11, 31:3, 31:5, 31:9, 31:12, 31:13, 31:23, 32:2, 32:4, 32:9, 33:2, 33:20, 33:21, 34:5, 34:19, 34:23, 34:24, 35:25, 45:6, 45:13, 45:15, 45:18, 46:8, 46:9, 48:18, 48:19, 48:21, 49:1, 49:5, 50:2, 50:6, 51:12, 51:14, 52:24, 53:10, 53:18, 55:6, 57:24, 58:2, 61:15, 62:22, 64:14, 64:23, 65:6, 67:24, 67:25, 72:2, 91:19
**physically** [2] - 73:21, 128:12
**physician** [1] - 64:13
**pick** [4] - 18:15, 20:11, 66:4, 73:2
**picked** [4] - 18:20, 18:21, 49:21, 98:14
**picking** [1] - 68:5
**picnic** [3] - 134:17, 134:20, 141:16
**picture** [3] - 69:11, 133:11, 136:19
**pier** [3] - 153:22, 153:24, 155:4
**pillow** [5] - 27:3, 27:4, 27:20, 28:17
**pin** [2] - 18:25, 160:20
**pitching** [2] - 149:1, 149:2
**pizza** [2] - 81:3, 81:10
**place** [7] - 10:17, 23:5, 31:18, 31:19, 48:12, 52:25, 76:2
**Plaintiff** [1] - 1:5
**plaintiff** [3] - 3:5, 3:10, 3:19
**PLAINTIFF** [2] - 1:14, 2:10

**Plaintiff's** [6] - 6:12, 6:25, 68:16, 68:18
**plan** [1] - 47:9
**planned** [1] - 55:14
**plant** [2] - 46:5
**plastic** [1] - 63:2
**platform** [4] - 137:25, 146:25, 148:1, 149:23
**play** [13] - 65:24, 122:20, 123:7, 123:11, 123:21, 124:7, 125:20, 126:19, 126:22, 126:25, 127:13, 130:11, 130:16
**played** [2] - 121:1, 121:10
**playing** [6] - 65:17, 77:10, 128:25, 129:19, 131:1, 131:2
**plenty** [1] - 142:13
**plus** [1] - 43:15
**PMHX** [2] - 42:11, 43:9
**point** [7] - 49:20, 50:17, 63:22, 73:12, 107:15, 135:6, 155:2
**Point** [1] - 89:20
**pointed** [1] - 61:7
**pointing** [1] - 105:20
**points** [2] - 4:3, 61:7
**Polansky** [1] - 33:2
**policy** [1] - 155:18
**port** [14] - 10:1, 10:4, 107:7, 109:2, 109:5, 109:8, 115:18, 118:12, 118:17, 119:25, 128:17, 130:17, 143:20, 152:15
**portable** [1] - 5:22
**ports** [14] - 9:10, 9:12, 9:13, 9:18, 9:19, 9:20, 9:23, 9:25, 10:3, 113:16, 113:18, 115:21, 116:5
**position** [5] - 26:3, 73:1, 73:9, 137:18, 155:25
**possibility** [1] - 103:2
**possible** [4] - 21:14, 34:8, 110:15, 128:21
**possibly** [1] - 142:11
**post** [1] - 64:13
**post-incident** [1] - 64:13
**posterior** [1] - 44:6
**postop** [1] - 43:23

**pot** [2] - 86:18, 86:22
**potatoes** [4] - 86:17, 86:20, 86:22
**pots** [1] - 79:10
**pound** [1] - 75:23
**pounds** [2] - 69:13, 73:3, 74:14
**practice** [4] - 10:22, 10:23, 159:4, 159:8
**practiced** [1] - 159:7
**prefer** [2] - 153:14
**pregnant** [1] - 96:6
**preliminary** [1] - 161:9
**prepared** [2] - 19:25, 128:12
**preparing** [1] - 40:5
**prescribe** [2] - 11:7, 46:8
**prescription** [1] - 52:5
**present** [4] - 42:16, 54:9, 56:23, 94:3
**Presenting** [1] - 43:5
**presently** [1] - 56:25
**pretty** [15] - 13:9, 15:11, 17:9, 17:11, 17:19, 17:21, 33:21, 35:7, 36:4, 36:10, 52:8, 55:4, 76:14, 81:18, 84:14
**prevent** [1] - 147:3
**previous** [1] - 50:12
**previously** [1] - 84:11
**pride** [1] - 104:4
**Pride** [7] - 101:8, 103:24, 104:3, 104:14, 106:4, 106:6, 108:5
**primary** [1] - 19:11
**private** [2] - 110:10, 110:11
**problem** [4] - 64:7, 125:9, 160:19, 160:21
**problems** [11] - 13:15, 13:25, 50:11, 54:19, 67:18, 68:4, 68:7, 78:20, 78:21, 87:13
**procedure** [4] - 47:13, 47:14, 111:9, 111:10
**procedures** [1] - 25:13
**proceed** [1] - 3:20
**Proceedings** [1] - 163:13
**PROCEEDINGS** [1] - 3:1

proceedings [1] - 164:4

process [6] - 62:9, 62:12, 62:14, 67:16, 114:16, 114:20

professional [1] - 95:12

proffer [1] - 107:14

program [1] - 21:15

progression [1] - 82:9

progressive [2] - 44:1, 54:22

pronounced [1] - 60:16

pronouncing [1] - 60:15

properly [2] - 46:7, 158:3

properties [2] - 40:10, 80:1

provide [3] - 114:8, 114:11, 116:11

provisions [1] - 115:9

PT [5] - 17:15, 24:19, 43:2, 43:23, 53:24

public [1] - 28:25

pull [2] - 32:20, 116:25

pulmonary [2] - 5:12, 5:20

puppy [1] - 75:7

purely [1] - 116:7

purpose [1] - 120:12

purposes [1] - 105:12

purses [1] - 68:9

push [2] - 76:25, 77:2

put [37] - 15:23, 16:2, 16:7, 24:11, 35:17, 45:5, 46:25, 51:2, 66:4, 66:8, 74:24, 76:24, 78:6, 78:17, 82:13, 86:20, 100:4, 107:13, 120:5, 121:15, 124:13, 126:17, 133:11, 136:17, 143:15, 143:16, 144:24, 145:5, 146:9, 147:3, 147:4, 149:8, 149:12, 149:24, 151:2

puts [3] - 82:13, 82:14, 152:18

putting [5] - 16:22, 76:2, 78:11, 80:17, 139:17

## Q

quantity [1] - 92:10

queen [1] - 77:12

questions [6] - 20:6, 100:6, 100:9, 100:15, 107:16, 140:10

quick [2] - 92:13, 92:19

quickly [1] - 121:15

quit [1] - 19:20, 20:9, 20:10, 20:13, 20:18, 20:20, 21:1, 22:4, 23:11, 23:13, 89:5, 91:25, 93:19, 93:24, 96:24, 98:23, 99:1, 99:6

quite [3] - 34:3, 55:7, 138:11

quitting [3] - 21:23, 21:24, 96:25

## R

Rain [1] - 65:24

raised [9] - 52:16, 81:6, 89:1, 89:4, 89:10, 137:25, 138:4

raising [2] - 13:11, 76:1

range [4] - 42:20, 42:24, 54:15, 55:9

Raphael [1] - 151:22

rate [1] - 36:5

rather [1] - 59:5

ravioli [1] - 81:4

rays [4] - 13:3, 59:24, 60:8, 62:13

reach [5] - 61:14, 78:5, 78:16, 80:18, 80:20

reaching [4] - 75:2, 78:1, 78:4

read [10] - 100:24, 113:14, 113:15, 115:3, 115:6, 115:8, 115:12, 157:8, 158:2, 158:6

ready [4] - 3:17, 87:6, 87:8, 89:22

real [3] - 11:24, 75:17, 88:4

Real [1] - 39:16

realize [1] - 160:14

realized [1] - 155:5

really [11] - 15:2, 15:17, 16:13, 17:11, 70:17, 86:4, 86:7, 131:13, 131:23, 132:12, 156:2

realtor [2] - 40:7, 77:17

reason [6] - 32:8, 39:11, 42:14, 120:6, 120:7, 161:7

Rebull [1] - 3:11

recalling [1] - 120:6

recess [5] - 63:25, 64:20, 162:24, 162:25, 163:10

recliner [10] - 30:12, 82:18, 83:19, 83:23, 84:6, 84:21, 84:24, 85:15, 85:19

reclines [1] - 84:21

recognize [6] - 68:18, 68:20, 68:21, 100:9, 111:3, 132:20

recollect [4] - 108:5, 108:7, 108:8, 158:18

recollection [8] - 94:25, 95:17, 105:8, 105:13, 106:14, 106:16, 106:24, 106:25

recommend [2] - 11:8, 46:13

recommended [1] - 11:9

record [13] - 24:10, 24:11, 33:3, 53:18, 59:18, 61:20, 117:3, 121:17, 121:20, 122:22, 123:24, 124:11, 151:2

recorded [1] - 160:4

records [4] - 33:15, 45:13, 52:23, 105:7

recovery [1] - 55:23

recurring [1] - 153:1

Redirect [1] - 2:9

redirect [1] - 161:16

reduce [1] - 47:10

refer [2] - 77:12, 112:22

reference [4] - 18:17, 18:18, 138:9, 139:2

refers [1] - 55:17

reflected [1] - 152:22

refresh [8] - 94:25, 95:16, 105:7, 105:13, 106:14, 106:16, 106:24, 106:25

refreshing [1] - 106:18

regard [5] - 5:19, 6:2, 6:4, 10:10

register [1] - 114:12

regular [3] - 17:19, 17:21, 162:18

Rehan [1] - 64:18

relation [1] - 31:15

relationship [3] - 77:3, 86:12, 87:9

relaxed [1] - 15:24

relayed [1] - 155:9

relish [1] - 25:4

remain [3] - 23:15, 85:4, 89:3

remainder [1] - 9:13

remember [46] - 13:22, 13:23, 13:24, 14:2, 47:23, 58:18, 58:21, 95:1, 95:3, 100:6, 102:6, 108:25, 109:4, 109:6, 109:20, 109:21, 109:22, 109:23, 110:2, 110:3, 110:9, 110:10, 110:13, 116:24, 118:17, 119:18, 119:20, 119:24, 120:9, 120:10, 121:6, 130:20, 130:23, 131:4, 134:6, 134:7, 134:8, 146:19, 146:21, 151:4, 152:8, 152:13, 156:14, 157:4, 158:22

remembered [1] - 102:23

remind [1] - 17:24

remove [1] - 153:4

repair [4] - 25:3, 43:15, 43:19, 55:18

repaired [1] - 46:4

repeat [2] - 59:19, 145:15

repetitive [3] - 75:2, 79:2, 79:3

rephrase [2] - 52:10, 59:20

replacement [19] - 47:6, 47:15, 49:16, 51:1, 52:23, 53:11, 53:19, 53:23, 55:17, 55:25, 56:3, 56:12, 56:13, 71:15, 71:23, 72:6, 72:11, 72:21, 76:19

report [1] - 21:20

REPORTED [1] - 2:1

reported [1] - 126:12

reporter [1] - 59:16

Reporter [2] - 2:2, 164:10

required [1] - 6:7

requirements [1] - 75:20

requires [2] - 73:8,

75:19, 80:17

reservation [1] - 111:4

restaurant [2] - 118:23, 118:24

rested [1] - 27:23

restricted [1] - 41:5

restriction [2] - 41:21, 41:24

restrictions [2] - 41:8, 41:12

result [1] - 90:4

results [2] - 17:12, 17:25

resume [5] - 3:17, 63:19, 63:25, 160:23, 161:8

reverse [2] - 47:6, 47:15, 49:15, 51:1, 51:16

reversed [1] - 47:16

review [1] - 95:6

reviewed [2] - 95:4, 95:7

reviews [1] - 55:9

RICHARD [1] - 1:18

Richard [5] - 3:12, 62:1, 62:3, 62:20, 90:14

riding [1] - 156:2

right-hand [2] - 83:11, 125:14

right-handed [1] - 80:14

rise [2] - 64:3, 163:12

risk [2] - 47:22, 96:16

risks [4] - 47:18, 47:20, 47:23, 48:1

Road [1] - 89:20

Robinson [7] - 66:14, 66:25, 67:2, 88:2, 88:3

rock [2] - 148:15, 158:19

rocking [2] - 157:13, 158:11

roll [3] - 83:11, 98:15, 146:25

rolled [2] - 149:5, 149:23

rolling [11] - 81:2, 81:10, 98:18, 148:19, 149:2, 149:20, 150:5, 156:15, 156:20

ROM [1] - 42:19

Rome [1] - 9:23

roof [1] - 89:8

room [10] - 5:6,

30:20, 60:9, 60:18, 63:14, 82:17, 82:19, 140:4, 142:13, 146:8
**rotation** [1] - 17:6
**rotator** [9] - 25:1, 25:3, 35:23, 43:14, 43:19, 46:2, 55:18, 90:19, 90:25
**rough** [1] - 25:3
**roundtrip** [1] - 115:17
**routine** [3] - 118:22, 119:6, 119:11
**row** [2] - 64:10, 64:11
**Rozencwaig** [10] - 57:16, 58:9, 58:11, 58:13, 62:1, 62:3, 62:8, 62:9, 62:20, 62:22
**Rozenscwaig** [1] - 57:10
**RPR** [2] - 2:2, 164:10
**RTC** [2] - 43:14, 43:19
**RUGGERI** [2] - 1:4, 2:12
**Ruggeri** [29] - 3:2, 3:7, 3:9, 3:10, 3:19, 3:25, 64:22, 68:14, 83:20, 88:1, 90:14, 105:18, 106:2, 107:12, 110:24, 117:6, 117:25, 119:24, 121:25, 122:23, 123:13, 133:17, 137:9, 142:2, 151:5, 160:5, 161:15, 163:1, 163:6
**Ruggeri's** [1] - 107:9
**rule** [1] - 163:4
**ruler** [2] - 62:25, 63:8
**running** [2] - 153:17, 155:5

## S

**sadly** [1] - 161:22
**safety** [5] - 128:25, 129:20, 130:21, 130:24
**sail** [2] - 106:1, 151:10
**sailed** [1] - 4:6
**sale** [3] - 80:1, 80:4
**salesperson** [2] - 132:5, 132:6
**sat** [4] - 60:11, 60:12, 61:9, 146:6
**save** [2] - 89:8,

151:25
**saw** [8] - 19:2, 22:5, 24:11, 57:7, 57:8, 57:10, 130:6, 130:14
**scale** [8] - 13:14, 33:5, 33:8, 33:13, 44:13, 52:25, 55:4, 73:16
**scales** [4] - 33:4, 33:7, 33:16, 53:2
**scar** [3] - 61:2, 61:5, 61:8
**Scenic** [1] - 151:22
**schedule** [2] - 87:4, 103:15
**school** [4] - 88:15, 89:6, 89:14
**scope** [1] - 14:13
**scratch** [5] - 78:2, 78:5, 78:9, 78:11, 81:4
**scream** [2] - 148:6, 148:7
**screamed** [1] - 65:21
**screamer** [1] - 148:9
**screaming** [4] - 124:17, 126:9, 148:1, 148:3
**screen** [10] - 6:12, 22:13, 24:11, 35:18, 42:4, 103:17, 122:1, 125:14, 135:7, 137:10
**screwing** [1] - 76:3
**screws** [1] - 76:3
**sea** [4] - 4:4, 4:7, 9:19, 145:24
**sealed** [1] - 75:21
**seapass** [2] - 107:9, 109:13
**seat** [32] - 74:24, 107:9, 133:21, 134:8, 134:10, 135:2, 136:14, 137:19, 137:25, 138:3, 138:4, 138:7, 138:9, 138:24, 140:7, 141:2, 141:4, 141:13, 141:15, 142:8, 144:7, 144:17, 144:18, 144:25, 145:8, 145:9, 146:6, 146:12, 147:4, 149:12, 149:16
**seated** [2] - 127:15, 146:1
**seating** [11] - 135:22, 136:6, 136:7, 136:21, 138:19, 138:22, 142:16, 142:21, 144:2, 144:25, 147:8, 147:9, 150:6, 150:9, 151:3, 151:12, 151:14,
**seats** [15] - 133:20, 139:14, 140:2,

140:13, 140:14, 140:18, 140:20, 140:25, 142:23, 143:1, 144:4, 147:8, 147:10, 147:20
**Seaview** [11] - 10:12, 10:17, 22:25, 23:2, 24:10, 31:13, 35:22, 48:9, 50:3, 51:8, 53:22
**second** [22] - 6:8, 25:20, 38:2, 46:14, 46:25, 48:4, 56:7, 56:12, 84:19, 103:5, 108:24, 112:14, 113:17, 113:18, 120:12, 130:3, 130:7, 130:10, 143:12, 143:14, 143:18, 143:20
**seconds** [1] - 108:10
**section** [3] - 112:4, 112:18, 112:22
**sections** [1] - 107:25
**SECURITY** [3] - 22:15, 64:3, 163:12
**see** [102] - 6:11, 6:19, 8:18, 8:19, 10:23, 12:22, 13:17, 21:17, 22:13, 24:24, 33:3, 33:15, 42:11, 42:12, 42:14, 42:15, 42:16, 42:17, 42:22, 42:23, 43:10, 43:16, 45:12, 52:25, 53:1, 53:2, 54:9, 54:14, 55:11, 61:2, 70:3, 90:16, 92:19, 94:25, 95:9, 95:25, 101:2, 102:19, 105:14, 105:18, 105:20, 105:21, 105:25, 106:1, 106:4, 108:1, 108:3, 108:4, 108:17, 108:24, 109:2, 109:13, 109:16, 109:17, 111:1, 112:3, 112:14, 112:15, 112:18, 112:19, 117:9, 118:14, 121:22, 125:8, 125:25, 127:3, 127:7, 131:5, 131:6, 133:2, 135:10, 135:11, 135:12, 137:19, 137:24, 138:1, 139:20, 140:7, 145:22, 145:24, 145:25, 147:8, 147:9, 150:6, 150:9, 151:3, 151:12, 151:14,
**seeds** [1] - 46:5
**seeing** [3] - 30:1, 130:21, 130:24
**seem** [4] - 22:6, 157:14, 157:24, 158:11
**send** [1] - 14:25
**sensation** [1] - 94:16
**sense** [2] - 127:15, 127:21
**sent** [4] - 13:8, 49:7, 87:24, 100:7
**sentence** [1] - 13:23
**separate** [2] - 86:18, 86:22
**separated** [2] - 88:8, 88:9
**September** [22] - 20:19, 20:24, 34:8, 34:20, 35:3, 35:17, 35:21, 35:22, 36:24, 38:14, 39:10, 56:11, 56:14, 56:17, 70:12, 70:14, 70:16, 71:2, 71:7, 72:3
**serious** [2] - 94:15, 94:16
**service** [2] - 152:18, 152:22
**sessions** [8] - 32:4, 34:2, 49:9, 50:2, 50:6, 51:4, 51:5, 51:8
**set** [1] - 162:20
**sets** [1] - 103:8
**setup** [1] - 140:9
**seven** [7] - 67:9, 71:16, 74:24, 79:16, 101:7, 101:17, 101:20
**seven-day** [1] - 101:17
**seven-year-old** [1] - 74:24
**several** [5] - 78:24, 109:1, 109:6, 112:14, 153:24
**severity** [1] - 55:2
**Severity** [2] - 44:12, 55:3
**shape** [1] - 79:22
**sharp** [2] - 9:1, 52:2
**ship** [46] - 4:7, 7:9, 9:3, 13:1, 13:3, 19:14, 24:18, 68:8, 68:14, 68:24, 95:12, 106:4, 109:8, 114:2, 116:19, 116:24, 117:8, 118:9,

119:21, 120:4, 120:10, 120:12, 120:17, 122:23, 123:18, 123:23, 128:22, 128:24, 130:12, 130:17, 131:2, 141:9, 141:23, 143:21, 147:24, 149:22, 155:6, 155:7, 155:16, 156:12, 156:13, 157:13, 158:10, 158:11
**ship's** [2] - 106:15, 112:15
**ships** [2] - 10:3, 109:10
**shirt** [5] - 14:8, 26:6, 61:6, 78:12, 123:15
**shirts** [6] - 10:5, 81:14, 118:20, 118:21, 119:25, 120:4
**shocked** [2] - 61:11, 61:12
**shoe** [1] - 87:7
**shore** [6] - 118:19, 150:16, 151:21, 151:25, 152:3, 152:14
**short** [1] - 118:15
**shorten** [1] - 161:23
**shot** [3] - 14:24, 25:25, 45:5
**shoulder** [74] - 8:4, 10:13, 10:24, 12:23, 13:2, 13:4, 13:12, 13:15, 13:20, 13:25, 14:7, 14:12, 14:20, 16:23, 16:16, 17:12, 17:18, 23:5, 23:8, 25:23, 27:1, 28:8, 28:18, 28:22, 28:23, 29:5, 29:7, 29:9, 29:10, 29:11, 29:12, 30:3, 32:24, 35:14, 35:24, 36:3, 37:13, 40:19, 40:22, 40:25, 42:10, 43:5, 43:14, 43:18, 44:5, 44:8, 45:4, 47:6, 49:15, 51:13, 52:23, 53:11, 53:19, 54:24, 55:17, 55:25, 56:2, 56:10, 56:13, 56:18, 67:18, 67:22, 68:2, 68:11, 71:14, 71:23, 72:21, 73:5, 80:9, 83:10, 124:22, 139:8
**show** [11] - 16:25, 17:1, 27:11, 27:12, 61:5, 68:14, 69:16, 105:7, 136:18, 142:2,

142:3
**showed** [2] - 64:16, 110:19
**shower** [1] - 82:1
**showing** [7] - 6:12, 7:4, 107:3, 107:20, 110:24, 122:22, 146:9
**shown** [5] - 4:24, 126:20, 133:20, 136:8, 140:15
**shows** [1] - 119:4
**shut** [1] - 39:1
**shuttle** [2] - 152:1, 152:2
**sic)** [1] - 13:13
**side** [46] - 26:6, 26:9, 27:5, 30:14, 30:15, 36:17, 50:18, 61:6, 83:11, 90:19, 91:12, 125:14, 128:12, 134:16, 137:4, 138:6, 139:3, 139:11, 141:8, 141:9, 141:21, 141:22, 141:24, 143:20, 143:21, 145:19, 146:25, 148:15, 148:17, 148:25, 149:2, 149:5, 150:11, 161:17
**sides** [1] - 84:24
**sidewalk** [1] - 145:16
**sidewalls** [1] - 145:12
**sightseeing** [1] - 150:25
**sign** [8] - 36:15, 36:16, 80:4, 87:24, 89:20, 100:15, 100:18, 151:10
**signal** [1] - 26:1
**signature** [1] - 100:13
**signed** [1] - 6:5
**significant** [2] - 20:13, 55:12
**significantly** [1] - 13:10
**signs** [3] - 80:1, 96:7
**similar** [3] - 95:14, 145:13, 145:17
**simply** [6] - 91:8, 102:25, 113:6, 121:12, 135:17, 154:20
**Singing** [1] - 65:24
**single** [2] - 158:5, 159:14
**sit** [3] - 50:23, 60:11, 118:24

**sit-down** [1] - 118:24
**sitting** [13] - 60:19, 128:3, 133:21, 134:2, 135:3, 136:8, 136:14, 136:21, 138:6, 138:8, 145:2, 145:8, 146:12
**situation** [2] - 5:14, 20:11
**six** [12] - 15:19, 29:4, 29:19, 37:2, 73:3, 85:11, 103:12, 103:13, 104:6, 104:8, 104:24
**sixth** [1] - 103:7
**skip** [1] - 123:22
**sleep** [3] - 30:9, 30:12, 82:4, 82:5, 82:7, 82:11, 82:13, 82:15, 83:22, 83:23, 84:5, 84:6, 85:7, 85:18, 85:23, 86:1, 86:8
**sleeping** [3] - 30:9, 75:21, 75:23
**sleeps** [1] - 83:20
**slid** [1] - 149:7
**slide** [2] - 149:6, 149:24
**sliding** [1] - 147:4
**sling** [27] - 7:19, 9:6, 9:7, 10:6, 26:4, 26:7, 26:15, 26:19, 26:22, 26:25, 27:1, 27:2, 27:19, 27:25, 28:3, 28:7, 28:9, 28:15, 28:24, 29:3, 29:12, 29:14, 29:15, 29:18, 30:2, 30:3
**slip** [1] - 81:17
**slow** [3] - 157:14, 157:24, 158:11
**slowdown** [2] - 4:7, 156:10
**slowed** [1] - 84:11
**slowing** [2] - 158:18, 158:23
**small** [4] - 86:16, 127:16, 142:1, 142:5
**smaller** [1] - 150:23
**smart** [1] - 89:15
**smoke** [10] - 20:18, 23:25, 75:19, 75:20, 75:25, 76:2, 76:3, 95:25, 96:15, 98:22
**smoked** [2] - 117:20, 118:1
**smoker** [10] - 19:17, 20:7, 21:21, 21:22, 23:15, 23:18, 23:19, 23:22, 24:1, 24:12

**smoking** [38] - 21:17, 23:11, 23:13, 91:24, 92:3, 92:10, 92:21, 92:24, 93:2, 93:3, 93:5, 93:16, 93:18, 93:21, 93:22, 94:3, 94:7, 94:8, 95:22, 96:3, 96:5, 96:6, 96:7, 96:9, 96:11, 96:13, 96:14, 96:16, 96:23, 97:9, 97:17, 97:22, 98:9, 98:10, 98:19, 99:3, 99:8, 118:7
**snap** [3] - 86:15, 86:22, 87:7
**snappy** [1] - 86:10
**snow** [2] - 37:20, 38:11
**snowed** [3] - 37:19, 38:1, 38:3
**social** [2] - 23:24, 44:4
**socket** [4] - 47:16, 47:17, 49:15, 51:17
**sofa** [4] - 30:12, 30:13, 30:14, 30:15
**solid** [5] - 134:21, 134:22, 134:23, 161:20
**someone** [1] - 24:1
**sometime** [3] - 19:3, 34:5, 62:7
**sometimes** [3] - 46:5, 46:6, 53:2
**somewhat** [1] - 36:17
**somewhere** [7] - 4:2, 9:14, 10:14, 36:12, 37:8, 56:11, 82:12
**son** [2] - 89:11, 89:19
**son's** [2] - 66:23, 80:2
**song** [1] - 66:8
**soon** [1] - 21:25
**sooner** [1] - 34:23
**sorry** [27] - 8:9, 11:14, 16:15, 17:24, 22:6, 26:14, 46:11, 59:15, 60:14, 64:8, 70:24, 70:25, 73:20, 74:16, 79:12, 97:1, 97:6, 97:13, 103:12, 106:9, 121:2, 132:15, 133:12, 134:22, 153:9, 160:17
**sound** [13] - 31:10, 34:6, 34:10, 45:15, 45:16, 45:19, 48:5,

49:10, 50:3, 55:21, 58:10, 65:3, 117:11
**sounds** [2] - 44:2, 64:24
**SOUTHERN** [1] - 1:1
**space** [9] - 139:7, 140:7, 142:1, 142:3, 142:4, 142:5, 142:19, 142:20
**Spain** [1] - 10:2
**spanned** [1] - 141:14
**speaking** [3] - 17:21, 136:9, 163:2
**specific** [3] - 41:24, 115:9, 130:3
**specifically** [3] - 113:5, 130:7, 130:11
**speculation** [3] - 8:8, 8:10
**speed** [11] - 4:17, 4:18, 4:19, 4:20, 4:22, 156:9, 156:16, 156:21, 157:14, 157:24, 158:11
**speeding** [1] - 158:23
**spend** [2] - 62:18, 62:20
**spending** [1] - 77:10
**St** [1] - 151:22
**stable** [1] - 37:17
**staff** [1] - 152:23
**stamina** [1] - 76:10
**stand** [11] - 3:19, 6:2, 16:25, 52:17, 52:18, 57:7, 61:1, 61:3, 61:17, 89:15, 163:3
**standard** [1] - 33:8
**standing** [2] - 69:23, 69:24
**starboard** [1] - 142:20
**staring** [1] - 144:11
**start** [16] - 16:4, 39:20, 48:19, 65:25, 66:3, 66:5, 66:7, 71:14, 77:19, 82:25, 103:5, 121:17, 124:11, 156:19, 162:21
**started** [30] - 15:24, 17:8, 26:10, 37:8, 50:12, 50:15, 51:10, 70:18, 71:9, 84:20, 91:8, 92:3, 92:5, 92:16, 92:20, 92:23, 93:3, 93:6, 93:9, 94:4, 94:5, 99:24, 99:25, 101:2, 146:25, 148:15, 149:6, 149:24

**starting** [7] - 3:4, 56:9, 95:19, 99:23, 101:2, 115:17, 115:19
**starts** [1] - 86:5
**state** [2] - 3:4, 75:20
**statement** [5] - 6:6, 6:7, 6:17, 6:24, 155:2
**statements** [3] - 6:3, 6:5, 7:2
**STATES** [2] - 1:1, 1:12
**States** [5] - 2:3, 115:24, 116:3, 116:5, 164:11
**status** [1] - 162:19
**stay** [3] - 49:12, 49:14, 49:15
**stayed** [1] - 49:17
**staying** [1] - 73:9
**stem** [2] - 46:16, 46:22
**STENOGRAPHICA LLY** [1] - 2:1
**step** [2] - 64:1, 160:15
**steps** [1] - 114:1
**Steven** [5] - 66:14, 66:18, 66:22, 67:10, 67:13
**stew** [3] - 86:16, 86:17, 86:20
**stiffness** [1] - 43:6
**still** [17] - 7:20, 25:17, 26:7, 36:16, 53:7, 60:19, 65:16, 67:17, 75:7, 77:7, 82:23, 88:7, 110:11, 137:18, 138:19, 138:22, 160:12
**stood** [1] - 61:6
**stop** [22] - 52:22, 82:21, 97:9, 97:15, 97:19, 98:8, 99:3, 99:8, 116:2, 117:2, 123:3, 123:4, 123:25, 124:20, 125:12, 126:14, 126:15, 127:8, 149:8, 160:14, 160:18
**stopped** [13] - 84:17, 84:18, 92:5, 92:16, 92:23, 92:24, 92:25, 93:2, 93:6, 93:15, 94:7, 99:11, 115:21
**stops** [1] - 107:8
**storage** [2] - 135:3, 135:4
**store** [1] - 81:4
**store-bought** [1] - 81:4

**straight** [2] - 61:20, 90:16
**straightened** [2] - 60:6, 60:7
**strain** [1] - 35:23
**strange** [3] - 58:22, 59:25, 60:1
**strapped** [2] - 27:24, 27:25
**straw** [2] - 65:23
**streaming** [1] - 125:25
**STREET** [6] - 1:18, 3:14, 121:17, 123:9, 126:21, 126:24
**Street** [2] - 1:19, 3:14
**strength** [10] - 42:20, 42:25, 54:18, 54:19, 73:9, 73:15, 75:6, 76:10, 76:14, 80:24
**Strength** [1] - 44:15
**stress** [2] - 5:8, 5:9
**stressful** [2] - 5:14, 20:11
**stretch** [7] - 50:14, 50:17, 50:19, 50:23, 50:24, 63:22, 93:21
**strike** [1] - 61:25
**strong** [1] - 68:11
**stronger** [1] - 53:3
**studs** [1] - 76:2
**stuff** [2] - 39:23, 64:8
**subject** [1] - 101:22
**subjective** [1] - 33:9
**subsequent** [1] - 35:24
**subsequently** [1] - 13:1
**sudden** [2] - 156:9
**suddenly** [2] - 20:23, 20:24
**suffice** [1] - 21:20
**suggesting** [2] - 154:19, 155:1
**Suite** [2] - 1:16, 1:19
**Sunshine** [1] - 65:24
**support** [3] - 30:16, 44:4, 83:10
**suppose** [1] - 86:2
**supposed** [2] - 51:3, 161:15
**surgeries** [3] - 21:10, 77:16, 82:5
**surgery** [102] - 13:20, 14:9, 15:7, 15:18, 17:13, 17:22, 19:2, 19:8, 19:10, 21:7, 24:8, 24:13, 24:17, 24:20, 24:21, 25:4, 25:12, 25:14, 25:15,

25:21, 25:22, 25:23, 26:11, 26:17, 26:22, 26:25, 28:14, 28:17, 29:10, 29:11, 30:7, 30:23, 31:6, 31:25, 32:3, 32:5, 32:7, 38:23, 39:2, 40:2, 40:4, 43:18, 45:19, 46:14, 47:3, 47:18, 47:24, 48:4, 48:14, 48:16, 48:17, 49:5, 49:10, 49:25, 51:5, 51:17, 54:1, 54:21, 54:23, 55:3, 55:18, 56:2, 56:3, 56:5, 56:6, 56:7, 56:10, 56:12, 56:19, 61:7, 67:24, 70:5, 70:11, 70:22, 70:23, 71:12, 71:15, 71:23, 72:11, 72:21, 76:18, 76:19, 84:17, 84:19, 89:23, 90:25, 91:6, 91:9, 91:11, 91:14, 91:18, 91:22, 93:9, 93:17, 94:11, 94:17, 102:3
**surgical** [1] - 25:7
**surprised** [1] - 59:5
**surviving** [1] - 86:6
**sustained** [2] - 41:10, 52:10
**SW** [1] - 1:19
**swing** [2] - 76:25, 77:2
**swinging** [1] - 16:23
**swipes** [1] - 107:10
**switching** [1] - 65:8
**swollen** [2] - 7:21, 7:24
**sworn** [4] - 92:2, 93:20, 108:10, 118:4

---

## T

**T-Hs** [1] - 52:19
**T-shirt** [1] - 123:15
**T-shirts** [5] - 10:5, 118:20, 118:21, 119:25, 120:4
**table** [6] - 50:23, 60:12, 60:19, 64:6, 135:14
**tables** [1] - 64:4
**talks** [3] - 44:5, 55:13
**tall** [2] - 125:13, 144:22
**tape** [1] - 121:2
**taught** [2] - 39:25, 40:2
**teach** [1] - 39:17

**teacher** [1] - 132:6
**teaching** [2] - 39:19, 77:17
**tear** [3] - 25:1, 46:2, 46:3
**teeth** [2] - 81:22, 81:24
**television** [1] - 129:17
**ten** [13] - 20:20, 20:21, 62:19, 75:21, 75:22, 85:13, 92:5, 92:24, 93:21, 94:12, 101:1
**ten-year** [1] - 75:22
**tend** [2] - 81:3
**tender** [88] - 4:4, 4:5, 4:18, 4:19, 4:21, 4:25, 5:2, 12:17, 12:25, 23:7, 60:22, 64:23, 65:5, 65:10, 67:17, 90:5, 106:15, 107:7, 107:12, 108:6, 109:2, 109:5, 109:8, 109:11, 109:17, 109:21, 110:1, 110:4, 110:7, 119:9, 120:22, 121:11, 124:15, 124:18, 125:4, 125:5, 125:6, 125:9, 125:22, 126:1, 126:3, 126:7, 127:4, 127:16, 127:22, 128:16, 130:4, 130:17, 130:21, 131:13, 131:15, 131:24, 132:7, 132:17, 132:18, 134:11, 135:24, 136:5, 137:13, 138:2, 139:12, 139:22, 141:3, 142:17, 143:21, 146:6, 146:10, 146:22, 147:10, 147:20, 147:25, 149:5, 150:7, 150:9, 150:11, 153:25, 154:3, 156:17, 156:20, 156:22, 157:12, 158:9, 158:10
**tendered** [3] - 4:9, 105:2, 106:22
**tendering** [3] - 128:17, 130:8, 130:11
**tenders** [2] - 110:12, 132:12
**tendon** [1] - 35:23
**tends** [1] - 79:3
**tenodesis** [1] - 43:15

**terms** [11] - 36:6, 112:18, 112:24, 113:5, 113:20, 114:15, 114:22, 115:3, 116:10, 116:12
**testified** [4] - 57:10, 62:3, 62:23, 92:25
**testify** [3] - 57:21, 57:24, 58:2
**testimony** [23] - 5:9, 18:12, 77:14, 90:18, 92:2, 93:20, 96:22, 102:10, 107:13, 108:10, 110:11, 118:4, 133:19, 136:20, 138:20, 154:5, 159:13, 159:21, 159:24, 160:3, 160:6, 163:1, 163:7
**THE** [60] - 1:11, 1:14, 1:18, 2:10, 3:17, 3:21, 6:25, 7:2, 7:6, 8:9, 17:24, 18:4, 19:25, 22:16, 41:10, 52:10, 53:8, 53:12, 53:14, 54:6, 59:15, 59:19, 63:16, 63:24, 64:5, 64:10, 64:18, 73:20, 73:21, 73:23, 90:10, 97:1, 97:3, 105:14, 106:9, 106:12, 106:24, 107:15, 107:19, 107:21, 110:21, 134:22, 134:23, 137:10, 158:5, 160:10, 160:15, 160:16, 160:17, 160:22, 161:7, 161:24, 162:5, 162:12, 162:14, 162:18, 162:24, 163:4, 163:9, 163:10
**therapist** [1] - 33:2
**Therapy** [1] - 54:12
**therapy** [66] - 11:9, 11:11, 11:12, 11:14, 13:8, 14:25, 15:1, 15:4, 15:5, 15:11, 15:12, 15:14, 15:22, 15:24, 16:2, 16:18, 16:20, 24:19, 24:24, 26:11, 31:3, 31:5, 31:9, 31:12, 31:13, 31:20, 31:23, 32:2, 32:4, 32:9, 33:20, 33:21, 34:5, 34:19, 34:23, 34:24, 42:18, 43:25, 45:6, 45:14, 45:16, 45:18, 45:21,

46:9, 48:18, 48:19, 48:21, 49:1, 49:5, 50:2, 50:7, 50:11, 51:12, 51:14, 52:23, 52:24, 53:10, 53:18, 55:6, 64:14, 64:23, 65:6, 67:24, 67:25, 72:2, 91:19
**therefore** [2] - 38:4, 40:4
**thinking** [5] - 5:16, 21:23, 161:14, 161:21, 162:4
**three** [36] - 4:19, 4:22, 9:15, 9:18, 9:23, 14:12, 15:14, 17:6, 23:16, 31:7, 38:25, 39:4, 46:15, 48:21, 62:6, 73:10, 79:16, 83:7, 83:18, 84:10, 85:16, 85:17, 103:3, 103:7, 104:5, 104:24, 124:25, 132:18, 133:5, 133:8, 142:9, 142:10, 142:12, 142:13, 142:15, 146:15
**three-year** [1] - 104:24
**threshold** [2] - 52:8, 52:12
**throbbing** [2] - 44:10, 54:25
**throughout** [5] - 20:10, 93:18, 119:6, 130:16, 153:2
**Thursday** [1] - 69:3
**ticket** [4] - 112:25, 113:1, 113:13, 113:25
**tie** [1] - 87:7
**tight** [2] - 81:19, 142:14
**tight-fitting** [1] - 81:19
**timeline** [1] - 19:25
**timelines** [1] - 17:20
**timing** [1] - 85:21
**tingling** [3] - 91:12, 91:17, 94:16
**tip** [2] - 152:23, 153:14
**tire** [1] - 155:15
**tired** [1] - 86:4
**tissue** [1] - 97:22
**tissues** [1] - 98:4
**title** [1] - 75:17
**tobacco** [3] - 21:12, 21:17
**today** [15] - 20:1, 63:21, 73:13, 74:10,

81:17, 92:25, 95:4, 95:6, 96:22, 97:25, 98:3, 102:10, 124:14, 159:19, 160:4

**together** [6] - 47:1, 88:7, 88:11, 92:13, 104:3, 107:13

**took** [17] - 8:20, 10:1, 13:4, 13:9, 18:13, 18:15, 29:22, 51:19, 52:25, 59:24, 62:25, 65:12, 65:13, 65:15, 152:2, 152:4, 157:4

**top** [12] - 7:11, 13:11, 32:24, 47:17, 51:2, 54:9, 115:8, 117:20, 117:25, 135:13, 135:20, 149:13

**tops** [1] - 62:19

**tore** [1] - 90:18

**total** [4] - 17:5, 65:5, 85:10, 94:8

**Total** [1] - 45:18

**totally** [1] - 89:18

**touch** [2] - 116:5, 135:7

**tough** [4] - 50:16, 88:24, 88:25, 89:2

**tour** [3] - 150:25, 155:5, 155:6

**toward** [5] - 130:11, 145:25, 146:13, 147:6, 147:7

**towards** [5] - 52:24, 140:3, 144:17, 144:18, 146:12

**town** [1] - 152:2

**training** [1] - 75:7

**Tramadol** [4] - 8:6, 8:7, 8:13, 8:14

**transcript** [1] - 160:3

**transcription** [1] - 164:4

**transfers** [1] - 75:17

**transitioning** [2] - 160:10, 160:20

**transits** [1] - 120:25

**trauma** [1] - 40:18

**traumatic** [1] - 55:18

**traveling** [1] - 57:4

**treadmill** [2] - 82:14, 82:20

**treated** [5] - 10:20, 22:20, 22:25, 23:2, 23:8

**tree** [2] - 46:4, 46:5

**trial** [3] - 63:18, 63:24

**TRIAL** [1] - 1:11

**tried** [6] - 19:19,

20:9, 20:10, 21:2, 93:18, 99:15

**trip** [8] - 4:10, 10:1, 26:21, 108:20, 115:17, 155:16, 156:3, 156:5

**trips** [9] - 4:19, 5:2, 65:6, 121:1, 132:18, 132:24, 133:5, 133:8, 146:15

**trouble** [1] - 13:10

**true** [30] - 94:13, 96:20, 96:21, 98:12, 98:13, 98:24, 99:5, 99:6, 99:8, 113:13, 113:20, 114:3, 114:17, 116:7, 117:16, 118:5, 119:7, 125:10, 125:18, 149:6, 150:2, 152:5, 156:6, 156:7, 156:22, 156:23, 159:21, 159:22, 159:24, 160:5

**trustee** [1] - 40:10

**try** [6] - 38:19, 38:20, 93:24, 98:23, 99:6, 99:9

**trying** [8] - 18:25, 73:2, 73:8, 73:21, 73:22, 78:6, 99:12, 137:18

**tuned** [1] - 129:19

**turn** [9] - 22:11, 66:1, 82:15, 82:18, 84:25, 112:14, 136:4, 145:24, 149:16

**TV** [2] - 82:13, 82:19

**twice** [5] - 4:22, 51:18, 51:19, 79:9, 102:5

**twirl** [1] - 77:2

**twirling** [2] - 66:1, 66:5

**two** [67] - 6:4, 6:11, 6:24, 9:18, 10:5, 11:18, 12:24, 19:4, 23:14, 23:17, 28:3, 28:20, 28:24, 29:11, 29:15, 29:16, 48:18, 48:22, 52:18, 52:19, 56:1, 57:10, 62:4, 63:10, 66:12, 67:19, 77:3, 77:16, 83:7, 83:18, 84:10, 85:16, 85:17, 88:10, 89:15, 93:19, 100:2, 102:17, 102:25, 103:13, 103:21, 104:4, 104:14, 104:20, 104:23, 104:24,

107:25, 108:2, 110:18, 110:19, 117:12, 124:25, 125:5, 131:16, 140:24, 143:9, 143:16, 144:7, 144:8, 147:19, 161:18, 161:19, 161:20

**type** [5] - 13:5, 73:4, 73:8, 73:9, 95:13

**typical** [2] - 85:2, 85:3

**typically** [3] - 83:6, 83:18, 85:8

# U

**ultimately** [1] - 91:19

**unable** [2] - 74:6, 74:9

**under** [13] - 21:17, 27:17, 27:18, 27:19, 36:2, 42:8, 42:9, 42:18, 44:15, 128:2, 157:2, 158:15, 160:5

**underneath** [3] - 47:17, 134:21, 134:23, 135:15

**understood** [4] - 130:6, 131:10, 136:2, 160:1

**underwent** [1] - 5:8

**uneducated** [1] - 89:5

**unfortunately** [1] - 10:13

**unit** [1] - 31:13

**united** [1] - 2:3

**UNITED** [2] - 1:1, 1:12

**United** [4] - 115:24, 116:3, 116:5, 164:11

**unusual** [1] - 156:3

**unzip** [1] - 78:1

**up** [97] - 4:3, 6:2, 6:3, 6:9, 12:9, 12:20, 16:25, 18:6, 18:13, 18:15, 18:20, 18:21, 20:5, 20:11, 20:22, 22:18, 24:11, 30:17, 30:18, 30:20, 32:1, 32:18, 33:20, 35:18, 36:18, 38:25, 40:3, 40:6, 41:7, 41:12, 49:21, 50:21, 51:10, 58:17, 58:24, 60:18, 61:1, 61:3, 61:6, 61:20, 65:2, 66:5, 69:14, 73:2, 76:14, 78:7, 78:22, 79:1,

80:18, 80:22, 82:3, 82:17, 83:6, 83:14, 83:18, 83:21, 84:18, 85:4, 88:5, 89:6, 91:8, 94:3, 95:21, 98:14, 103:17, 107:23, 114:9, 116:25, 117:19, 121:15, 121:24, 122:7, 123:3, 123:4, 124:11, 126:15, 133:11, 133:12, 136:17, 144:10, 144:24, 146:9, 147:4, 148:22, 149:1, 150:15, 151:2, 155:4, 155:15, 156:9, 157:14, 157:24, 158:11, 158:23, 161:11, 161:23

**upper** [1] - 125:14

**uppy** [2] - 66:3

**upstairs** [1] - 78:19

**upwards** [1] - 156:21

**useful** [1] - 16:10

# V

**vacationers** [1] - 126:7

**vacations** [1] - 132:2

**vacuum** [2] - 75:1, 80:11

**vacuuming** [2] - 65:14, 80:10

**van** [3] - 150:24, 150:25, 153:22

**various** [5] - 9:10, 9:12, 33:3, 33:15, 96:16

**vehicle** [2] - 40:24, 150:23

**verbalize** [1] - 41:25

**verbally** [1] - 47:20

**version** [2] - 126:21, 127:1

**versus** [4] - 3:3, 4:19, 56:3, 56:21

**vertical** [1] - 149:16

**vicinity** [1] - 125:1

**video** [14] - 121:2, 121:15, 121:23, 129:20, 130:2, 130:3, 130:6, 130:7, 130:10, 130:14, 130:16, 130:21, 130:24

**videos** [3] - 128:25, 129:25, 130:2

**View** [1] - 152:3

**view** [1] - 123:8

**views** [1] - 126:20

**violate** [2] - 37:5, 41:3

**violent** [2] - 126:10, 156:15

**visit** [36] - 12:14, 14:23, 14:24, 15:2, 15:3, 15:9, 22:7, 22:8, 22:10, 25:2, 28:20, 29:2, 29:19, 31:23, 34:14, 34:16, 34:18, 34:19, 34:21, 34:22, 35:3, 42:8, 45:2, 45:3, 45:4, 45:10, 45:22, 46:9, 49:17, 52:5, 58:18, 72:4, 72:9, 72:13, 118:15

**visits** [8] - 24:18, 31:9, 45:13, 46:11, 64:14, 65:1, 65:2, 77:15

**visual** [1] - 27:3

**Vivian** [3] - 3:7, 3:9, 3:10

**VIVIAN** [2] - 1:4, 2:12

**vs** [1] - 1:6

# W

**waist** [3] - 27:21, 27:25, 122:8

**wait** [2] - 11:19, 155:18

**waited** [1] - 153:15

**waiting** [1] - 155:10

**wake** [4] - 82:17, 83:6, 83:14, 83:18

**walk** [13] - 10:3, 74:20, 75:1, 75:5, 75:8, 141:11, 141:20, 141:21, 141:22, 142:13, 142:19, 142:20, 146:5

**walked** [4] - 60:18, 124:1, 140:3, 146:5

**walking** [2] - 58:24, 62:16

**wall** [5] - 32:18, 32:19, 50:21, 50:22, 143:21

**Walter** [1] - 33:2

**wants** [2] - 12:9, 132:10

**warn** [2] - 127:18, 127:25

**warning** [4] - 157:12, 157:21, 158:9, 158:24

**warnings** [1] - 95:25

**washed** [1] - 78:22

**washer** [3] - 75:3, 78:14, 78:17

washing [1] - 65:14
watch [1] - 129:25
watched [1] - 131:8
Waves [1] - 151:17
weak [1] - 36:17
wear [21] - 7:19,
26:18, 26:22, 26:25,
28:1, 28:2, 28:4, 28:8,
28:9, 28:15, 28:17,
28:21, 28:25, 29:3,
29:9, 29:10, 29:14,
29:18, 122:14
wearing [3] - 10:6,
29:4, 81:16
weather [5] - 37:9,
37:12, 37:13, 37:16,
37:17
website [1] - 113:5
Wednesday [4] -
69:3, 162:5, 162:19,
162:21
week [26] - 15:14,
18:22, 18:23, 19:3,
25:12, 25:17, 25:18,
25:19, 31:7, 32:1,
48:22, 62:7, 71:1,
73:11, 79:16, 83:24,
83:25, 84:10, 85:14,
85:16, 86:5, 86:6
weekend [1] - 163:11
weekends [1] - 65:16
weeks [12] - 13:8,
28:3, 28:20, 28:24,
29:4, 29:12, 29:15,
29:16, 29:19, 48:18,
48:22, 49:21
weigh [1] - 74:13
weighs [1] - 73:2
weight [8] - 17:10,
32:11, 32:12, 32:13,
50:13, 50:14, 50:15,
69:8
weird [8] - 63:5,
63:8, 156:9, 156:16,
156:22, 157:14,
157:25, 158:12
western [1] - 101:17
whereas [1] - 134:24
white [6] - 65:22,
65:23, 122:3, 124:23,
137:15
whole [4] - 90:6,
132:2, 136:3
William [2] - 11:2,
12:8
window [5] - 145:12,
145:16, 145:20,
145:21, 145:22
windshield [2] -
37:20, 38:2

wise [1] - 72:25
withdrawn [1] - 8:11
witness [7] - 6:3,
61:17, 63:23, 106:17,
107:16, 110:19,
161:13
WITNESS [7] -
22:16, 73:21, 97:3,
107:21, 134:23,
160:16, 163:9
witness's [1] -
106:17
witnesses [1] - 163:5
WITNESSES [1] -
2:10
woke [2] - 38:25,
91:8
woken [1] - 84:18
women [3] - 96:6,
122:13, 125:3
word [8] - 17:13,
27:20, 32:8, 56:14,
115:18, 146:24,
151:7, 159:14
words [4] - 32:22,
41:21, 66:21, 102:9
wore [6] - 27:1,
28:24, 29:11, 29:12,
29:15, 122:10
worker [2] - 40:14,
52:16
works [1] - 79:9
world [2] - 39:1, 39:4
worried [3] - 155:22,
155:24
worry [4] - 88:17,
88:18, 155:10, 155:20
worrying [1] - 82:21
worse [2] - 47:24,
55:3
worst [1] - 44:12
wound [1] - 40:5
wrap [1] - 161:11
write [3] - 6:23, 7:21,
40:4
wrote [5] - 6:21,
6:22, 45:13, 45:18,
106:21

## X

x-rays [4] - 13:3,
59:24, 60:8, 62:13

## Y

year [32] - 20:25,
35:4, 37:11, 41:19,
56:2, 57:6, 57:25,
70:12, 70:17, 71:8,

72:18, 74:24, 75:22,
90:21, 99:24, 100:1,
100:2, 101:11,
101:14, 101:16,
102:5, 102:17,
102:19, 102:20,
102:25, 104:15,
104:20, 104:23,
104:24, 117:13,
129:12
years [42] - 8:20,
20:20, 20:21, 21:6,
47:8, 56:1, 64:23,
65:3, 65:5, 67:20,
67:23, 82:10, 84:3,
84:7, 87:12, 88:10,
91:3, 92:5, 92:16,
92:20, 92:24, 93:3,
93:5, 93:12, 93:13,
93:15, 93:16, 93:21,
94:3, 94:4, 94:8, 96:5,
96:19, 97:8, 101:1,
103:3, 103:7, 103:13,
103:21
yell [3] - 66:9, 148:6,
148:7
yelled [1] - 65:21
yeller [1] - 148:10
yelling [4] - 124:17,
126:9, 148:1, 148:4
yesterday [5] - 4:1,
7:1, 57:7, 61:16,
161:1
yourself [7] - 111:14,
121:22, 127:4, 127:7,
147:3, 149:10, 149:25

## Z

Zoom [2] - 39:17,
40:6
zoom [1] - 105:16