UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 20-cv-21961-DPG

AT LAW AND IN ADMIRALTY

VIVIAN RUGGERI,

    Plaintiff

v.

NCL (BAHAMAS) LTD d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff appeals to the United States Court of Appeals for the Eleventh Circuit the following:

DE 176, Paperless Order Denying Plaintiff's Motion for Additional Damages or Reconsideration of the Denial of Future Non-Economic Damages (DE 164), rendered final by the Amended Final Judgment (DE 179).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on March 25, 2024. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                **Philip D. Parrish, P.A.**
                *Co-counsel for Plaintiff*
                7301 SW 57th Court, Suite 430
                Miami, Florida 33143
                Tel. 305-670-5550/Fax: 305 670-5552
                Email: phil@parrishappeals.com
                          betty@parrishappeals.com

            By:   ***/s/ Philip D. Parrish***
                    Philip D. Parrish
                    Florida Bar No. 541877

**SERVICE LIST**

John H. Hickey, Esq.
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
Lisa C. Goodman, Esq.
lgoodman@hickeylawfirm.com
dmartinez@hickeylawfirm.com
**Hickey Law Firm, P.A.**
1401 Brickell Avenue, Suite 510
Miami, FL  33131
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

Daniel S. Marcotte, Esq.
dmarcotte@mtm-legal.com
Matthew Street, Esq.
mstreet@mtm-legal.com
Richard J. McAlpin, Esq.
rmcalpin@mtm-legal.com
**McAlpin Florez Marcotte**
80 S.W. 8th Street, Suite 2805
Miami, Florida 33130
Telephone: (305) 810-5400
Facsimile: (305) 810-5401
*Counsel for Defendant*

Jack R. Reiter, Esq.
**GrayRobinson, P.A.**
333 SE Second Avenue, Suite 3200
Miami, FL  33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Jack.reiter@gray-robinson.com
*Counsel for Defendant*